## AMAZON LABOR UNION CONSTITUTIONAL AMENDMENT

I support this amendment to the ALU constitution, which calls for immediate elections for leadership and full voting rights for all eligible Staten Island Amazon Workers.

| Name | |
|---|---|
| Ja( | *illegible signature* |
| Jely | *illegible signature* |
| Her | *illegible signature* |
| Isw | *illegible signature* |
| nos | *illegible signature* |
| Dan | *illegible signature* |
| ANE | *illegible signature* |
| Ke | *illegible signature* |
| Mel | *illegible signature* |
| De | *illegible signature* |
| Edi | *illegible signature* |
| Rei | *illegible signature* |
| Be | *illegible signature* |
| Des | *illegible signature* |
| Da | *illegible signature* |
| Obe | *illegible signature* |
| Tae | *illegible signature* |
| Man | *illegible signature* |
| Kev | *illegible signature* |
| Ch | *illegible signature* |
| KA | *illegible signature* |
| Bro | *illegible signature* |