What's App Group Chat - 1201 participants 

1

11:50

(1)

**Committee of workers inbo**
Alyvan, Brett, Brima, Cassio, Christian, Chri...

May 8, 2023

**Brima**
That is right but we do not need to look at only one side. We all need to be accountable without exception. That is the way we can gain trust. ALU has been successful to win the only election in Amazon warehouse in JFK8. As you say the world is watching. Democracy should be the core foundation of the union. No one should be intimidated. What should be done to have a representative union shoud be done.
While we all are trying on every shift to recruit, represent and educate workers to get ready for collective bargaing and to sign our contract, we should not forget that ALU must be democractic. 10:26 PM

♥

**Christian Smalls**
Brima you called our law tees today stating I kicked out Conner and Cassio which is a lie stop with the bullshit there's only one union in the building and that reformALU is not democratic it's a bunch a bull and I'm warning you now keep petitioning against ALU we will take legal action against you as well for false representation of a government certified union so I advise you to Stop ASAP or you will be served along with the rest of them.
10:38 PM

♥

ALU is certified under the Federal government and any false representation

11:50

**Committee of workers inbo**
Alyvan, Brett, Brima, Cassio, Christian, Chri...

🖤

ALU is certified under the Federal government and any false representation of ALU is not valid period   10:40 PM

Michael Aguilar

**Forming a caucus – Association for Union Democracy**

uniondemocracy.org

https://uniondemocracy.org/legal-rights-and-organizing/questions-and-answers-about-legal-rights-and-union-democracy/forming-a-caucus/   10:42 PM

Christian Smalls
Only focus right now should be a contract anything else irrelevant   10:48 PM

Stop listening to false information and come to the office 900 South Ave suite 100 it's been there for a year now forming a caucus without a contract literally makes zero sense   10:50 PM

Brima
Chris ,no want told you that you kickout Connor and Casio.They resigned from the board due to undemocratic practices.When all workers were told to come to discuss their proposals to create and to approve a constitution,we were all betrayed with a created undemocratic constitution,with mist of the powers given to yoy( president) that was never

11:50

**Committee of workers inbo**
Aiyyan, Brett, Brima, Cassio, Christian, Chri...

makes zero sense      10:50 PM

**Brima**
Chris ,no want told you that you kickout Connor and Casio.They resigned from the board due to undemocratic practices.When all workers were told to come to discuss their proposals to create and to approve a constitution,we were all betrayed with a created undemocratic constitution,with mist of the powers given to yoy( president) that was never approved by the workers and sent to the department of labor without the consent of majority of the workers.
This is a betrayal of the first level.

So you need to be honest with yourself that the workers who voted fir the union need to be respected.

Be my guess and sue me.I will 100%win the case.And now a bigger scandal has just taken place: your irresponsible vice president has just stepped down because he was indicted by the federal law for strangulation of his former girl friend. You just appointed the secretary to be the vice president without consulting the workers.

What type of undemocratic leadership is this.The workers deserve a better leadership      11:12 PM

Brima added Kathleen Cole

11:50

**Committee of workers inbo**
Alyyan, Brett, Brima, Cassio, Christian, Chri...

**Christian Smalls**
Where's the proof?   11:13 PM

I just see you staying false information first off ALU represents all workers of JFK8 so I do not have power to kick anyone out that's makes no since so stop lying to yourself   11:14 PM

If you haven't paid voluntary dues you're not a member bottom line that's in the constitution which no one is above and that constitution is filed with the Department of Labor federal government stop lying and playing the fence I just filed a ULP for Conner today because he just got suspended for non access policy?? So please tell me I'm lying about that too??   11:16 PM

**Brima**
Forwarded



amazon **LABOR UNION**

May 8th, 2023

New York

Dear Brothers & Sisters,

Amazon Labor Union, Vice President Derrick Palmer has submitted his resignation as Vice President of ALU effective immediately. Due to the matter being before the court the Amazon Labor Union has no comment at this time. The Recording Secretary Michelle Valentin-Nieves, our senior officer, has been appointed to the Office of Vice President. Michelle Valentin-Nieves was appointed to the office of Vice President and ratified by a unanimous vote by the Executive Board effective immediately May 8th 2023.

11:50

**Committee of workers inbo**
Alyyan, Brett, Brima, Cassio, Christian, Chri...

**Brima**
↱ Forwarded



**amazon LABOR UNION**

May 8th, 2023

New York

Dear Brothers & Sisters,

Amazon Labor Union, Vice President Derrick Palmer has submitted his resignation as Vice President of ALU effective immediately. Due to the matter being before the court the Amazon Labor Union has no comment at this time. The Recording Secretary Michelle Valentin-Nieves, our senior officer has been appointed to the Office of Vice President. Michelle Valentin-Nieves was appointed to the office of Vice President and ratified by a unanimous vote by the Executive Board effective immediately May 8th 2023.

Sincerely,

In Solidarity,

Chris Smalls

11:17 PM

**Mena**
The attorneys have spoken!!!   11:18 PM

**Brima**
This is proof right here. You can not deny it. We need responsible leaders that will represent the interests of the workers and not special interests.   11:19 PM

**Christian Smalls**
Lol proof of what that's has nothing to do with you telling our attorney that I kicked out Connor or Cassio today smh   11:24 PM

But at the same time I have proceeded to

11:50

**Committee of workers inbo**
Alyvan, Brett, Brima, Cassio, Christian, Chri...

In Solidarity,

Chris Smalls

11:17 PM

**Mena**
The attorneys have spoken!!!   11:18 PM

**Brima**
This is proof right here. You can not deny it. We need responsible leaders that will represent the interests of the workers and not special interests.   11:19 PM

**Christian Smalls**
Lol proof of what that's has nothing to do with you telling our attorney that I kicked out Connor or Cassio today smh   11:24 PM

But at the same time I have proceeded to file charges for them to keep their job make it make sense   11:25 PM

Once again all 8,300 plus workers of JFK8 are only represented by one union ALU which is certified by the federal government reformALU is bogus and once again legal action will be taken again anyone who uses ALU under false pretenses so once again you've been warned   11:28 PM

I'm not here for the games enough is enough I'll be at the building tomorrow if anyone has any questions along with officers of the ALU   11:29 PM

So I'll see you tomorrow Brima   11:29 PM