Re: Democratic Reform Caucus Letter to the Amazon Labor Union Executive Board

External
Inbox



ronald boone <mrrboonejr@yahoo.com>  Fri, Jul 7, 8:20 PM (2 days ago)

to Kathleen, Claudia, Michelle, Chris, lbapson@comcast.net, Amazonlaborunion, Brima, Connor, David, sultana.r.hossain@gmail.com, tristian97alu@gmail.com, jnmedina89@gmail.com, brettdaniels36@gmail.com, ruelmohan@gmail.com, pavalle1@aol.com, riveram365@gmail.com, me

This is not an official response to this email that will be coming soon from the proper channels but since my name was put in this I'm going to speak on it briefly. We should be in a position to strike right now and before the years over with at the bargaining table but this constant confusion and disrespectful one another is causing this massive delay causing more harm to the movement than good because of many people failure to come up with a realistic tangible, remedy to this situation. This is very disrespectful to the current leadership especially the executive board whose representing the people in a very real way. What are we doing here if the Executive board is so called illegal which it's not where is your proof ? also We as A.L.U members that didn't stop doing the work for JFK 8 at the office also in the field. We never resigned or left like all of you did and never returned, since then myself, current Vice President Michelle, and the recording secretary Claudia emailed you an invitation reaching out to you trying to get a remedy to the situation at the office

around the corner from JFK. 8 900 south ln. Staten island NY which is open to everyone. Please come in with a non-combatant non disrespectful.  Non argumentative spirit.   This letter is very disturbing, and shows no respect for current leadership  we do not  show disrespect to your caucus which is not  certified  by the state of New York or was never voted on by JFK 8 workers.    You have your right to do whatever you feel but we all must
look  ourselves in the mirror and examine our hearts and see why we're doing what we're doing in the first place, is it for the people or for ego, selfish motives, status, or titles you decide.
Make sure your following the  laws of the state of New York and the current constitution of A.L.U.  We know united we stand divided we fall.      Starting a union is not easy it comes with tremendous challenges shortcomings and mistakes especially when something is new. We are building a structure, getting the proper training and dedicated to the people.  A L.U need honest people who are built for the Long haul to operate in good character and do what's right because it's right then do it right.  The world is watching, JFK 8 is watching, Amazon is watching, outside unions are watching, also the  people wanting the A.L.U to fail are watching.  This nonsense must stop before legal injuries are caused and defamation suites are filed.  I want to know  who voted for this " reformed A.L.U caucus and leadership. Who voted for you to represent workers. I agree with some of the things you  say but there is a correct and wrong way to do things.  Everything don't need to be discussed in the public. The A.L.U is certified by New York State and recognize worldwide and, too

much energy is wasted on the wrong things which is counterproductive, when our first priority should be getting property trained and educated so we can  properly morally and honestly and truthfully void of agendas to educated the workers to show true solidarity