On Sunday, July 9, 2023 at 06:14:05 AM EDT, Claudia Ashterman <claudia@amazonlaborunion.org> wrote:

To The Democratic Reform Caucus:

Hoping that this letter finds you well.

The President, Vice President and Members of The Executive Board will like to acknowledge receipt of your Proposal Eboard letter that was sent to us via email,

The President, Vice President and the Eboard is extending an invitation to meet with the The Reform Caucus.

The date for this meeting is on Monday July 17, 2023 between the hours of 12:00 pm and 4:00pm.

We are open for a change in date and time on or after July 17, 2023. However, it is detrimental that we meet as soon as possible.

Thanking you in advance

Claudia Ashterman
Rec./ Sec.
Amazon Labor Union