## AMAZON LABOR UNION CONSTITUTIONAL AMENDMENT

I support this amendment to the ALU constitution, which calls for immediate elections for leadership and full voting rights for all eligible Staten Island Amazon Workers.

| Name |
|------|
| Lai |
| Jelly |
| Heri |
| Jsw |
| Nos |
| Dani |
| ANE |
| Kei |
| Mel |
| Dei |
| Edi |
| Reir |
| Be |
| Des |
| Da |
| Obeli |
| Toey |
| Mari |
| Kevi |
| Chri |
| KA |
| Bro |