

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

July 11, 2023

By ECF

Honorable Ann M. Donnelly
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Silla et al., v. Amazon Labor Union et al.
                Civil Case No. 23- 05261 (AMD)

Dear Judge Donnelly:

      The attached is letter which was sent at 12:30 p.m. today to counsel for Defendants. It includes a Rule 11 Motion that Defendants on me but did not file with the Court.

                                                      Respectfully submitted,

                                                      /s/ *Arthur Z. Schwartz*

                                                      Arthur Z. Schwartz

AZS:dr

Att.