DISTRICT COURT OF THE STATE OF NEW YORK                                                                 COUNTY OF EASTERN

**Plaintiff / Petitioner:**
Dr. Brima Sylla, et al

**Defendant / Respondent:**
Amazon Labor Union, and Chris Smalls

**AFFIDAVIT OF SERVICE**

Index No:
23-cv-5261

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 98 Beach Street 1st floor, Staten Island, NY 10304. That on Wed, Jul 12 2023 AT 02:08 PM AT 900 South Ave Suite 100, Staten Island, NY 10314 deponent served the within Summons, Verified Complaint, Notice of Electronic Filing, Order to show cause on Amazon Labor Union

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** Amazon Labor Union, and Chris Smalls a defendant, therein named, by delivering a true copy of each to Raina Cummings- personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be authorized thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 55-60      Ethnicity: African American      Gender: Female      Weight: 130-140
Height: 5'5"    Hair: Black      Eyes: Brown      Relationship:
Other

_Donald DelPrete_ (signature)
Donald DelPrete
1341639

Sworn to before me on  7/12/23

_Robert Zuffi_ (signature)
Notary Public

ROBERT A. ZUFFI, JR.
Notary Public, State of New York
Registration #01ZU6208524
Qualified in Richmond County
Commission Expires July 6, 2025