

Arthur Z. Schwartz
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

July 12, 2023

*By Email*
Retu Singla, Esq.
Jeanne Mirer, Esq.
Julien, Mirer and Singla
One Whitehall Street
New York, New York 10004

    Re:    **Sylla et al v Amazon Labor Union**
                **<u>1:23-cv-05261 (Donnelly, J)</u>**

Dear Attorneys Singla and Mirer:

    Judge Donnelly directed me to serve the attached order on you.

                                        Very truly yours,

                                        *Arthur Z. Schwartz*

                                        Arthur Z. Schwartz

cc. US District Court Judge Anne Donnelly