# Activity in Case 1:23-cv-05261-AMD-TAM Sylla et al v. Amazon Labor Union et al Order

External

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation
ecf_bounces@nyed.uscourts.gov via afjlaw.com

1:49 PM (2 hours ago)

## U.S. District Court Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 7/12/2023 at 1:49 PM EDT and filed on 7/12/2023

**Case Name:** Sylla et al v. Amazon Labor Union et al
**Case Number:** 1:23-cv-05261-AMD-TAM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER The Court has received the parties' letters (ECF Nos. 10, 11) regarding the defendants' representation and a motion for sanctions. Attorneys from the firm Julien, Mirer, Singla & Goldstein are directed to file an appearance on the docket by end of day today, July 12, 2023, and to attend the temporary restraining order hearing scheduled for July 13, 2023. The Julien attorneys have contacted the Court several times by phone and by filing a letter on ECF, clearly acting as if they are representing the defendants. They may not do so without filing an appearance. If the defendants decide to secure a different attorney in the future, counsel can move to withdraw representation.**

**The parties are also directed to review my Individual Rules before the hearing on July 13, 2023. Among other things, parties may not "call chambers unless otherwise allowed by these rules."**

**Finally, there is no motion for sanctions pending on the docket, so there is nothing to strike.**

**All other questions will be resolved at the hearing on July 13, 2023. The plaintiffs are directed to serve the defendants with a copy of this order and file proof of service today, July 12, 2023. Ordered by Judge Ann M. Donnelly on 7/12/2023. (KA)**