UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DR. BRIMA SYLLA *et al.,*                          :

                                  :        23 Civ. 05261 (AMD) (TAM)

                  Plaintiff,               :

                                    :

        - against -               :        **NOTICE OF APPEARANCE**

                                    :

AMAZON LABOR UNION and CHRIS SMALLS, :
as President of the Amazon Labor Union,          :

                                    :

                 Defendants.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        Enter my appearance as counsel in this case for Defendants Amazon Labor Union and

Chris Smalls, as President of the Amazon Labor Union.

Dated: Yardley, Pennsylvania
        July 12, 2023

                                _____/s/_____

                                Jonathan A. Bernstein
                                Isaacs Bernstein, P.C.
                                2108 Yardley Road
                                Yardley, Pennsylvania
                                (917) 693-7245
                                jb@lijblaw.com
                                *Of Counsel to:*
                                Julien, Mirer, Singla & Goldstein PLLC
                                Attorneys for Defendants