UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DR. BRIMA SYLLA,

                        Plaintiffs,

          -against-                                Civil Case No. 23-5261(AD)

AMAZON LABOR UNION, and CHRIS SMALLS,
as President of the Amazon Labor Union,              **CORRECTED DECLARATION OF SERVICE**

                      Defendants.
----------------------------------------------------------------X

      ARTHUR Z. SCHWARTZ, attorney for Plaintiffs, declares as follows under the penalties of perjury.

1. On July 12, 2023, at 4:30 PM I did serve a copy of Judge Donnelly's Order, annexed as Exhibit B, via email to Attorneys Retu Singla and Jeanne Mirer, with the letter attached as Exhibit A. Attorney Singla was served at rsingla@workingpeopleslaw.com; Ms. Mirer was served at jmirer@workingpeopleslaw.com

Dated:   New York, New York
            July 12, 2023

                                          /s/ *Arthur Z. Schwartz*
                                          Arthur Z. Schwartz
                                          ADVOCATES FOR JUSTICE,
                                          CHARTERED ATTORNEYS
                                          *Attorneys for Plaintiffs*
                                          225 Broadway, Suite 1902
                                          New York, New York 10007
                                          (212) 285-1400
                                          aschwartz@afjlaw.com