# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Dr. Brima Sylla, et al., *Plaintiff* <br> v. <br> AMAZON LABOR UNION, and CHRIS SMALLS, as President of the Amazon Labor Union *Defendant* | Case No. 23-CV-05261 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMAZON LABOR UNION, and CHRIS SMALLS, as President of the Amazon Labor Union, Defendants.

Date: 07/12/2023

/s/Retu Singla
*Attorney's signature*

Retu Singla (RS-5298)
*Printed name and bar number*
1 Whitehall St., 16th floor
Manhattan NY 10004

*Address*

rsingla@workingpeopleslaw.com
*E-mail address*

(212) 231-2235
*Telephone number*

*FAX number*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Dr. Brima Sylla, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-CV-05261 |
| AMAZON LABOR UNION, and CHRIS SMALLS, | ) |
| as President of the Amazon Labor Union | ) |
| *Defendant* | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMAZON LABOR UNION, and CHRIS SMALLS, as President of the Amazon Labor Union, Defendants.

Date: 07/12/2023

/s/Jeanne Mirer
*Attorney's signature*

Jeanne Mirer (JM-8968)
*Printed name and bar number*
1 Whitehall St., 16th floor
Manhattan NY 10004

*Address*

jmirer@workingpeopleslaw.com
*E-mail address*

(212) 231-2235
*Telephone number*

*FAX number*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Dr. Brima Sylla, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 23-CV-05261 |
| AMAZON LABOR UNION, and CHRIS SMALLS, | ) |
| as President of the Amazon Labor Union | ) |
| *Defendant* | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMAZON LABOR UNION, and CHRIS SMALLS, as President of the Amazon Labor Union, Defendants.

Date: 07/12/2023

/s/Seth Goldstein
*Attorney's signature*

Seth Goldstein (SG-5590)
*Printed name and bar number*
1 Whitehall St., 16th floor
Manhattan NY 10004

*Address*

jmirer@workingpeopleslaw.com
*E-mail address*

(212) 231-2235
*Telephone number*

*FAX number*