AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Dr. Brima Sylla, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-CV-05261 |
| AMAZON LABOR UNION, and CHRIS SMALLS, as President of the Amazon Labor Union | ) ) | |
| *Defendant* | | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMAZON LABOR UNION, and CHRIS SMALLS, as President of the Amazon Labor Union, Defendants .

Date: 07/12/2023

/s/Jeanne Mirer
*Attorney's signature*

Jeanne Mirer (JM-8968)
*Printed name and bar number*
1 Whitehall St., 16th floor
Manhattan NY 10004

*Address*

jmirer@workingpeopleslaw.com
*E-mail address*

(212) 231-2235
*Telephone number*

*FAX number*