# JULIEN MIRER SINGLA & GOLDSTEIN, PLLC

ATTORNEYS AT LAW
1 WHITEHALL ST., 16TH
FLOOR NEW YORK, NEW
YORK 10004

---

| | | |
|---|---|---|
| JEANNE MIRER | TELEPHONE: (212) 231-2235 | RIA JULIEN |
| RETU SINGLA | | SETH GOLDSTEIN |

Dear Judge Donnelly,

This firm is General Counsel to the Amazon Labor Union and will be appearing tomorrow as directed by your order of July 12, 2023.  However, this firm has never initiated any phone call to contact the Court, much less several times.  This firm has also never filed any letter by ECF in this matter until now.  We have reviewed your Honor's individual rules and will not call chambers unless otherwise allowed.

Sincerely,

  /s/ Retu Singla  

Retu Singla