

Nicole

Yeah, but the constitution is ratified by the lawyers and is on file in Washington DC
The research I have done is that the reform caucus would have to compete against the ALU. You simply can't run elections it's not that simple and I don't really understand who is telling you that it is because it's absolutely not and if you have elections, you also have to include the vote for no union at all, which would bring back the Amazon union busting. I don't understand where you're not getting that information from

So if you guys want to run as the reform caucus against the Alu you can that is your Rite, although it will slow down the contract process, so really, you guys are now slowing down the process, and I will definitely inform all the members that you are not telling them the truth

Because to have an election of new leader ship the NLRB has to be Involved