

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

August 8, 2023

By ECF

Honorable Ann M. Donnelly
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Sylla et al., v. Amazon Labor Union et al.
               Civil Case No. 23- 05261 (AMD)

Dear Judge Donnelly:

      This Court had set up a briefing schedule on Plaintiffs' Motion for A Preliminary Injunction which required a filing by Plaintiffs by August 14, 2023. That filing will include an amended complaint.

      Defendants have filed a pre-motion letter addressed to the original complaint, which the Court asked Plaintiffs to respond to today. Rather than do that, we request that the Court wait for the Amended Complaint to be filed, and then have Defendants respond to that filing (which they are supposed to do by September 23, 2023), which can include a cross-motion to dismiss.

      Respectfully submitted,

      /s/ *Arthur Z. Schwartz*

      Arthur Z. Schwartz

cc. All Counsel by ECF