UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DR. BRIMA SYLLA et, al.

                                                                         No.: 23-CV-05261

                Plaintiffs,

-against

AMAZON LABOR UNION et. al.

                Defendants.
-------------------------------------------------------------------x

## DECLARATION OF CASSIO MENDOZA

I, Cassio Mendoza, hereby declare:

1. The information contained herein is based on my personal knowledge and if called upon, I could testify in a court of law to the accuracy of the matters set forth herein.

2. I have never signed any retainer with Arthur Schwartz nor with Advocates for Justice to provide me any legal representation. I do not know why Arthur Schwartz names me as a Plaintiff in paragraph 2 of his Declaration of Counsel to this Court. He does not have my permission to do so. I was not a member of the initial Executive Board created at the founding of the ALU. Arthur Schwartz has never confirmed that information contained in his Declaration of Counsel with me. (ECF 3)

3. I have never filled out nor signed an Advocates for Justice, Chartered Attorneys, "Plaintiff Interest Form" solicited at JFK8 stating that "I would like to be named as a plaintiff in the lawsuit against the current leadership of the Amazon Labor Union for their refusal to hold scheduled elections for officer positions." (See Attached Exhibit A)

4. I am not a Plaintiff in the above captioned action and have never given Arthur Schwartz authority to name me as a Plaintiff.

5. I never gave any authority to Arthur Schwartz nor to Advocates for Justice to represent me as a Plaintiff in this action as is stated in paragraph 3 of the Complaint verified by Brima Sylla and in paragraph 3 of the unsigned verified Complaint. Brima Sylla never notified me that he was verifying that I was a member of the founding Executive Board created at the time that ALU was founded. Any such verification regarding my status as an Executive Board member is false. (ECF 1, 9)

6. The statement in paragraph 3 of the Complaint that "Plaintiffs Connor Spence, Kathleen Cole, Brett Daniels, and Cassio Mendoza were members of the initial Executive Board created at the time that the ALU was founded, or were appointed to fill a vacancy in an officer position, and served in that position at various times between the union's founding and December 2022" is false. I have never been an Executive Board member of the Amazon Labor Union. I have also never filled nor served as an officer between the Union's founding and December 2022. (ECF 1, 9)

7. The fact that I am named as a Plaintiff in this matter first came to my attention yesterday after I reviewed Amazon.com Services' "Motion to Reopen the Record" in the Hearing on Objections. In its motion, Amazon.com Services relies on Plaintiff's false allegations in its Complaints that I was an Executive Board member at the time the ALU was founded. I have at all times prior to the secret ballot election at JFK8, been only an active supporter of the Amazon Labor Union. The testimony I provided in support of the certification of the election results in Case no. 29-RC-288020 is truthful and complete to the best of my knowledge.

8. Connor Spence's Declaration at paragraph 11 that "Brett Daniels, , [sic] Madeline Wesley, and CassioMendoza,[sic] have confirmed to me that after the zoom calls with the legal team there was a consensus regarding the content of Constitution 2, and that

it needed only to be proofread and formatted. They will also confirm that it was approved by the entire Executive Board, it was communicated broadly to members that the new constitution would be filed with the LM-1" is not true. I have never confirmed this information to Connor Spence, in fact I remember that the content of the Constitution had not been finalized by the end of the zoom calls I was present for in June 2022. (ECF 21)

9. Connor Spence's statement at paragraph 11 that I "will affirm in affidavit, or on the stand, that [sic] were aware of the new constitution, approved of it, and understood that the structure of the union would be changed pursuant to its contents" is also not true. I was not aware of any new ALU Constitution having been adopted and approved in June 2022. (ECF 21)

I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Cassio Mendoza

Dated August 11, 2023
Chicago, Illinois

CASSIO MENDOZA
August 11, 2023

# EXHIBIT A

advocates
for justice
chartered attorneys


CAUCUS FOR
DEMOCRATIC
REFORM
AMAZON LABOR UNION

## PLAINTIFF INTEREST FORM

I would like to be named as a plaintiff in the lawsuit against the current leadership of the Amazon Labor Union for their refusal to hold scheduled elections for officer positions.

NAME: _____  PHONE: _____

EMAIL: _____

BUILDING: _____  JOB TITLE: _____  AMAZON TENURE: _____