# JULIEN, MIRER, SINGLA & GOLDSTEIN, PLLC

ATTORNEYS AT LAW
1 WHITEHALL STREET 16TH FLOOR
NEW YORK, NEW YORK 10038

| | | |
|---|---|---|
| JEANNE MIRER | TELEPHONE: (212) 231-2235 | RIA JULIEN |
| SETH GOLDSTEIN | FACSIMILE: (646) 219-0946 | RETU SINGLA |

October 17, 2023

***VIA ECF***
Honorable Judge Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

Re: Sylla et. al v Amazon Labor Union et. al.
Case No. 23-cv-05261

Dear Honorable Judge Donnelly,

We write on behalf of Plaintiffs and Defendants.
The Court has set several new deadlines, and Plaintiffs have prepared to commence a whole new round of litigation. However, both parties believe it is in the best interests of all concerned that we attempt to settle the dispute between them.   Towards this end, both parties write to ask the Court to refer the parties to your Magistrate for an expeditiously scheduled settlement conference and to suspend all deadlines while we are actively engaged in settlement discussions.

We hope that such a settlement conference will address the issues between the parties and a resolution can be reached.

Respectfully submitted,

/s/ *Jeanne Mirer*

Jeanne Mirer

/s/ *Arthur Z. Schwartz*

Arthur Schwartz