

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

October 20, 2023

By ECF

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Sylla et al., v. Amazon Labor Union et al.
      Civil Case No. 23- 05261 (AMD)

Dear Magistrate Merkl:

  On October 17, 2023, the parties in this matter filed a letter, filed as a Consent to Jurisdiction of Magistrate, requesting that you supervise settlement discussions addressed to the disputes which underlie this lawsuit. Both sides believe that the resolution of their disputes need to be addressed expeditiously. The dispute involves the first union ever to get certified to represent employees at Amazon, which was certified by the NLRB earlier this year but which has been unable to move forward seeking a contract because of the turmoil in the union.

  Both sides would like the Court to commence settlement efforts as soon as possible and request a conference to discuss the process.

  The Court's addressing this as soon as possible would be greatly appreciated.

              Respectfully submitted,

              /s/ *Arthur Z. Schwartz*

              Arthur Z. Schwartz

cc: Jeanie Mirer, Attorney for Defendants