# EXHIBIT B

On Fri, Oct 20, 2023 at 5:37 PM Jeanne Mirer <jmirer@workingpeopleslaw.com> wrote:
> No.
>
> On Fri, Oct 20, 2023 at 5:24 PM Arthur Schwartz <aschwartz@afjlaw.com> wrote:
>> Don't you think he ought to be. He is representing Michelle, and we need her to go along with any agreement. If the idea is to work things out and have no more bad mouthing going on, I think Michelle (who I have met with) needs to be on board, and she wants her own counsel. I trust Kenneth; he worked for me and with me for 13 years and even lived with my mom for several months (she was 80).
>>
>> **Arthur Z. Schwartz**
>> *Principal Attorney* Advocates for Justice Chartered Attorneys
>> *President-* Advocates for Justice Legal Foundation
>> *General Counsel* - Pacifica Foundation
>> *Political Director-* NY Progressive Action Network
>> *Democratic District Leader* - Greenwich Village, NYC
>> *Law Co-Chair* - Manhattan Democratic Party
>> 225 Broadway Suite 1902
>> New York, New York 10007
>> Office: 212-285-1400
>> **Cell: 917-923-8136**
>> Fax: 212-285-1410
>>
>> *"Freedom is not a state; it is an act. It is not some enchanted garden perched high on a distant plateau where we can finally sit down and rest. Freedom is the continuous action we all must take, and each generation must do its part to create an even more fair, more just society."*
>>
>> John Lewis
>>
>> On Fri, Oct 20, 2023 at 5:18 PM Jeanne Mirer <jmirer@workingpeopleslaw.com> wrote:
>>> I agree we should talk about things ahead of time. Please explain why you have copied Kenneth Page on this email. He is not involved in this settlement conference.