# EXHIBIT C

On Oct 22, 2023, at 11:04 PM, Arthur Schwartz <aschwartz@afjlaw.com> wrote:

That problem is resolved. Michelle has retained me and wants to be a plaintiff in the Sylla suit. We will file our Amended Complaint (under seal) before we meet with the Magistrate just so you can see the parameters of the issues involved.

[redacted]

Please advise asap

**Arthur Z. Schwartz**
*Principal Attorney* Advocates for Justice Chartered Attorneys
*President-* Advocates for Justice Legal Foundation
*General Counsel* - Pacifica Foundation
*Political Director-* NY Progressive Action Network
*Democratic District Leader* - Greenwich Village, NYC
*Law Co-Chair* - Manhattan Democratic Party
225 Broadway Suite 1902
New York, New York 10007
Office: 212-285-1400
Cell: 917-923-8136
Fax: 212-285-1410

"Freedom is not a state; it is an act. It is not some enchanted garden perched high on a distant plateau where we can finally sit down and rest. Freedom is the continuous action we all must take, and each generation must do its part to create an even more fair, more just society."

John Lewis