# EXHIBIT D

On Sun, Oct 22, 2023 at 11:57 PM Jeanne Mirer <jmirer@workingpeopleslaw.com> wrote:
> Michelle has privileged information and the union has not waived privilege. ███████████████
>
> Sent from my iPhone