# EXHIBIT E

On Mon, Oct 23, 2023 at 1:36 AM Arthur Schwartz <aschwartz@afjlaw.com> wrote:

She has joined the Reform Caucus and is supports their litigation.

**Arthur Z. Schwartz**
*Principal Attorney* Advocates for Justice Chartered Attorneys
*President-* Advocates for Justice Legal Foundation
*General Counsel -* Pacifica Foundation
*Political Director-* NY Progressive Action Network
*Democratic District Leader -* Greenwich Village, NYC
*Law Co-Chair -* Manhattan Democratic Party
225 Broadway Suite 1902
New York, New York 10007
Office: 212-285-1400
Cell: 917-923-8136