# JULIEN MIRER SINGLA & GOLDSTEIN, PLLC

ATTORNEYS AT LAW
1 WHITEHALL ST., 16TH FLOOR
NEW YORK, NEW YORK 10038

JEANNE MIRER     TELEPHONE: (212) 231-2235     RIA JULIEN
RETU SINGLA     FACSIMILE: (212) 409-8338     SETH GOLDSTEIN

November 17, 2023

**By ECF**
Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court for the Eastern District of NY
225 Cadman Plaza East
Brooklyn, New York 11201

         Re: Sylla et al., v. Amazon Labor Union et al.
         Civil Case No. 23- 05261 (AMD)

Dear Magistrate Merkl:

      Defense counsel was not consulted before Mr. Schwartz sent his letter requesting an extension of time to respond to the issue of his disqualification. Plaintiff objects to this extension. This Court has time to rule on this matter prior to December 8, 2023.

      Further, we take issue with Mr. Schwartz's implication that responding to the issues raised in the pre-motion letter will undermine settlement discussions. The issues regarding conflict and privilege with respect to his representation of Ms. Valentin Nieves are primarily legal issues.

                                   Respectfully submitted,

                                   _____/s/_____

                                   Jeanne Mirer