

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

November 24, 2023

By ECF
Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Sylla et al., v. Amazon Labor Union et al.
               Civil Case No. 23- 05261 (AMD)
               Request to Reschedule November 28, 2023 Conference

Dear Magistrate Merkl:

      The Court has scheduled an In-Person Conference for Tuesday November 28, 2023, at 10:00AM. I have the 5th and 6th day of a State Division of Human Rights trial scheduled from 9:30AM to 5PM on the 28th and the 29th (see attached). Would it be possible to hold the conference remotely (or in person) at 9am on the 28th? I could then ask the ALJ to delay the start by a half hour. Or possibly remotely midday on the 28th or 29th, and I can ask for a lunch break at the time of the conference. I can also do the 30th from 9am to 2pm in person.

      Thank you for your consideration.

                                        Respectfully submitted,

                                        /s/ *Arthur Z. Schwartz*

                                        Arthur Z. Schwartz

cc:    Jeanie Mirer, Attorney for Defendants