

**KATHY HOCHUL**
Governor

**MARIA L. IMPERIAL**
Commissioner

Re:     Nicole Lawtone-Bowles v. Delroy Lawrence, City of New York, Department of
       Homeless Services, City of New York, Human Resources Administration
       Nicole Lawtone-Bowles v. Delroy Lawrence, City of New York, Department of
       Homeless Services
       Nicole Lawtone-Bowles v. City of New York, Department of Homeless Services,
       Delroy Lawrence
       Nicole Lawtone-Bowles v. City of New York, Department of Homeless Services,
       Delroy Lawrence, Junius McMillian
Case Nos.     10204650, 10204816, 10204934, & 10207317

To the Parties Listed Below:

This will confirm that the continuation of the public hearing in the above-referenced matters is
scheduled to take place as follows:

      Date(s):     Tue 11/28/2023 - Wed 11/29/2023

      Start Time:   9:30 AM

      End Time:    5:00 PM

      Zoom link:   https://zoom.us/j/95429763946

Lilliana Estrella-Castillo
Chief Administrative Law Judge

TO:

Complainant
Nicole Lawtone-Bowles
Email: nicolelawtone@aol.com

Complainant Attorney
Arthur Z. Schwartz, Esq.
Advocates for Justice
225 Broadway Suite 1902
New York, NY 10007
Email: aschwartz@advocatesny.com

Respondent
Delroy Lawrence
2065 East 60 Street
Brooklyn, NY 11234
Email: delly6666@gmail.com

Respondent
New York City Department of Homeless Services
150 Greenwich Street, 38th Fl
New York, NY 10007

Respondent
City of New York, Human Resources Administration
Office of Legal Affairs/Subpoena Unit
4 WTC, 150 Greenwich Street, 38th Floor
New York, NY 10007

Respondent
Junius McMillian
City of New York, Department of Homeless Services
Legal Affairs-Employment Law Div., 4 WTC - 150 Greenwich St., 38th Fl.
New York, NY 10007

Respondent Secondary Address
City of New York, Department of Homeless Services
33 Beaver Street, 17th Floor
New York, NY 10004

Respondent Secondary Address
Delroy Lawrence
4 WTC - 150 Greenwich St., 38 Fl.
New York, NY 10007

Respondent Attorney
Gabrielle DeStefano, Esq.
City of New York, Human Resources Administration
Office of Legal Affairs/Subpoena Unit
4 WTC, 150 Greenwich Street, 38th Floor
New York, NY 10007
Email: destefanog@dss.nyc.gov

Respondent Attorney
Daniel Korenstein, Senior Attorney
City of New York, Department of Social Services
OLA/Employment Law Division
150 Greenwich Street, 38th Floor
New York, NY 10007
Email: korensteind@dss.nyc.gov

State Division of Human Rights
Prosecutions Unit
Robert Goldstein, Director of Prosecutions
One Fordham Plaza, 4th Floor
Bronx, New York 10458

Office of Administrative Law Judges
Alexander Linzer, Administrative Law Judge
One Fordham Plaza, 4th Floor
Bronx, NY 10458
Tel: (718) 741-8255
Fax: (718) 741-8333