



**Michelle**

> Nobody trusts Ritu here and even people in your own team do not trust her. She is clearly biased toward Chris. In some ways unethically.

> I strongly suggest a vote again mandating all board members be present.

> Again I know you can't hear my voice through text. I'm not being rude. I'm just being honest.

Okay how about RIA? I'm not 100% sure though because she just had a baby I agree with you on Retu

> I don't know about RIA ... What about we start with Jeanie and Bill ? I feel like she is fair

I don't know about Jeanie she just had hip replacement surgery

She may not be able to

> Oh poor thing