

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

November 27, 2023

By ECF
Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Sylla et al., v. Amazon Labor Union et al.
                Civil Case No. 23- 05261 (AMD)
                Request to Reschedule November 30, 2023 Conference

Dear Magistrate Merkl:

      With great apologies, I again have to ask for an adjustment of our conference.

      When I last wrote I was under the impression that an arbitration calendar that I was scheduled to appear at for the morning of November 30 had been cancelled. That calendar (attached) was not, in fact, adjourned, and starts at 9:30am. I expect a lot of the hearings will move fast because management hasn't issued its Pre-Arbitration decision on the grievance in question and those grievances generally get remanded. We should be finished with the calendar by 11:45.AM. Could we have the conference with you at noon on the 30th?

      Thank you for your consideration.

                                              Respectfully submitted,

                                              /s/ *Arthur Z. Schwartz*

                                              Arthur Z. Schwartz

cc:    Jeanie Mirer, Attorney for Defendants