

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

December 13, 2023

<u>By ECF</u>
Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: Sylla et al., v. Amazon Labor Union et al.
> Civil Case No. 23- 05261 (AMD)
> <u>Pending Motion to Disqualify</u>

Dear Magistrate Merkl:

In the Court's Order of December 8, 2023, the following was included:

**Also by 1/5/2024, the parties are directed to advise the Court as to whether they have fully resolved the issues underlying the motion to disqualify Plaintiffs' counsel (ECF No. 31), and whether the motion may be terminated as moot. The parties should also advise the Court of their position on the motion to file a document under seal (ECF No. 34), including whether that motion should be withdrawn and stricken.**

In an argument on the record on December 1, 2023, it was my understanding that these issues had been resolved. Defendants withdrew their Motion to Disqualify the undersigned as counsel for the plaintiffs, who do not include Michelle Valentine Nieves. That being the case it was agreed that Exhibit 34 can remain under seal.

I write because I think that the issues were resolved on the record, and do not need to be further discussed in what could become dueling letter.

We request that the Court memorialize what was stated on the record, to wit, that Defendants have withdrawn their Motion to Disqualify Arthur Schwartz as counsel for the plaintiffs, and that Exhibit 34 can remain under seal.

Respectfully submitted,

/s/ *Arthur Z. Schwartz*

Arthur Z. Schwartz

cc: Jeanie Mirer, Attorney for Defendants – by ECF