Arthur Schwartz <aschwartz@advocatesny.com>

# Re: possilbe Violation of the agreement
1 message

**Jeanne Mirer** <jmirer@workingpeopleslaw.com>   Mon, Dec 18, 2023 at 5:10 PM
To: Arthur Schwartz <aschwartz@advocatesny.com>

Thanks. Some interesting names.
Sent from my iPhone

On Dec 18, 2023, at 5:08 PM, Arthur Schwartz <aschwartz@advocatesny.com> wrote:

Alvin Blyer (former Region 29 Director, now an arbitrator); Terry Meginnis; Richard Levy; Philip Maier (former PERB REgional Director, now an arbitrator); Dan Clifton; Neil Barofsky (UAW Monitor); Carol Edmead (retired Judge, ran Election Part in NY County for 6-7 years, now on Board of Elections);

***Arthur Z. Schwartz***
***Principal Attorney* Advocates for Justice Chartered Attorneys**
***President-* Advocates for Justice Legal Foundation**
***General Counsel* - Pacifica Foundation**
***Political Director-* NY Progressive Action Network**
***Democratic District Leader* - Greenwich Village, NYC**

225 Broadway Suite 1902
New York, New York 10007
Office: 212-285-1400
**Cell: 917-923-8136**
Fax: 212-285-1410

*"Freedom is not a state; it is an act. It is not some enchanted garden perched high on a distant plateau where we can finally sit down and rest. Freedom is the continuous action we all must take, and each generation must do its part to create an even more fair, more just society."*

*John Lewis*

On Mon, Dec 18, 2023 at 4:30 PM Jeanne Mirer <jmirer@workingpeopleslaw.com> wrote:
> Yes, the ALU has its own list of emails that it has created over the years, which I suspect is similar to an emal list that the caucus has.  Michelle is refusing to return access to it  to the union.   It appears she shared it with Sultana, and Sultana used it to send out a flyer on the proposed walk out and attached to that was a youtube video from Michelle.    Do you know if Michelle has a lawyer?   She has been acting contrary to her duties as a member and putting herself in a position to be disqualified from running for an officer position when there is an election.   I would like to talk to her lawyer about this if she has one.
> I am working with my clients on providing you a red line of your proposed consent decree.   Hope to get back to you soon.
> Do you have suggested names for a neutral monitor?
> Jeanne
>
> On Mon, Dec 18, 2023 at 4:19 PM Arthur Schwartz <aschwartz@advocatesny.com> wrote:

Not sure what ALU email use means. Do you mean a list of ALU contacts? Can you forward what was sent?

Meam while, please get your revision of our written agreement to me so I can waive it at everyone. You have had it for a week. Attached again

*Arthur Z. Schwartz*
*Principal Attorney* **Advocates for Justice Chartered Attorneys**
*President-* **Advocates for Justice Legal Foundation**
*General Counsel -* **Pacifica Foundation**
*Political Director-* **NY Progressive Action Network**
*Democratic District Leader -* **Greenwich Village, NYC**

225 Broadway Suite 1902
New York, New York 10007
Office: 212-285-1400
**Cell: 917-923-8136**
Fax: 212-285-1410


*"Freedom is not a state; it is an act. It is not some enchanted garden perched high on a distant plateau where we can finally sit down and rest. Freedom is the continuous action we all must take, and each generation must do its part to create an even more fair, more just society."*


**John Lewis**

> On Mon, Dec 18, 2023 at 3:14 PM Jeanne Mirer <jmirer@workingpeopleslaw.com> wrote:
>> Dear Arthur,
>> This morning one of the plaintiffs, Ms. Sultana Hossain sent an email using the ALU email.  She sent along a video from Michelle which shows that she and Michelle are sharing the ALU emails.
>> Michelle has refused to turn over the passwords for the ALU emails,  Twitter facebook and the you tube channel. As you are no longer Michelle's lawyer we are not asking you to talk to her but to Ms. Hossain regarding her interactions with Michelle and use of emails which she has no entitlement to. use the ALU email.
>> Please take steps to ensure that Ms. Hossain does not use ALU emails from this point forward.
>> Jeanne