

Arthur Z. Schwartz
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

December 20, 2023

By ECF

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Sylla et al., v. Amazon Labor Union et al.
                Civil Case No. 23-05261 (AMD)
                Request Regarding December 21 Conference

Dear Magistrate Merkl:

Thank you for setting up the Conference for December 21 at 2:00 p.m.

After making some inquiries, I have learned that my clients and Defendant Smalls have been working quite well together resolving differences, including those expressed in Attorney Mirer's letter. I request that the Court invite Mr. Smalls and Plaintiff Connor Spence to the Conference; I believe that this will expedite resolution of any differences we have.

                            Respectfully submitted,

                           /s/ *Arthur Z. Schwartz*

                            Arthur Z. Schwartz

AZS:dr

cc:    Jeanie Mirer, Attorney for Defendants (via ECF)