

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

December 29, 2023

By ECF
Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Sylla et al., v. Amazon Labor Union et al.
             Civil Case No. 23-05261 (AMD)
             Request for Settlement Conference

Dear Magistrate Merkl:

It is now 8 days since our last conference and 15 days since we sent a draft Consent Order to counsel for Defendants.

We have not heard a word as we head into New Year's weekend. Not one word. Not one question. Not one attempt at back and forth. What I am expecting is a response sometime during the afternoon or evening of January 5, 2024, the deadline day set by the Court. This is how "discussion" about settlement have run since we began discussions. Ms. Mirer and I have had one 5 minute discussion about the settlement outside of the courthouse in 2 months.

I leave on vacation on January 6, At the rate of speed we are going the events we agreed on orally in Court back on December 8 may be impossible to reach.

Delay like this should not be permitted. I request a conference with the Court on January 5 where we walk out of the meeting with a Consent Order in hand.

I hate to end the year this way, but we achieved an important breakthrough on December 8 which defendants, I fear, are attempting to wriggle out of.

Respectfully submitted,

/s/ *Arthur Z. Schwartz*
Arthur Z. Schwartz

cc:    Jeanie Mirer, Attorney for Defendants (via ECF)