

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

**advocates
for justice
chartered attorneys**

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

December 29, 2023

<u>By ECF</u>
Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  Sylla et al., v. Amazon Labor Union et al.
        Civil Case No. 23-05261 (AMD)
        <u>Request to Enter Consent Order</u>

Dear Magistrate Merkl:

   We have done it!

   A copy of the signed Consent Order is filed with this letter. We request that it be entered by the Court as an Order.

   We agreed to try to agree on a Neutral Monitor by January 16, 2024. We will report to the Court about our success or lack thereof. I expect that we will agree.

   Best wishes for the New Year.

        Respectfully submitted,

        /s/ *Arthur Z. Schwartz*
        Arthur Z. Schwartz

cc:  Jeanie Mirer, Attorney for Defendants (via ECF)