# JULIEN, MIRER, SINGLA & GOLDSTEIN, PLLC
## ATTORNEYS AT LAW
1 WHITEHALL STREET 16TH FLOOR

NEW YORK, NEW YORK 10038

| | | |
|---|---|---|
| JEANNE MIRER | TELEPHONE: (212) 231-2235 | RIA JULIEN |
| SETH GOLDSTEIN | FACSIMILE: (646) 219-0946 | RETU SINGLA |

January 24, 2024

**By ECF**
Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court for the Eastern District of NY
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Sylla et al., v. Amazon Labor Union et al.
        Civil Case No. 23- 05261 (AMD)

Dear Magistrate Merkl:

    I am writing on behalf Plaintiffs and Defendants to inform the Court that the parties have selected attorney Richard Levy to act as the Neutral Monitor to assist in implementing the consent decree.

        Respectfully submitted,

        /s/

        Jeanne Mirer

Cc: Arthur Schwartz