NOTE: This illustrates the FORM for an affidavit or affirmation.

NOTICE OF MOTION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____ X

[Your Name] Midelle Valentin Nieves Vice president
                    Plaintiff,               Amazon
        -against-                            labor Union

[Defendant's Name]

Chris Smalls   Brima Sylla   Defendant(s).

_____ X

*Motion to Intervene*

NOTICE OF MOTION

23 CV 5261 (ABC)

[docket number][judge's initials]

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation Midelle Valentin Nieves (your name) sworn to or affirmed (date) 2/22/2, 2024 and upon the complaint herein, plaintiff will move this Court, _____(Judge's name)__, U.S.D.J., in room____, United States Courthouse, Brooklyn, New York, 11201, on the ____(day) day of_____(Month)_____, 20___, at (time) or as soon thereafter as counsel can be heard, for an order pursuant to Rule _____ of the Federal Rules of Civil Procedure granting

_____
_____

Dated: [county], New York
       [date]

Midelle Valentin Nieves
[your signature]

Midelle Valentin Nieves
[print your name]

PLAINTIFF PRO SE

[print your address]
80 Norwood Avenue
Staten Island New
York 10304

AFFIDAVIT/AFFIRMATION
IN SUPPORT OF MOTION

SAMPLE

*motion to Intervene.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────── X

[Your Name], *Midele Valentin Nieves Amazon Vice president Plaintiff, labor union.*

-against-

[Defendant's Name],

*Chris Smalls* Defendant(s). *Brima Sylla.*
──────────────────────────── X

AFFIDAVIT/AFFIRMATION

23 CV 5261

STATE OF NEW YORK     )
COUNTY OF *Richmond*  ) ss.:

_____, [BEING DULY SWORN] deposes and says [or: makes the following affirmation under the penalties of perjury]:

I, *Midele Valentin Nieves*, am the plaintiff in the above-
   (your name)
entitled action, and respectfully move this Court to issue an order *motion to Intervene*
                    (state what you are seeking)

The reason why I am entitled to the relief I seek is the following: *non compliance of the Constitution and by laws, not giving the membership of ALU 8k+ members adequat notice of special electoral meeting letter attached*

(You may use additional 8 ½ x 11 paper if needed)

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

**Use this format below if preparing an affidavit (requires a notary public)**

Sworn to me before this day of 2/22, 20 24

_____
Your name

_____
Notary Public

---

OR:

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

**Use this format below if preparing an affirmation**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/22/24 (Date)

*Rachel Valentin* Your Signature
*Rachel Valentin Nieves* Print your name

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

*Michele Valentin Nieves, vice president of the Amazon Labor Union*

Plaintiff,

-against-

*Chris Smalls* Defendant(s). *Brima Sylla*

----------------------------------------X

NOTICE OF MOTION

23 CV 5261 ( )

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation of _____, sworn to or affirmed _____, 20____ and upon the complaint herein, plaintiff will move this Court, _____, U.S.D.J., in room ____, United States Courthouse, Brooklyn, New York 11201, on the ____ day of _____, 20___, at _____ or as soon thereafter as counsel can be heard, for an order pursuant to Rule _____ of the Federal Rules of Civil Procedure granting

_____

_____

_____

Dated: *2/22/24*

Plaintiff Pro Se

*[signature] Nieves*
Signature

Print Name *Michele Valentin Nieves*

Address *80 Norwood Avenue*

Phone # *646 676 8304*

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Madelle Valent Nieva
Vice president amazon labor
Plaintiff, Union

-against-

Chris Smalls        Defendant(s) Brima Sylla
_____X

AFFIDAVIT/AFFIRMATION

23 CV 5261

STATE OF NEW YORK )
COUNTY OF Richmond ) ss.:

I, Madelle Valentin Nieva [being duly sworn] deposes and says [or: make the following affirmation under the penalties of perjury]:

I, MN, am the plaintiff in the above entitled action, and respectfully move this Court to issue an order motion to Intervene. The reason why I am entitled to the relief I seek is the following: non compliance of the constitution and bylaws.

_____

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

Sworn to before me this
day of 2/21, 20 24

_____
Notary Public

_____
Signature

Madelle Valentin Nieva
Print Your name
Plaintiff Pro Se

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

------------------------------------------------------------

OR:  I declare under penalty of perjury that the foregoing is
     true and correct.

Executed on ___2/22/24___                  _____
                                           Signature
                                           Plaintiff Pro Se

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------- X
Michelle Valentin Nieves : 
Vice President : 
 Plaintiff, OF :   Affirmation of Service
-against- the Amazon :
 Labor : 23 CV 5261 (    )
 Union :
 Defendants. :
Chris Smalls  Brima Sylla : 
-------------------------------- X

I, Michelle Valentin Nieves , declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon _____

whose address is: 80 norwood Avenue Staten Island
NY 10304 New York .

Dated: 2/22/24
 , New York

Michelle Valentin Nieves
Signature

80 norwood Avenue
Address

Staten Island  New York
City, State & Zip Code
10304

Telephone
646 676 8304

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

FILED

## INSTRUCTIONS FOR PREPARING A MOTION
2024 FEB 22  PM 5: 32

A motion requests the Court to take action under a specific Federal Rule. For instance, a motion to amend your complaint is made under Rule 15 of the Federal Rules of Civil Procedure. Except for certain kinds of emergency motions, the Court cannot grant your motion until the defendants have been served with your motion and the summons and complaint. Therefore, generally, you should not submit a motion until after you have served defendant(s) with the summons and complaint.

To make a motion, you must do the following:

1. Write your motion. A motion consists of two parts:

    a. A notice of motion, which sets the "return date" date of the motion. You need not appear on the return date.

    b. An affidavit or affirmation explaining what you are seeking and why you are entitled to the relief. You may also submit a memorandum of law, but it is not necessary.

        i. An affidavit is a statement sworn to before a licensed notary public of the state. An affirmation is a sworn statement made under penalty of perjury. When using the affidavit/affirmation form, strike the terms which do not apply to the type of form you are submitting.

        ii. Your affidavit or affirmation should attach and refer to any relevant exhibits. You may also attach affidavits or affirmations from other people who have personal knowledge of relevant information regarding the motion.

        iii. You may also submit a memorandum of law to explain what the law is and how it applies to the facts of your case. However, any facts on which you rely must be in an affidavit or affirmation; it is not sufficient to put them in a memorandum of law. Similarly, the affidavit or affirmation should contain only facts. If you prepare a memorandum of law, you must send it to each defendant or his/her attorney(s).

2. Serve the papers by mail on the defendants or (if the defendant's attorney has filed papers in the case already) on the defendant's attorney. If there is more than one defendant or defendants are represented by different attorneys, you must serve a copy on each.

3. Send your motion papers to the Pro Se Office with an affirmation of service. (Form annexed).

When you write your motion papers, you should include the following:

The notice of motion should say that you will "move" on a certain day. This is the day the motion will be marked ready for decision by the judge. It generally must be at least fifteen business days after you have served the defendants with the motion papers (at least (5) business days for discovery motions). See Rule 6 of the Federal Rules of Civil Procedure.

Attached are two sets of forms for making a motion. The first set are sample illustration forms to refer to so you know how to fill out the blank notice of motion and affidavit/affirmation forms.

If you have any questions, contact the Pro Se Office at (718) 613-2665 **(no collect calls).**

Rev. 1/06