# EXHIBIT 1



# amazon LABOR UNION

900 South Avenue, Staten Island, New York 10314 · Tel: (718) 443-8318 · Email: info@amazonlaborunion.org

**Chris Smalls**
*President*

**Claudia Ashterman**
*Recording-Secretary*

**Wilhelmena Shuler**
*Secretary-Treasurer*

October 9, 2023

Dear Michelle Valentine Nieves:

On behalf of the Executive Board, we're writing to inform you that your employment with Amazon Labor Union as Vice President has ended effective immediately October 9, 2023.

The Executive Board has reviewed and made the decision from results of the investigation report. We do value and appreciate the hard work that you have contributed to the union.

The Amazon Labor Union is committed to assisting you with any future services pertaining to the Union. We will continue to fight on behalf of all workers in Staten Island JFK8 and its affiliates.

Please email/call us to make the necessary arrangements to return all property, including laptop with passwords, contacts, and any other assets belonging to The Amazon Labor Union.

You will receive a final paycheck next pay cycle.

In Solidarity,


President Chris Smalls
&
The Executive Board
Amazon Labor Union