# EXHIBIT 3

# JULIEN, MIRER, SINGLA & GOLDSTEIN, PLLC
ATTORNEYS AT LAW
1 WHITEHALL STREET 16TH FLOOR
NEW YORK, NEW YORK 10038

| | | |
|---|---|---|
| JEANNE MIRER | TELEPHONE: (212) 231-2235 | RIA JULIEN |
| SETH GOLDSTEIN | FACSIMILE: (646) 219-0946 | RETU SINGLA |

December 24, 2023

By email
Michelle Valentin Nieves

Dear Michelle,

I understand from Mr. Schwartz that you are no longer represented by him. He claims not to know who represents you, but if you have a lawyer, please provide this letter to him or her so that I may be contacted to discuss the matters set forth herein.

I am reiterating the demands of the Amazon Labor Union that you immediately turn over to the union the passwords for ALU's: g-mail suite, website, "You Tube" channel, "TikTok", "Instagram, "X" (formerly "Twitter") accounts, the email marketing platform "Mailchimp" and Facebook accounts. You had no right to refuse to turn these passwords back to the union upon your removal from your job and office. You also do not have any authorization to use the ALU's social media accounts for your own personal use.

Your continued failure to turn over these passwords is interfering with the functioning of the Union. You have made videos on the ALU's You Tube channel which you have forwarded using ALU's g-mail account and Mailchimp platform, referring to yourself as Vice President. In these emails and videos you request recipient members to send you their grievances/complaints or notice of injury rather than to the ALU. This is improper. You are not an officer or on staff and have no right to this information, nor are you authorized to speak on behalf of the ALU. Workers and employees who are sending you their grievances do not know that you are not forwarding this information to the Union leadership and staff.

As you know the ALU's November 2022 Constitution, which you participated in writing, states on page 15: "The provisional executive board may by a vote of the majority remove any provisional executive board member." The vote of 3 of the 4 existing provisional executive board members voted to remove you as Vice President. Your removal was perfectly legal under the Constitution.

I remind you to review paragraph 2.2 e of the ALU Constitution which spells out the duties of membership. This section requires members not to circulate false reports, or make gross and willful misrepresentations about the Amazon Labor Union or…commit… acts which injure the best interests of the Amazon Labor Union.

As you know the Union and the Caucus are working hard to unify as one strong Union to allow all parties to target Amazon and not each other. Your conduct is hindering this unity. I understand that you are also refusing the Caucus' request that you turn over access to the ALU's social media, email, and website to the current ALU Officers. Refusing to turn over the passwords mentioned above is, thus, injuring the best interests of the ALU.

I strongly urge you to try to repair this rift between yourself and the leadership of the union so that the Union may move forward united to fight Amazon. The first step toward this end is to turn over the passwords to President Smalls and/or the other officers so that the ALU does not have to spend money on an expert to change the passwords and exclude your access. Please contact President Smalls with this information on or before January 1, 2024.

If you have any questions, please contact me. If you are represented by counsel, please provide this letter to your counsel and have that person contact me.

Sincerely,

/s/

Jeanne Mirer

Cc: Chris Smalls
Wilhelmenia Shuler
Claudia Ashterman