March 1 2024

Trumo Toure
17 Elizabeth ST
Staten Island Ny 10301



**MOTION TO INTERVENE**
<u>case # NO. 23-5261</u>

**United States District Court
Pro Se Office
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201**

### Attention: Honorable Judge Ann.M. Donnelly

**My name is** Chermo Toure, an Amazon JFK 8 employee, an Amazon Labor Union (ALU) Disbanded executive Boards Member also Director of Grievances and compliances at ALU I would like to request a motion to intervene on <u>**case # NO. 23-5261**</u> I thought was helping people. However, it was not what I thought my experience would be. One of the first things I realized was that Christian Smalls, the interim president of the union, was almost never around. As I am aware of now, he was traveling, doing speaking engagements instead of organizing and building up momentum for a contract. The lack of Christian not being an active leader in the ALU caused a lot of disunity and factionalism. I saw this when Claudia Ashterman had invited me to a secret meeting to remove Christian Smalls as the interim president. And we saw this with the Democratic Reform Caucus of the ALU. Also, there were a lot of heinous attacks that members of the union were doing to each other. One of the first I saw was when Derrick Palmer started yelling at Brima Sylla because Brima was asking for the financial records of the union. Once I saw that, I knew there was something fishy going on, but I had just joined and didn't really understand the politics of the situation. About a month later it would come out that Derrick Palmer had admitted to choking his girlfriend and she

had claimed that it wasn't the first time he's done this. I was inclined to believe what was being said because of the whole Brima situation. However, my confidence in the ALU remained because Derrick Palmer had stepped down.

Still, the problems would continue. There would be disagreements in the leadership when Michelle Valentin Nieves became vice president of the ALU. I really didn't understand what was going on but this is what I got from that situation, Christian Smalls and his inner circle were afraid that Michelle and her inner circle would be a hindrance to the plans Christian Smalls and his clique had. So, they started plotting ways to remove her as vice president of the ALU. I knew this because just about the first three weeks of Michelle becoming vice president of the ALU, Ashley Nelson started talking bad about Michelle to me (Ashley is in Christian Smalls inner circle). Christian Smalls' and his cronies started spreading malicious lies about Michelle, especially after the incident she had with Gerald Bryson. They started saying that Michelle had ordered a contracted assassination on Gerald's life. They also said that she was racist for trying to report the incident to the police. When they started saying these things and removed Michelle from the union hall with a just cause created an aura of suspiciousness within me about Christian Smalls. However, I wanted to give him the benefit of the doubt because this was his first time running a labor organization. So, I decided that I would put a town hall together for the ALU at my old college, the College of Staten Island, to see if Christian Smalls was a serious person who just lacked experience. This would not go as I expected it to go. First, Christian Smalls and his inner circle refused to help with the promotion of the town hall. Only me, Rina Cummings, and Tristian Dutchin promoted the town hall. Then Christian Smalls decided not to put any funding behind the town hall, so I had my prelaw professor provide some funding for the town hall. Further, during the event Christian Smalls and his inner circle were barely prepared. It seemed as if they were intoxicated. This is when I started realizing that Christian Smalls is not built for this. Then what brought me to stop believing Christian Smalls was when he made the agreement with the Caucus after saying that he wouldn't. On top of that, he and his cronies were saying the Caucus was filled with white supremacists and thieves, so why would he compromise with them? That's almost as if you are condoning these behaviors. So, I started distancing myself from him.

This would lead to me being targeted by him and the other executive officers of the ALU. So, I wanted to file charges against Christian Smalls for his incompetence as interim president. This would lead to Christian Smalls and his inner circle retaliating against me by changing the locks of the office, by not giving me the opportunity to express my grievances, by calling the police on me for no reason (even the police were confused as to why they were there), removing me from my post even I wanted to charge Christian Smalls for his incompetence. A very weak move for someone who thinks highly of himself. I came to the realization that he's the problem and HAS TO GO. And the more I learn the more this union stuff seems like a sham, as crazy as this sounds Christian Smalls might be the union-buster for Amazon while being the interim president of the ALU. It all started to make sense as to why things were not getting done, because it was intentionally designed this way. Attached is the charges I sent by email also certified mail to the recording secretary which is a violation of the ALU constitution. This is the reason I was retaliated against by Interim President Christian Smalls and he told the treasure to call the police on me while I was retrieving items from my office.


Trumo Toure
Director of Grievances and compliances
Disbanded Executive Board Member

**Chermo Toure**
Office of Grievance
900 South Avenue
Suite 100
Staten Island, New York, 10314

chermotoure@gmail.com (personal) & chermo@amazonlaborunion.org (work, but disabled or hacked or whatever is going on)

Phone: 256-749-4087

Claudia Ashterman

Recording Secretary

900 South Avenue, Suite 100

Staten Island, N.Y. 10314

# January 13th, 2024

# Dear Ms. Ashterman,

I, Chermo Toure am submitting superseding charges, as per Article 9, Section 10.2 (FIRST SENTENCE), of the Amazon Labor Union's (also known as the "ALU" or "the Union") constitution against ALU's President Christian Smalls for conduct unbecoming of a member of the Union. Violating ALU's constitutional MEMBERSHIP PLEDGE and Article 3 of the Union's constitution on numerous occasions. Such as, **but not limited to**, violating Article 3:
Section 3.2 (a)
Section 3.2 (b)
Section 3.2 (c)
Section 3.2 (f)
Section 3.2 (g)

## Preliminary Statement:
- The evidence will show that Christian Smalls, the President of the Amazon Labor Union, violated the constitution and the office of the presidency by not attending meetings.
- The evidence will show that Christian Smalls, the President of the Amazon Labor Union, has failed to preserve order and enforce the constitution.
- The evidence will show that Christian Smalls, the President of the Amazon Labor Union, has failed to partake in committees of the Union.
- The evidence will show that Christian Smalls, the President of the Amazon Labor Union, was not at **ALL TIMES** responsible to the Executive Board (either current or previous) of the operations of the Union.

- The evidence will show that Christian Smalls, the President of the Amazon Labor Union, to establish and/or partake in the day-to-day functions of the Union by establishing policies and procedures to that end.
- The evidence will show that Christian Smalls, the President of the Amazon Labor Union, is an absentee president.
- The evidence will show that Christian Smalls, the President of the Amazon Labor Union, knowingly made false statements and/or misled Union members.
- The evidence will show that Christian Smalls, the President of the Amazon Labor Union, does not fulfill his duties as president faithfully.

Yours truly with honesty and respect,

Chermo Toure (acknowledged signature)

Trumo Toure
17 Elizabeth St
Staten Island Ny 10310

**MOTION TO INTERVENE**
**case # NO. 23-5261**

United States District Court
Pro Se Office
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

AID

, NY 10304

32