

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆  MAR 19 2024  ☆

BROOKLYN OFFICE

March 13 2024

## MOTION TO INTERVENE
## <u>case # NO. 23-5261</u>

Nicole Druda
7 Dongan Ave.
Staten Island, New York 10314

United States District Court
Pro Se Office
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Attention: Honorable Judge Ann.M. Donnelly

My name is Nicole Druda a former member of Amazon labor union Disbanded Executive Board, I am writing to the court for a motion to intervene <u>case # NO. 23-5261</u> you to address the concerning matter regarding the conduct of the Amazon labor union leader, Chris Smalls. As a former dues-paying member of the union, I feel compelled to bring to your attention the deliberate neglect and malfeasance that I have experienced under his leadership. Despite fulfilling my dues obligations, I have not received any of the services promised by the union, nor have I received adequate support during a critical time of need. As an individual currently facing financial hardship due to an injury sustained while working at Amazon, I reached out to both the Amazon labor union and legal representatives for assistance, only to be met with silence and indifference. Furthermore, I endured hostile conditions and intimidation tactics whenever I questioned the misappropriation of funds within the union. Instances of physical threats and verbal abuse were not uncommon, creating a deeply concerning environment for union members. As someone who dedicated significant time and effort to Amazon Labor Union., I am deeply disappointed by the lack of support and representation provided by the Amazon Labor Union, under Chris Smalls' leadership. I would like to add, I was also threatened and slandered by the Amazon Labor Reform Caucus in the workplace. They made no attempt to

REC'D IN PRO SE OFFICE
MAR 20 '24 PM12:03

reconcile with other union members and are continuing to prolong the true mission of the union formed at Amazon by the workers to get a contract. Chris Smalls was fully aware of their intimidation tactics and did nothing to stop it. It is evident that there has been a failure on the part of the union to fulfill its obligations to its members, including the failure to negotiate a contract and address critical issues affecting workers' rights and well-being. The lack of transparency regarding the allocation of funds and expenses further underscores the need for a thorough investigation by the Department of Labor and National Labor Relations Board. I urge you to take immediate action to address these issues and restore integrity and accountability within the Amazon Labor Union. Members deserve better representation and support, and it is imperative that steps are taken to ensure their rights are protected and upheld. Thank you for your attention to this matter. I trust that you will investigate these concerns promptly and take appropriate action to address them.


Sincerely,


Nicole Druda

Druda

gan Ave.

Island Ny 10314

U.S. ............ .Y.

★ MAR 19 2024 ★

BROOKLYN OFFICE

Retail



UNITED STATES
POSTAL SERVICE®

RDC 99

11201

U.S. POSTAGE PAID
FCM LETTER
STATEN ISLAND, NY 10304
MAR 14, 2024

$0.68

R2304M115379-82

United States District Court
Pro Se Office
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201



112013182 C030