February 7, 2024

Ronald P Boone Jr
45 Winter Ave
Staten Island New York 10301

RECD IN PRO SE OFFICE MAR 19 '24 PM 2:09

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 18 2024 ★
BROOKLYN OFFICE

**MOTION TO INTERVENE**
**case # NO. 23-5261**

United States District Court
Pro Se Office
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Attention: Honorable Judge Ann.M. Donnelly
My name is Ronald P Boone Jr a current employee at Amazon JFK 8 in Staten Island New York I'm currently a due paying member Amazon Labor Union, a Chairman and a member of the disbanded Executive Due to interim President Christian Smalls continued violations of his duties also abuse of power many of us want him to step down immediately. **I'm contacting you for an Emergency** Motion to Intervene **and to stop this defrauding of the court with this current agreement made by plaintiff Dr Brima Sylla vs Defendants AMAZON LABOR UNION and CHRIS SMALLS as President of Amazon Labor Union case # NO. 23-5261 Consent order because it was made without the consent of the officers being able to review the document before signing, and this agreement is a violation of the current AMAZON LABOR UNION constitution which states there will be no**

**elections until after a contract** There has not been true solidarity or unity because members of the democratic caucus have been having regular meetings with themselves and a few members selected by Interim President Christian Smalls which includes the treasure, and recording secretary. This is not transparency or democratic especially when amazon jfk 8 have almost 8300 people to educate and make aware of current events like possible votes to see if they want elections on February 24th unless the date changed nobody knows the place or possible time to vote, this entire agreement seems in favor of the Democratic caucus of ALU. To determine whether or not to have a vote to have an election the only ones aware is the people from the list the Democratic caucus of ALU have which is showing signs of a fixed situation which is not fair to almost 8300 people and many officers who were dues paying members.

I suggest before we continue if we do somehow have a vote to have an election, then have an election it must be fair, and everyone must be qualified by being dues paying members, attend the required official meetings documented by the recording secretary which is paramount to be considered to hold any office. The office of the President must be a worker at amazon Jfk 8 unless special situations a worker was fired while in office, because workers don't want another absent president.

Finally, in order to have a fair clean and honest election as a solution Its mandatory we have a non-bias void of conflict of interest agencies not connected to any lawyers of both parties. There must be a complete audit of all financial records of all accounts from AMAZON LABOR UNION Amalgamated Bank, T.C.O.E.W etc. also explanations also records of large ATM withdraws, money transfers from the beginning before Former Treasure Connor Spence resigned up to current date with treasure Wilhelmina Shuler It should be mandatory before any thought to vote on having an election we have a new
**(1) New constitution and bylaws (2) A operational procedure Manuel.**
**(3) A thorough code of conduct (4) The Immediate restoration of the**

**Entire original dues paying disbanded Executive Board which was the checks and balances of the union before disbanded by Interim President Christian Smalls according to him it was with the lawyers Jeanne Mirer's advice due to the flawed constitution, and if that was the case the situation could have immediately been fixed with article 14 in the ALU constitution the savings clause but it wasn't, by that act it left the union without checks and balances and more problems.**
I would like to also suggest an immediate restoration of officers that were let go unlawfully by Interim President Christian Smalls with no exhausting of internal remedies 10.6 of the ALU constitution and not given due process these people are ALU interim Vice President Michelle Valentin Nieves and Director of Grievance and compliance Trumo Toure major people that helped raise funds running the union and save countless jobs as of now the workers are suffering because lack of help in the building. Many are concerned about elections instead of building a strong union with a strategy to help the workers at AMAZON JFK 8 first to get a contract. **I attached 3 exhibits. (A) Union ID (B) pUblic Statement, (C) Urgent request for resignation.** Thank you for your time your Honor.

Ronald P Boone JR
Amazon Labor Union Chairman
Member of the disbanded Executive Board

A-C
Exhibit B



Public Statement

My name is Ronald P. Boone Jr., a dedicated employee at Amazon JFK 8 in Staten Island, NY, for over five years. I have a history of union involvement, having been a member of the United Steel Workers Union and currently belonging to the SAG-AFTRA union. Additionally, I served as the Chairman and Executive Board Member of the Amazon Labor Union.

