Subject: Good Evening!

**Chris Smalls** <**csmalls@amazonlaborunion.org**>     Thu, Apr 11, 8:11 PM (3 days ago)

to srotkowitz

Hello brother Sean

This is Chris Smalls President of Amazon Labor Union sorry we haven't spoken sooner I've been ootd. I received the request to host a meeting at your location which we greatly appreciate there are some issues we have to still sort out. We haven't agreed to that specific date with the members and that date was pushed out by there legal counsel before both parties consulted. Our apologies for the confusion but our legal counsel and current leadership want to do things properly and we're in the process trying to subpoena Amazon to give us a a updated list of employees which we currently do not prior to this meeting so that we can properly contact all 8,000 members without that information it will be impossible. This is why we have expressed to the other side that we need to hold off until June to see if Amazon will comply which currently they have accepted the subpoena. Also if they do not comply fully we will at least have the entirety of May and most of June to notify members May 11th is way to soon last thing we want is for workers to raise more interventions concerning notification. I hope this clears it up as far as not consenting to May11th if you have any questions concerns please do not hesitate to contact me.

My cell number is (201) 283-6658

Thank you. Solidarity ✊🏽