# Re: Use of UFT Staten Island Office for ALU Nominations Meeting

External

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



**Jeanne Mirer**  Fri, Apr 12, 12:10 PM (2 days ago)

to me, Sean, Richard

Mr. Rotkowitz
I am counsel for the ALU.  There was no agreement on the date for the nominations meeting.  Mr. Levy made a decision without ensuring the ALU was on board with the date and before the parties, not lawyers, discussed the matter.   Mr. Levy has the right under the order to  make decisions where the parties disagree but the process is to be based on communication between the parties and a chance by each party to explain their position to him and  to advocate for it.  The process got short circuited because Mr. Schwartz demanded a decision before the ALU had a chance to weigh in or before the leaders of the different groups discussed the matter between themselves.   We do not want the UFT to be in the middle of an internal ALU matter but it appears you have been put there by Mr Schwartz and Mr Levy.
Sincerely
Jeanne Mirer