# Re: Use of UFT Staten Island Office for ALU Nominations Meeting

External
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



**Richard Levy**     Fri, Apr 12, 1:19 PM (2 days ago)

to Sean, me, Jeanne

Dear Mr. Rotkowitz,

First, let me thank you and the UFT for agreeing to make space available for a nominations meeting for the ALU.

There was a dispute between the parties on the date for the nominations meeting. The current union officers, represented by Ms. Mirer, favored pushing the date out much later while the caucus, represented by Mr. Schwarz, advocated for a date in early May. My obligation under the consent order was to see that a nominations meeting was held and followed by an election in June or July. Given that parameter, may 11th they seemed quite appropriate. A much later date seemed likely to push the election beyond, the framework set out in the consent order.

I directed that the union and the caucus go ahead with the nominations meeting on May 11th both because the date was appropriate and because the UFT had agreed to provide space on that date.

That decision, made pursuant to the consent order was binding on the parties and attempts by one side to upset the meeting date is, in my view, highly inappropriate. At this point, the date and location has been set, the membership has been notified of that date and there is no basis for the current arrangement to be changed. I would very much appreciate your confirming that the nominations meeting can go forward on May 11, 2024 at the UFT offices as planned.

Thank you very much for your consideration.

Richard Levy,Esq., Monitor