UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DR. BRIMA SYLLA, *et al.*,  Civil Case No. 23-5261

                          Plaintiffs,  **ORDER TO SHOW CAUSE FOR ALL WRITS ACT ORDER**

      -against-

AMAZON LABOR UNION, and CHRIS SMALLS,
as President of the Amazon Labor Union,

                          Defendants.

-----------------------------------------------------------------X

Upon the annexed copy of the Declaration of Arthur Schwartz dated on April 18, 2024, and the Consent Order in this matter, dated January 10, 2024 defendants, their officers, agents, and representatives, and Amazon.com Services LLC, should they be properly served with this Order, are hereby

ORDERED TO SHOW CAUSE, on the _____ day of _____2024, at _____ o'clock in the _____ noon of that date, in Courtroom _____, United States Courthouse, 225 Cadman Plaza East , Brooklyn, New York, 11201, why this Court should not enter an order, pursuant to 28 U.S. Code § 1651, directing Amazon.com Services LLC (hereinafter "Amazon"), as follows:

    a.    to provide a third-party mailing house with the name and address of all "hourly full-time and regular part-time fulfillment center associates employed at the Amazon JFK8 building located at 546 Gulf Avenue, Staten Island, New York, (hereinafter 'JFK8') on or before May 12, 2024," unless notified by the Neutral Monitor adjudicating disputes under this Court's Consent

1

Order of January 10, 2024 that said list is not needed because there will not be a contested election in the Amazon Labor Union;

      b.     to allow employees who are running for office in the election which will be occurring in the Amazon Labor Union, who are qualified to run for that office due to their current employment at Amazon, or because they are terminated employees currently challenging their termination through a legal process, including, but not limited to, the National Labor Relations Board,

      1.     access to all areas outside the front entrance of JFK8, so long as access to the doors of JFK8 is not blocked;

      2.     Access to all employee break rooms within JFK8; and it is further

ORDERED that personal service of this Order and the papers upon which it is based, be made by personal service upon any officer or attorney or Agent for the Service of Process of Amazon, by email and overnight mail, on or before April ___, 2023.

Dated: Brooklyn, New York
      April ___, 2024

                                                                       _____