UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. BRIMA SYLLA, et al,

                    Plaintiffs,

-against-

AMAZON LABOR UNION, and CHRIS SMALLS,
as President of the Amazon Labor Union,

                    Defendants.
-----------------------------------------------------------------X

Civil Case No. 23-5261

**DECLARATION OF SERVICE**

      ARTHUR Z. SCHWARTZ, attorney for Plaintiffs, declares as follows under the penalties of perjury.

      1.    On April 18, 2024 I did serve a copy of the Order to Show Cause and the accompanying papers by email on Amber Rogers and Kurt Larkin, of the firm Hinter, Andrews, Kurth, who I know to be the principal attorneys representing Amazon in connection with matters arising out of the unionization efforts at Amazon's JFK8 Warehouse in Staten Island, New York.

      2.    On April 19, 2024 I did serve a copy of the Court's Order for a conference on April 25, 2024 by email on Amber Rogers and Kurt Larkin.

      3.    On April 22, 2024 I did confer with Michael B. Kuse, Esq. of the Hunton firm in an effort to resolve the request being made. For reasons counsel to Amazon can explain to the Court on April 25, 2024, we were unable to reach any sort of resolution.

Dated:  New York, New York
          April 22, 2024

                                      /s/ *Arthur Z. Schwartz*
                                      Arthur Z. Schwartz
                                      ADVOCATES FOR JUSTICE,
                                      CHARTERED ATTORNEYS
                                      *Attorneys for Plaintiffs*
                                      225 Broadway, Suite 1902
                                      New York, New York 10007
                                      (212) 285-1400
                                      aschwartz@afjlaw.com