UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIMA SYLLA, et al.,<br><br>          Plaintiffs,<br>v.<br><br>AMAZON LABOR UNION and CHRIS SMALLS, as President of Amazon Labor Union,<br><br>          Defendants. | Case No. 23-cv-05261 (AMD)(TAM)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that Patrick L. Robson is admitted to practice in this court and hereby appears as counsel for Movants/non-parties Raymond Roach and Amazon.com Services LLC in the above-captioned matter.

Dated: New York, New York
       April 24, 2024

                                      */s/ Patrick L. Robson*
                                      Patrick L. Robson
                                      Hunton Andrews Kurth LLP
                                      200 Park Avenue
                                      New York, New York 10166
                                      Telephone: (212) 309-1000
                                      probson@huntonak.com

                                      *Attorneys for Movants/non-parties*
                                      *Raymond Roach and Amazon.com Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2024, I electronically filed the foregoing document with the United States District Court for the Eastern District of New York through the Court's CM/ECF system, which sent notification of such filing to the attorneys of record.

*/s/ Patrick L. Robson*
Patrick L. Robson