UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIMA SYLLA, et al.,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>AMAZON LABOR UNION and CHRIS SMALLS, as President of Amazon Labor Union,<br><br>　　　　　　Defendants. | Case No. 23-cv-05261 (AMD)(TAM)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that Michael B. Kruse is admitted to practice in this court and hereby appears as counsel for Movants/non-parties Raymond Roach and Amazon.com Services LLC in the above-captioned matter.

Dated: New York, New York
　　　　April 24, 2024

　　　　　　　　　　　　　　　　　　　　*/s/ Michael B. Kruse*
　　　　　　　　　　　　　　　　　　　　Michael B. Kruse
　　　　　　　　　　　　　　　　　　　　HUNTON ANDREWS KURTH LLP
　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 309-1000
　　　　　　　　　　　　　　　　　　　　mkruse@huntonak.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Movants/non-parties*
　　　　　　　　　　　　　　　　　　　　*Raymond Roach and Amazon.com Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2024, I electronically filed the foregoing document with the United States District Court for the Eastern District of New York through the Court's CM/ECF system, which sent notification of such filing to the attorneys of record.

*/s/ Michael B. Kruse*
Michael B. Kruse