UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. BRIMA SYLLA, CONNOR SPENCE, DAVID-DESYRÉE SHERWOOD, KATHLEEN COLE, SULTANA HOSSAIN, TRISTIAN MARTINEZ, JUSTINE MEDINA, BRETT DANIELS, RUEL MOHAN, ROB MCDONALD, PASQUALE CIOFFI, SAM BOWMAN, JOE LUCCHESE, ROBERT PECORARO, YACKISHA NEBOT-LOPEZ, AIDE ESTUDILLO, BRIANA ANDERSON, NAQUASIA ROWLAND, TAMIA CAMPBELL, JENNIFER SCHOFIELD, MICHAEL RIVERA, CHRISTIAN MOHANSINGH, JAMES BARDO, ABDULA DIALLO, IBRAHIM BALDE, FELICIA REESE, IGOR MABIKA, MICHAEL LOPEZ, NICHOLAS FERRUGIARO, ABDULLAH SESAY, KAREEM LINDSAY, LILLIAN LOPEZ, TREMAYNE YOUNGBLOOD, ALI GIGNI, MANNY THOMPSON, RJEEN RODRIGUEZ, SIMONE SUE, LATIFAH X, COMRAD BROWN, JORDAN SILVEIRA, RICHARD COTTO, DEYANIRIS MOTE, JESSICA EDMONDS, KIMBERLY MERISE, BIANCA BUTLER, MICHAEL ANTONIO, MARK JOHNSON, CRAIG AYALA, JOHN PHILIP, LASALLE DELLA ROCA, CHRIS KOKO, CHRISTINA JIMMY, CHARLES JOHNSON, CHRIS PHILIP, AHMED BOBACAR, CATY RIDREGO, DURVIS SAINT LUIS, KEVIN BERTMAN, AALIYA DIAMOND, MOHAMED AWES, ALI DAWUD, FRED FIBIO, ISMAEL MENDOZA, BRIANA PACHECO, JAYSHAWN BAZEMORE, AMANI CLAUDIA, CHRISTOPHER WHRIGHT, EZEKIEO BENSON, ETHAN COPER, JOSEPH DEJESUS, ISOLA OKUNU, ARIANA JOHNSON, MOSTEP STEP, ABAYOMI "BAYOU" ABIMBOLA, GABRIEL WEBBS, ALIYYAN AZIZ, | Civil Case No. 23-5261 (AMD)(TAM) |

| | |
|---|---|
| EMMANUEL JEAN, ANTOINETTE GRAY, DON ELIJAH, ERIC HARRIS, RONDU JOHN, NICOLE FLORES, MERLDON GUSTAVE, MOHAMED GACK, JOE JOHNSON, and ADRIAN JOHN,<br><br>                Plaintiffs,<br><br>   -against-<br><br>AMAZON LABOR UNION, and CHRIS SMALLS, as President of the Amazon Labor Union,<br><br>                Defendants. | |

### NON-PARTIES RAYMOND ROACH AND AMAZON.COM SERVICES LLC'S MOTION TO QUASH AND FOR A PROTECTIVE ORDER

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 45 and the Court's April 25, 2024 Minute Order, the Declaration of Patrick L. Robson, with exhibits, and the accompanying memorandum of law in support, Non-Parties Raymond Roach and Amazon.com Services LLC hereby move to quash, and pursuant to Federal Rule of Civil Procedure 26 move for a protective order with respect to a subpoena ("Subpoena") seeking the production of documents in New York, New York in the above-captioned action. As discussed further in the attached memorandum of law in support of this motion, the Subpoena should be quashed, and a protective order should be entered because the Subpoena seeks discovery that is not "necessary," is not relevant to resolve the issues in the litigation, and constitutes an undue burden.

2

| | |
|---|---|
| April 30, 2024 | Respectfully submitted,<br><br>/s/ *Patrick L. Robson*<br>Patrick L. Robson<br>Michael B. Kruse<br>HUNTON ANDREWS KURTH LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-309-1000 office<br>212-309-1100 fax<br>probson@HuntonAK.com<br>mkruse@huntonAK.com<br><br>*Counsel for Non-Parties Raymond Roach and Amazon.com Services LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of April, 2024, I electronically filed the foregoing document with the United States District Court for the Eastern District of New York through the Court's CM/ECF system, which sent notification of such filing to the attorneys of record.

*/s/ Patrick L. Robson*
Patrick L. Robson