# Exhibit B

FORM NLRB-502 (RC)
(4-15)

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
**RC PETITION**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case No. 29-RC-288020 | Date Filed 12/22/2021 |

**INSTRUCTIONS:** Unless e-Filed using the Agency's website, www.nlrb.gov, submit an original of this Petition to an NLRB office in the Region in which the employer concerned is located. The petition must be accompanied by both a showing of interest (see 6b below) and a certificate of service showing service on the employer and all other parties named in the petition of: (1) the petition; (2) Statement of Position form (Form NLRB-505); and (3) Description of Representation Case Procedures (Form NLRB 4812). The showing of interest should only be filed with the NLRB and should not be served on the employer or any other party.

1. **PURPOSE OF THIS PETITION: RC-CERTIFICATION OF REPRESENTATIVE** - A substantial number of employees wish to be represented for purposes of collective bargaining by Petitioner and Petitioner desires to be certified as representative of the employees. **The Petitioner alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.**

| 2a. Name of Employer | 2b. Address(es) of Establishment(s) involved (Street and number, city, State, ZIP code) |
|---|---|
| Amazon.com Services LLC | 410 Terry Avenue N. Seattle WA 98109 |

| 3a. Employer Representative – Name and Title | 3b. Address (If same as 2b – state same) |
|---|---|
| Amber Rogers Esq. | 1445 Ross Avenue Suite 3700 Dallas TX 75202 |

| 3c. Tel. No. | 3d. Cell No. | 3e. Fax No. | 3f. E-Mail Address |
|---|---|---|---|
| (214) 468-3308 | | | arogers@hunton.com |

| 4a. Type of Establishment (Factory, mine, wholesaler, etc.) | 4b. Principal product or service | 5a. City and State where unit is located: |
|---|---|---|
| Consumer Goods | E-Commerce | Staten Island, NY |

| 5b. Description of Unit Involved | 6a. No. of Employees in Unit: 5000 |
|---|---|
| Included: | 6b. Do a substantial number (30% or more) of the employees in the unit wish to be represented by the Petitioner? Yes [●] No [ ] |
| Excluded: | |

**Check One:**
- ○ 7a. Request for recognition as Bargaining Representative was made on (Date) _____ and Employer declined recognition on or about _____ (Date) (If no reply received, so state).
- ○ 7b. Petitioner is currently recognized as Bargaining Representative and desires certification under the Act.

| 8a. Name of Recognized or Certified Bargaining Agent (If none, so state). | 8b. Address |
|---|---|
| | |

| 8c. Tel No. | 8d Cell No. | 8e. Fax No. | 8f. E-Mail Address |
|---|---|---|---|
| | | | |

| 8g. Affiliation, if any | 8h. Date of Recognition or Certification | 8i. Expiration Date of Current or Most Recent Contract, if any (Month, Day, Year) |
|---|---|---|
| | | |

9. Is there now a strike or picketing at the Employer's establishment(s) involved? No  If so, approximately how many employees are participating? _____
(Name of labor organization) _____, has picketed the Employer since (Month, Day, Year) _____.

10. Organizations or individuals other than Petitioner and those named in items 8 and 9, which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in the unit described in item 5b above. (If none, so state)

| 10a. Name | 10b. Address | 10c. Tel. No. | 10d. Cell No. |
|---|---|---|---|
| | | 10e. Fax No. | 10f. E-Mail Address |

11. **Election Details:** If the NLRB conducts an election in this matter, state your position with respect to any such election.

| 11a. Election Type: ___ Manual ___ Mail [●] Mixed Manual/Mail | | |
|---|---|---|
| 11b. Election Date(s): March 30, 2022 | 11c. Election Time(s): 12AM - 11:59PM | 11d. Election Location(s): Employee Cafeteria |

| 12a. Full Name of Petitioner (including local name and number) | 12b. Address (street and number, city, state, and ZIP code) |
|---|---|
| (b) (6), (b) (7)(C) Union | (b) (6), (b) (7)(C) |

12c. Full name of national or international labor organization of which Petitioner is an affiliate or constituent (if none, so state)
None

| 12d. Tel No. | 12e. Cell No. | 12f. Fax No. | |
|---|---|---|---|
| (b) (6), (b) (7)(C) | | | (b) (6), (b) (7)(C) |

13. Representative of the Petitioner who will accept service of all papers for purposes of the representation proceeding.

| 13a. Name and Title | 13b. Address (street and number, city, state, and ZIP code) |
|---|---|
| Eric Milner Esq. Attorney Simon & Milner, Esqs. | 99 W. Hawthorne Ave. Suite 308 Valley Stream NY 11580 |

| 13c. Tel. No. | 13d. Cell No. | 13e. Fax No. | 13f. E-Mail Address |
|---|---|---|---|
| (516) 561-6622 | | (516) 561-6828 | emilner@simonandmilner.com |

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.

| Name (Print) | Signature | Title | Date |
|---|---|---|---|
| Eric Milner Esq. | Eric Milner | Attorney | 12/22/2021 11:52:29 AM |

**WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

Attachment

| **DO NOT WRITE IN THIS SPACE** | |
|---|---|
| Case | Date Filed |

Employees Included

All hourly full-time and regular part-time fulfillment center associates employed at the JFK8 Building located at 546 Gulf Avenue, Staten Island, NY 10314.

Employees Excluded

Truck drivers, seasonal employees, temporary employees, clerical employees, professional employees, managerial employees, engineering employees, maintenance employees, robotics employees, information technology employees, delivery associates, security guards, loss prevention employees, on-site medical employees, guard and supervisors as defined by the Act.