# Exhibit E

| | |
|---|---|
| **From:** | Jeanne Mirer <jmirer@workingpeopleslaw.com> |
| **Sent:** | Friday, January 13, 2023 12:44 PM |
| **To:** | Larkin, Kurt G. |
| **Cc:** | Retu Singla; rjulian@workingpeopleslaw.com; jmirer@julienmirer.com; Eric Milner; Rogers, Amber; White, Kevin J. |
| **Subject:** | Re: 29-RC-288020   Amazon.com Services, LLC |

Caution: This email originated from outside of the firm.

Given our views on your use of these unfounded objections as a merely a delaying tactic and in light of the limited bases for review we oppose.

Sent from my iPhone


On Jan 13, 2023, at 12:30 PM, Larkin, Kurt G. <klarkin@hunton.com> wrote:


Good afternoon,
Amazon intends to request an extension of time until February 9, 2023, to file a Request for Review and for leave to file up to a 125-page Request for Review. Please let us know your position on our intended request.
Thank you,
Kurt



**Kurt Larkin**
Partner
klarkin@HuntonAK.com
p804.788.8776
bio | vCard | LinkedIn
www.huntonlaborblog.com

Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
HuntonAK.com

This communication is confidential and is intended to be privileged pursuant to applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify Hunton Andrews Kurth immediately by telephone (804-788-8200) and by electronic mail to: information@huntonak.com and then delete this message and all copies and backups thereof.

**From:** Zorn, Mary <Mary.Zorn@nlrb.gov>
**Sent:** Wednesday, January 11, 2023 5:58 PM
**To:** Larkin, Kurt G. <klarkin@hunton.com>; Rogers, Amber <arogers@hunton.com>; White, Kevin J. <kwhite@hunton.com>; chrismalls21@gmail.com; Retu Singla <rsingla@workingpeopleslaw.com>; rjulian@workingpeopleslaw.com; jmirer@julienmirer.com; Eric Milner <emilner@simonandmilner.com>
**Subject:** 29-RC-288020 Amazon.com Services, LLC

Caution: This email originated from outside of the firm.

CAUTION: This email and any attachments may contain Controlled Unclassified Information (CUI). National Archives and Records Administration (NARA) regulations at 32 CFR Part 2002 apply to all executive branch agencies that designate or handle information that meets the standards for CUI.

Attached please find your copy of Decision and Certification of Representative in the above case, issued this date.

Mary Harrington-Zorn | Acting Administrative Officer
National Labor Relations Board | Region 28
2600 North Central Avenue | Suite 1400 | Phoenix | AZ | 85004
Office: 602-416-4754 | Fax: 602-640-2178 | Cell: 202-322-8166
mary.zorn@nlrb.gov

*Notice of Confidentiality*: The information included and/or attached in this electronic mail transmission may contain confidential, privileged or sensitive information which is intended solely for the addressee. *Any* unauthorized disclosure, reproduction, distribution or the taking of action in reliance on the contents of the information is prohibited. If you believe that you have received the message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.