# Exhibit F

| | |
|---|---|
| **From:** | Jeanne Mirer <jmirer@workingpeopleslaw.com> |
| **Sent:** | Friday, September 2, 2022 9:08 AM |
| **To:** | Larkin, Kurt G.; Retu Singla; rjulien@workingpeopleslaw.com; jmirer@julienmirer.com; Eric Milner |
| **Cc:** | Rogers, Amber; White, Kevin J. |
| **Subject:** | RE: Amazon.com Services LLC / Case 29-RC-288020 |

Caution: This email originated from outside of the firm.

Dear Kurt:

Petitioner opposes and will strenuously oppose any request by the employer for enlargement of the brief or time limits to challenge the Hearing Officer's Report.

We believe your client's objections were not supported when they were filed. They remain not supported. We believe seeking further review is just Amazon's further attempt to punish workers for voting for the Union.

Sincerely,
Jeanne Mirer
Sent from Mail for Windows

---

**From:** Larkin, Kurt G.
**Sent:** Friday, September 2, 2022 8:45 AM
**To:** Retu Singla; rjulien@workingpeopleslaw.com; jmirer@julienmirer.com; Eric Milner
**Cc:** Rogers, Amber; White, Kevin J.
**Subject:** RE: Amazon.com Services LLC / Case 29-RC-288020

Amazon intends to file a motion seeking an extension of the page limits for filing exceptions (from 50 pages to 100 pages) as well as an extension of the due date by 10 business days (from September 16 to September 30). Please advise whether Petitioner has any position on our motion. Thank you.

---

**From:** Moore, Dawn M. <DawnM.Moore@nlrb.gov>
**Sent:** Thursday, September 1, 2022 4:49 PM
**To:** Overstreet, Cornele <Cornele.Overstreet@nlrb.gov>; Larkin, Kurt G. <klarkin@hunton.com>; Rogers, Amber <arogers@hunton.com>; White, Kevin J. <kwhite@hunton.com>; Retu Singla <rsingla@workingpeopleslaw.com>; rjulien@workingpeopleslaw.com; jmirer@julienmirer.com; Eric Milner <emilner@simonandmilner.com>; chrismalls21@gmail.com
**Subject:** Amazon.com Services LLC / Case 29-RC-288020

Caution: This email originated from outside of the firm.

Please see the attached Hearing Officer's Report on Objections in the above subject matter. Thank you.

*Dawn M. Moore*

1

**Program Support Assistant**
**NLRB Region 28 – Las Vegas Resident Office / Foley Federal Courthouse Building**
**300 Las Vegas Boulevard South, Suite 2-901, Las Vegas, NV 89101-5833**
**Direct Telephone: (702) 820-7466 / Fax: (702) 388-6248**
**Office Main Telephone # (702) 388-6416**

