# Exhibit G

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case 29-CA-339572 | Date Filed 4/3/2024 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | b. Tel. No. |
|---|---|
| Amazon.com Services LLC | c. Cell No. |
| | f. Fax. No. |

| d. Address (Street, city, state, and ZIP code) | e. Employer Representative | g. e-mail |
|---|---|---|
| JFK8<br>546 Gulf Avenue<br>Staten Island, NY 10314 | Jean Frazier<br>Director of Employee Relations | h. Number of workers employed<br>1,400,000 |

| i. Type of Establishment (factory, mine, wholesaler, etc.) | j. Identify principal product or service |
|---|---|

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) (3) and (4) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

**2. Basis of the Charge** *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

The above named employer: **1)** on February 27, 28, 29 and March 1 and 2, 202 barred Connor Spence from participating in a referendum process, run by the Amazon Labor Union, the certified collective bargaining agent of its employees at the JFK8 warehouse, which was taking place outside the front door of the JFK8 Warehouse; and 2) threatened to tbar the union from holding its referendum in this non-work area if Conner Spence was present because Connor Spence had engaged in protected concerted activities, and union activities, and has challenged his termination in December 2023 through the NLRB. Furthermore,the employer plans to bar Connor Spence from campaigning on non-work areas of JFK8, both inside and outside the JFK8 Warehouse, as hAmazon Labor Union in an election which will be conducted in June or July 2024 pursuant to a Federal Court Order, because of Spence's protected concerted activities, and union activities, and his use of NLRB processes. 10j relief is requested

**3. Full name of party filing charge** *(if labor organization, give full name, including local name and number)*
Connor Spence

| 4a. Address (Street and number, city, state, and ZIP code) | 4b. Tel. No. 848-210-0636 |
|---|---|
| 67 Radford Street<br>Staten Island, NY 10314 | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail<br>connorspence14@gmail.com |

**5. Full name of national or international labor organization of which it is an affiliate or constituent unit** *(to be filled in when charge is filed by a labor organization)*

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

Arthur Z Schwartz                    Attorney
*(signature of representative or person making charge)*     *(Print/type name and title or office, if any)*

| Tel. No. 212-285-1400 |
| Office, if any, Cell No. 917-923-8136 |
| Fax No. 212-285-1410 |
| e-mail aschwartz@afjlaw.com |

Address 225 Broadway Suite 1902, NY, NY 10007      Date 04-02-2024

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.