# Exhibit H





**Christian Smalls**
@Shut_downAmazon

Our 1st Mass Membership meeting is approaching so many great initiatives for this year's campaign! #JKF8 #ALU see you all there ✊🏽 for more information or if you need assistance visit amazonlaborunion.org

11:25 AM · Feb 20, 2024 · 5,727 Views

**organizejfk8** and **reform_alu**

**organizejfk8** Tomorrow, October 7th, the ALU CAUCUS will be at the JFK8 bus stop with our pop up food pantry for JFK8 workers from 4-6 PM.

We also will be handing out close to 200 brand new blankets donated from my wonderful friend Aiman at @half_table_man_disaster .

Blankets are brand new , from Saks and are super soft and comfortable. Looking forward to seeing you all tomorrow. #JFK8 #ALUCAUCUS

Edited · 28w

26 likes
October 6, 2023

Add a comment...   Post





**ALU Democratic Reform Caucus** @ReformALU · Dec 18, 2023

This Wednesday, December 20th at 5 pm, workers at JFK8 will be walking out to demand that Amazon stop violating our federal rights protected under the NLRA to organize and have union representation during disciplinary actions, by retaliating and unlawfully terminating us!



 **Christian Smalls** ✓ @Shut_downAmazon · Jul 28, 2023

I remember not ever touching a grill until our campaign last year now 30 plus bbqs later I had a lot of practice 😂 now everyone apart of the Chris Glizzy Gang 🤣



0:07 / 0:22

💬 1        🔁 10        ❤️ 138        📊 9.8K