DocuSign Envelope ID: 570EA04A-C818-4888-A829-8C340DEF6A5C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DR. BRIMA SYLLA et, al.

                                                                                                                                                       No.: 23-CV-05261

                  Plaintiffs,

    -against

AMAZON LABOR UNION  et. al.

                  Defendants.
------------------------------------------------------------------------x

## **DECLARATION OF CLAUDIA ASHTERMAN**

I, Claudia Ashterman hereby declare:

1. I am the recording secretary of the Amazon Labor Union ("ALU"). I have held this position since Michelle Valentin Nieves was appointed as Vice President last year.

2. In this capacity I have personal knowledge of the nature of the "membership" lists available to the Union.

3. At the time of the election at JFK 8 in March of 2022, Amazon was required to give the union something called the "Excelsior List".

4. This list included names, phone numbers, email addresses and other identifying information for all workers on the JFK8 payroll at that time.

5. I understand this list included over 8000 workers.

6. That list is very out of date as so many people have been terminated over the past two years and others have been hired.

DocuSign Envelope ID: 570EA04A-C818-4888-A829-8C340DEF6A5C

7. Because the ALU leaders stated they would not seek to collect dues from the workers until after a collective bargaining agreement was ratified, the dues paid to the union are from a very small group who voluntarily pay them.

8. If we had a collective bargaining agreement, it is most likely Amazon would have to provide a list of current employees to the Union in conjunction with our demand for dues check-off.

9. During my tenure as Recording Secretary, I have collected membership cards from people who have come to Union events, meetings or ask to become active in the union.

10. I enter these names into the Union's database to try to update our list of members.

11. This list was checked against the Excelsior list for duplicates and if the person was on the Excelsior list and still working in the last year, we considered them still active.

12. There are only approximately 500 people on this new list I have been compiling since I have been Recording Secretary.

13. The out-of-date excelsior list has over 5000 names.

14. I do not have any way to cross-reference the Excelsior list with current employees as we do not have any lists showing who is currently working and who was terminated but may still have the right to vote in internal union elections.

15. As part of the staff, I have observed many people come to the union hall to get service from the union regarding their terminations.

16. We are successful some of the time to get workers reinstated but there are many people who get fired and never come to the union.

17. The description of the bargaining unit the union petitioned the NLRB for at JFK8 excluded various job categories such as seasonal workers. The seasonal workers have white badges and the non-seasonal have blue badges.

18. Because I work full time in the warehouse, I have seen that the workers with blue badges are becoming fewer and fewer while at the same time, Amazon is not giving blue badge status to workers who we understood were supposed to get blue badge status after eleven months of work. This way they are kept out of the bargaining unit.

19. At this point I would estimate that the lists we have put together ourselves and the out-of-date Excelsior list represent only about 40% of the current workforce. To give notice to the full workforce that is eligible to vote we need an up-to-date list from which we can mail notice of the election or use for campaigning purposes.

I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DocuSigned by:

C. Ashterman
9EA802E033A8478...

Claudia Ashterman

Dated:
Staten Island, New York
May 3, 2024