# Exhibit A



# LEADERSHIP ELECTIONS NOMINATIONS MEETING
## SATURDAY, MAY 11 2024

Recently, JFK8 workers participated in a referendum to determine whether or not ALU should hold elections for our leadership roles (President, Vice President, Secretary-Treasurer, and Recording Secretary). Workers voted in favor, so we are moving forward with leadership elections this summer.

**First,** any JFK8 worker who wants to run for union office must meet the following requirements:
- Be a current blue badge associate, or a blue badge associate who was fired in connection with an Unfair Labor Practice committed by Amazon, and is challenging their termination.
- Have at least one year of aggregate experience working in an Amazon warehouse.
- Be a member of ALU (signed a membership card before being nominated).

**Second,** any JFK8 worker seeking to run for office must be nominated at the nominations meeting on Saturday, May 11th.
- In order to be a candidate, you must be nominated for the position by someone else. Then, an additional person must "second" that nomination.

**POSITIONS TO BE ELECTED:**
- PRESIDENT
- VICE PRESIDENT
- SECRETARY-TREASURER
- RECORDING SECRETARY
- CONSTITUTION COMMITTEE (11 Members)

The meeting will be held at:
**United Federation of Teachers**
**1200 South Ave Suite 103, Staten Island**
**Two Sessions: 4-6 PM & 6-8 PM**

After nominations, candidates who are nominated may run as a slate.
**The exact date of the elections are yet to be announced. They will occur between June and July.**