Recently, Interim President Chris Smalls took an unexpected and unprecedented step by disbanding the executive board, removing fourteen committed members from their positions. His failed attempt to remove Vice-President Michelle Valentin-Nieves and Director of Grievances and Compliance Trumo Toure is an illegal decision made without the consensus or input of the board members or the union's broader membership. Consequently, the governance of the union now solely rests in the hands of Mr. Smalls and the union's attorneys. The elimination of a diverse executive board has stripped away a crucial mechanism of accountability and checks and balances necessary for the healthy functioning of any democratic union. Unfortunately, the ALU, a union that we all fought for and voted into existence, is now solely controlled by a single individual seeking personal fame and fortune. The executive board was pivotal in representing diverse perspectives and meeting the needs of our members, ensuring decisions were made collaboratively and transparently. The disbandment of the board has left many of our colleagues feeling voiceless and concerned about their future within the union and the organization as a whole.

Enough is Enough.

*Ronald P. Boone Jr* 0001-308 Ereker

Ronald P. Boone Jr

ALU Chairman, Member of the Disbanded Executive Board

A-C   Exhibit A




A~C
Exhibit C

February 25 2024

Ronald P Boone Jr
45 Winter Ave
Staten Island New York 10301

Claudia Ashterman
Recording Secretary
900 South Avenue, Suite 100
Staten Island, N.Y. 10314

# URGENT REQUEST FOR YOUR RESIGNATION

Attention: Claudia Ashterman
We are writing to express our deep concerns and dissatisfaction with the current state of the Amazon Labor Union. After careful consideration and consultation with fellow members and JFK 8 workers, we believe that it is in the best interest of the union and its members, Interim President Smalls, step down from the position as our President immediately. Over the past few years, it has become apparent that there have been a series of shortcomings and failures in His leadership, including favoritism, conflicts of interest, abuse of power, negligence, acts of slander, and approving actions endangering members' physical, emotional, financial, and mental health. These issues include:

**1. Misuse of Power:** His personal issue with VP Michelle Valentin Nieves resulted in a failure to exhaust internal remedies, give her due process according to the constitution and bylaws, or meet with the balanced non-biased Executive Board. Instead, He provided her with a paper lacking signatures, changed the locks, and removed her from payroll, preventing her from performing her duties. Subsequently, you

retaliated against the Director of Grievances and Compliance in a similar fashion.

**2. Lack of Transparency:** Disbanding the Executive Board without using Article 14 in the constitution as the savings clause left the union without checks and balances. This neglect resulted in a lack of transparency, creating an atmosphere of mistrust, favoritism, and alienation.

3. **Ineffective Communication:** Communication channels between the President, Vice President, Officers, and union members have been insufficient and ineffective. Important updates, announcements, and explanations are often delayed or absent, leaving members uninformed and workers disconnected.

4. **Decline in Organizational Performance:** Under your leadership, the union has experienced a decline in performance, missed opportunities, poor planning, going against the popular vote of the Executive Board, and overspending. His failure to effectively utilize visits to the ALU office with notable individuals, such as Dr. Cornel West, led to decreased member engagement and a diminished impact in our mission.

**5. Violation of duties of President:** Section 3.2 under the Amazon Labor Union constitution.
Considering the gravity of these issues and their negative consequences on the Union, it is evident that a change in leadership is necessary to rebuild trust, restore morale, and steer the Union back towards success. We understand that stepping down from a position of authority can be a difficult decision, but we urge Him to prioritize the greater good of the Union and its members. By submitting your resignation promptly by Friday March 1, 2024, He will not only allow a fresh perspective and

new leadership but also demonstrate your commitment to the Union's welfare.

We kindly request a peaceful turnover to ensure a smooth transition of leadership. This will allow the Union to embark on a journey of rejuvenation and restore confidence to its members.

The Union will overcome its current challenges with the necessary changes in leadership. He will always remain the first President and one of the Founders of the Amazon Labor Union, and how He leave will determine His legacy.

Thank you,

*Ronald P Boone Jr* vac 1-308 € recular

**Ronald P Boone Jr**
ALU Chairman /
Member of The Disbanded Executive Board

And Amazon JFK 8 **Fulfillment Center Warehouse Workers 546 Gulf Ave 2523 Staten Island NY 10314.**

Ronald P Boone Jr
45 Winter Ave
Staten Island New York 103

Retail  
11201

RDC 99

United States District Court
Pro Se Office
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

U.S. POSTAGE PAID
FCM LETTER
STATEN ISLAND, NY 10304
MAR 14, 2024

$0.92
R2304M115379-82

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 18 2024 ★

BROOKLYN OFFICE 112013 1832 C030

MOTION TO INTERVENE
case # NO. 23-5261