Exhibit B

# FORM LM-2 LABOR ORGANIZATION ANNUAL REPORT

U.S. Department of Labor
Office of Labor-Management Standards
Washington, DC 20210

MUST BE USED BY LABOR ORGANIZATIONS WITH $250,000 OR MORE IN TOTAL ANNUAL RECEIPTS AND LABOR ORGANIZATIONS IN TRUSTEESHIP

Form Approved
Office of Management and Budget
No. 1245-0003
Expires: 01-31-2025

This report is mandatory under P.L. 86-257, as amended.  Failure to comply may result in criminal prosecution, fines, or civil penalties as provided by 29 U.S.C. 439 or 440.

READ THE INSTRUCTIONS CAREFULLY BEFORE PREPARING THIS REPORT.

| For Official Use Only | 1. FILE NUMBER 546-803 | 2. PERIOD COVERED<br>From 01/01/2023<br>Through 12/31/2023 | 3. (a) AMENDED - Is this an amended report: No<br>(b) HARDSHIP - Filed under the hardship procedures: No<br>(c) TERMINAL - This is a terminal report: No |
|---|---|---|---|

**4. AFFILIATION OR ORGANIZATION NAME**
AMAZON LABOR UNION

**5. DESIGNATION (Local, Lodge, etc.)**

**6. DESIGNATION NBR**

**7. UNIT NAME (if any)**

**9. Are your organization's records kept at its mailing address?**   Yes

**8. MAILING ADDRESS (Type or print in capital letters)**

| First Name | Last Name |
|---|---|
| Christian | Smalls |

P.O Box - Building and Room Number
900 SOUTH AVENUE SUITE 100

Number and Street

City
STATEN ISLAND

| State | ZIP Code + 4 |
|---|---|
| NY | 10314 |

Each of the undersigned, duly authorized officers of the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned individual's knowledge and belief, true, correct and complete (See Section VI on penalties in the instructions.)

| 70. SIGNED: Christian Smalls | PRESIDENT | 71. SIGNED: Wilhelmenia Shuler | TREASURER |
|---|---|---|---|
| Date: Mar 30, 2024   Telephone Number: 718-489-8818 | | Date: Mar 30, 2024   Telephone Number: 718-489-8818 | |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**ITEMS 10 THROUGH 21**  FILE NUMBER: 546-803

| | |
|---|---|
| 10. During the reporting period did the labor organization create or participate in the administration of a trust or a fund or organization, as defined in the instructions, which provides benefits for members or beneficiaries? | No |
| 11(a). During the reporting period did the labor organization have a political action committee (PAC) fund? | No |
| 11(b). During the reporting period did the labor organization have a subsidiary organization as defined in Section X of these Instructions? | No |
| 12. During the reporting period did the labor organization have an audit or review of its books and records by an outside accountant or by a parent body auditor/representative? | No |
| 13. During the reporting period did the labor organization discover any loss or shortage of funds or other assets? (Answer "Yes" even if there has been repayment or recovery.) | No |
| 14. What is the maximum amount recoverable under the labor organization's fidelity bond for a loss caused by any officer, employee or agent of the labor organization who handled union funds? | $90,000 |
| 15. During the reporting period did the labor organization acquire or dispose of any assets in a manner other than purchase or sale? | Yes |
| 16. Were any of the labor organization's assets pledged as security or encumbered in any way at the end of the reporting period? | No |
| 17. Did the labor organization have any contingent liabilities at the end of the reporting period? | No |
| 18. During the reporting period did the labor organization have any changes in its constitution or bylaws, other than rates of dues and fees, or in practices/procedures listed in the instructions? | No |
| 19. What is the date of the labor organization's next regular election of officers? | 07/2024 |

20. How many members did the labor organization have at the end of the reporting period? 0
21. What are the labor organization's rates of dues and fees?

| Rates of Dues and Fees | | | | |
|---|---|---|---|---|
| Dues/Fees | Amount | Unit | Minimum | Maximum |
| (a) Regular Dues/Fees | N/A per | N/A | N/A | N/A |
| (b) Working Dues/Fees | N/A per | N/A | N/A | N/A |
| (c) Initiation Fees | N/A per | N/A | N/A | N/A |
| (d) Transfer Fees | N/A per | N/A | N/A | N/A |
| (e) Work Permits | N/A per | N/A | N/A | N/A |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

Case 1:23-cv-05261-AMD-TAM   Document 76-2   Filed 05/13/24   Page 4 of 29 PageID #: 1261

**STATEMENT A - ASSETS AND LIABILITIES**

FILE NUMBER: 546-803

| ASSETS | Schedule Number | Start of Reporting Period (A) | End of Reporting Period (B) |
|---|---|---|---|
| 22. Cash | | $95,437 | $28,354 |
| 23. Accounts Receivable | 1 | $0 | $0 |
| 24. Loans Receivable | 2 | $0 | |
| 25. U.S. Treasury Securities | | $0 | $0 |
| 26. Investments | 5 | $0 | |
| 27. Fixed Assets | 6 | $2,875 | $4,800 |
| 28. Other Assets | 7 | $61,615 | $0 |
| 29. TOTAL ASSETS | | $159,927 | $33,154 |

| LIABILITIES | Schedule Number | Start of Reporting Period (A) | End of Reporting Period (B) |
|---|---|---|---|
| 30. Accounts Payable | 8 | $32,530 | $81,103 |
| 31. Loans Payable | 9 | $0 | |
| 32. Mortgages Payable | | $0 | $0 |
| 33. Other Liabilities | 10 | $8,934 | $57 |
| 34. TOTAL LIABILITIES | | $41,464 | $81,160 |

| | | | |
|---|---|---|---|
| 35. NET ASSETS | | $118,463 | -$48,006 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**STATEMENT B - RECEIPTS AND DISBURSEMENTS**

FILE NUMBER: 546-803

| CASH RECEIPTS | SCH | AMOUNT | CASH DISBURSEMENTS | SCH | AMOUNT |
|---|---|---|---|---|---|
| 36. Dues and Agency Fees | | $735 | 50. Representational Activities | 15 | $361,600 |
| 37. Per Capita Tax | | $0 | 51. Political Activities and Lobbying | 16 | $0 |
| 38. Fees, Fines, Assessments, Work Permits | | $0 | 52. Contributions, Gifts, and Grants | 17 | $1,696 |
| 39. Sale of Supplies | | $53,013 | 53. General Overhead | 18 | $278,716 |
| 40. Interest | | $0 | 54. Union Administration | 19 | $59,237 |
| 41. Dividends | | $0 | 55. Benefits | 20 | |
| 42. Rents | | $0 | 56. Per Capita Tax | | $0 |
| 43. Sale of Investments and Fixed Assets | 3 | | 57. Strike Benefits | | $0 |
| 44. Loans Obtained | 9 | | 58. Fees, Fines, Assessments, etc. | | $0 |
| 45. Repayments of Loans Made | 2 | | 59. Supplies for Resale | | $9,228 |
| 46. On Behalf of Affiliates for Transmittal to Them | | $0 | 60. Purchase of Investments and Fixed Assets | 4 | $3,690 |
| 47. From Members for Disbursement on Their Behalf | | $0 | 61. Loans Made | 2 | |
| 48. Other Receipts | 14 | $616,150 | 62. Repayment of Loans Obtained | 9 | |
| 49. TOTAL RECEIPTS | | $669,898 | 63. To Affiliates of Funds Collected on Their Behalf | | $0 |
| | | | 64. On Behalf of Individual Members | | $0 |
| | | | 65. Direct Taxes | | $22,814 |
| | | | | | |
| | | | 66. Subtotal | | $736,981 |
| | | | 67. Withholding Taxes and Payroll Deductions | | |
| | | | 67a. Total Withheld | $48,739 | |
| | | | 67b. Less Total Disbursed | $48,739 | |
| | | | 67c. Total Withheld But Not Disbursed | | |
| | | | 68. TOTAL DISBURSEMENTS | | $736,981 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**SCHEDULE 1 - ACCOUNTS RECEIVABLE AGING SCHEDULE**                                                    FILE NUMBER: 546-803

| Entity or Individual Name (A) | Total Account Receivable (B) | 90-180 Days Past Due (C) | 180+ Days Past Due (D) | Liquidated Account Receivable (E) |
|---|---|---|---|---|
| Total of all itemized accounts receivable | $0 | $0 | $0 | $0 |
| Totals from all other accounts receivable | | | | |
| **Totals** (Total of Column (B) will be automatically entered in Item 23, Column(B)) | $0 | $0 | $0 | $0 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

Case 1:23-cv-05261-AMD-TAM   Document 76-2   Filed 05/13/24   Page 7 of 29 PageID #: 1264

**SCHEDULE 2 - LOANS RECEIVABLE**

FILE NUMBER: 546-803

| List below loans to officers, employees, or members which at any time during the reporting period exceeded $250 and list all loans to business enterprises regardless of amount. (A) | Loans Outstanding at Start of Period (B) | Loans Made During Period (C) | Repayments Received During Period | | Loans Outstanding at End of Period (E) |
|---|---|---|---|---|---|
| | | | Cash (D)(1) | Other Than Cash (D)(2) | |
| Total of loans not listed above | | | | | |
| Total of all lines above | $0 | $0 | $0 | $0 | $0 |
| Totals will be automatically entered in... | Item 24 Column (A) | Item 61 | Item 45 | Item 69 with Explanation | Item 24 Column (B) |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**SCHEDULE 3 - SALE OF INVESTMENTS AND FIXED ASSETS**

FILE NUMBER: 546-803

| Description (if land or buildings, give location)<br>(A) | Cost<br>(B) | Book Value<br>(C) | Gross Sales Price<br>(D) | Amount Received<br>(E) |
|---|---|---|---|---|
| Total of all lines above | $0 | $0 | $0 | $0 |
| (The total from Net Sales Line will be automatically entered in Item 43) | | | Less Reinvestments | |
| | | | Net Sales | |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**SCHEDULE 4 - PURCHASE OF INVESTMENTS AND FIXED ASSETS**

FILE NUMBER: 546-803

| Description (if land or buildings, give location)<br>(A) | Cost<br>(B) | Book Value<br>(C) | Cash Paid<br>(D) |
|---|---|---|---|
| Laptops | $3,690 | $3,690 | $3,690 |
| Total of all lines above | $3,690 | $3,690 | $3,690 |
| | | Less Reinvestments | $0 |
| (The total from Net Purchases Line will be automatically entered in Item 60.) | | Net Purchases | $3,690 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

Case 1:23-cv-05261-AMD-TAM   Document 76-3   Filed 05/31/2023   Page 10 of 29 PageID #: 1267

**SCHEDULE 5 - INVESTMENTS**

FILE NUMBER: 546-803

| Description (A) | Amount (B) |
|---|---|
| Marketable Securities | |
| A. Total Cost | |
| B. Total Book Value | |
| C. List each marketable security which has a book value over $5,000 and exceeds 5% of Line B. | |
| Other Investments | |
| D. Total Cost | |
| E. Total Book Value | |
| F. List each other investment which has a book value over $5,000 and exceeds 5% of Line E.  Also, list each subsidiary for which separate reports are attached. | |
| **G. Total of Lines B and E** (Total will be automatically entered in Item 26, Column(B)) | $0 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

Case 1:23-cv-05261-AMD-TAM   Document 76-2   Filed 05/31/23   Page 11 of 29 PageID #: 1268

**SCHEDULE 6 - FIXED ASSETS**

FILE NUMBER: 546-803

| Description (A) | Cost or Other Basis (B) | Total Depreciation or Amount Expensed (C) | Book Value (D) | Value (E) |
|---|---|---|---|---|
| A. Land (give location) | $0 | | $0 | $0 |
| B. Buildings (give location) | $0 | $0 | $0 | $0 |
| C. Automobiles and Other Vehicles | | | | |
| D. Office Furniture and Equipment | $7,140 | $2,340 | $4,800 | $4,800 |
| E. Other Fixed Assets | | | | |
| **F. Totals of Lines A through E** (Column(D) Total will be automatically entered in Item 27, Column(B)) | $7,140 | $2,340 | $4,800 | $4,800 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

Case 1:23-cv-05261-AMD-TAM   Document 76-2   Filed 05/31/23   Page 12 of 29 PageID #: 1269

**SCHEDULE 7 - OTHER ASSETS**

| Description (A) | Book Value (B) |
|---|---|
| **Total** (Total will be automatically entered in Item 28, Column(B)) | $0 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**SCHEDULE 8 - ACCOUNTS PAYABLE AGING SCHEDULE**

FILE NUMBER: 546-803

| Entity or Individual Name<br>(A) | Total Account<br>Payable<br>(B) | 90-180 Days<br>Past Due<br>(C) | 180+ Days Past<br>Due<br>(D) | Liquidated Account<br>Payable<br>(E) |
|---|---|---|---|---|
| The Nicotra Group | $39,093 | $12,098 | $0 | $0 |
| Mirrer Mazzocchi & Julien, PLLC | $31,483 | $31,483 | $0 | $0 |
| Total for all itemized accounts payable | $70,576 | $43,581 | $0 | $0 |
| Total from all other accounts payable | $10,527 | $8,542 | $292 | $0 |
| **Totals** (Total for Column(B) will be automatically entered in Item 30, Column(D)) | $81,103 | $52,123 | $292 | $0 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

Case 1:23-cv-05261-AMD-TAM   Document 76-2   Filed 05/31/23   Page 14 of 29 PageID #: 1271

**SCHEDULE 9 - LOANS PAYABLE**

FILE NUMBER: 546-803

| Source of Loans Payable at Any Time During the Reporting Period (A) | Loans Owed at Start of Period (B) | Loans Obtained During Period (C) | Repayment During Period Cash (D)(1) | Repayment During Period Other Than Cash (D)(2) | Loans Owed at End of Period (E) |
|---|---|---|---|---|---|
| Total Loans Payable | $0 | $0 | $0 | $0 | $0 |
| Totals will be automatically entered in... | Item 31 Column (C) | Item 44 | Item 62 | Item 69 with Explanation | Item 31 Column (D) |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**SCHEDULE 10 - OTHER LIABILITIES**                                                                 FILE NUMBER: 546-803

| Description (A) | Amount at End of Period (B) |
|---|---|
| Accrued Payroll Withholding | $57 |
| **Total Other Liabilities** (Total will be automatically entered in Item 33, Column(D)) | $57 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**SCHEDULE 11 - ALL OFFICERS AND DISBURSEMENTS TO OFFICERS**

FILE NUMBER: 546-803

| | (A)<br>Name | (B)<br>Title | (C)<br>Status | (D)<br>Gross Salary<br>Disbursements<br>(before any<br>deductions) | (E)<br>Allowances<br>Disbursed | (F)<br>Disbursements for Official<br>Business | (G)<br>Other<br>Disbursements not reported in<br>(D) through (F) | (H)<br>TOTAL |
|---|---|---|---|---|---|---|---|---|
| A<br>B<br>C | Smalls , Christian<br>President<br>C | | | $15,000 | $0 | $10,610 | $0 | $25,610 |
| I | Schedule 15<br>Representational Activities | 50 % | Schedule 16<br>Political Activities and<br>Lobbying | 0 % | Schedule 17<br>Contributions | 0 % | Schedule 18<br>General Overhead | 25 % | Schedule 19<br>Administration | 25 % |
| A<br>B<br>C | Ashterman , Claudia<br>Recording Secretary<br>N | | | $26,830 | $0 | $426 | $0 | $27,256 |
| I | Schedule 15<br>Representational Activities | 50 % | Schedule 16<br>Political Activities and<br>Lobbying | 0 % | Schedule 17<br>Contributions | 0 % | Schedule 18<br>General Overhead | 25 % | Schedule 19<br>Administration | 25 % |
| A<br>B<br>C | Palmer , Derrick<br>Vice President<br>P | | | $18,050 | $0 | $4,077 | $0 | $22,127 |
| I | Schedule 15<br>Representational Activities | 50 % | Schedule 16<br>Political Activities and<br>Lobbying | 0 % | Schedule 17<br>Contributions | 0 % | Schedule 18<br>General Overhead | 25 % | Schedule 19<br>Administration | 25 % |
| A<br>B<br>C | Valentin Nieves , Michelle<br>Vice President<br>P | | | $49,123 | $0 | $311 | $0 | $49,434 |
| I | Schedule 15<br>Representational Activities | 50 % | Schedule 16<br>Political Activities and<br>Lobbying | 0 % | Schedule 17<br>Contributions | 0 % | Schedule 18<br>General Overhead | 25 % | Schedule 19<br>Administration | 25 % |
| A<br>B<br>C | Shuler , Wilhelmenia<br>Secretary Treasurer<br>C | | | $43,889 | $0 | $2,102 | $0 | $45,991 |
| I | Schedule 15<br>Representational Activities | 25 % | Schedule 16<br>Political Activities and<br>Lobbying | 0 % | Schedule 17<br>Contributions | 0 % | Schedule 18<br>General Overhead | 50 % | Schedule 19<br>Administration | 25 % |
| | Total Officer Disbursements | | | $152,892 | $0 | $17,526 | $0 | $170,418 |
| | Less Deductions | | | | | | | $36,368 |
| | Net Disbursements | | | | | | | $134,050 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**SCHEDULE 12 - DISBURSEMENTS TO EMPLOYEES**

FILE NUMBER: 546-803

| | (A) Name | (B) Title | | (C) Other Payer | | (D) Gross Salary Disbursements (before any deductions) | | (E) Allowances Disbursed | | (F) Disbursements for Official Business | | (G) Other Disbursements not reported in (D) through (F) | | (H) TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A B C | Roskill , Rebecca Data Coordinator N/A | | | | | $11,880 | | $0 | | | | | | $11,880 |
| I | Schedule 15 Representational Activities | 0 % | | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | | | 0 % | Schedule 18 General Overhead | 100 % | Schedule 19 Administration | | 0 % |
| A B C | Cummings , Rina Receptionist N/A | | | | | $16,031 | | $112 | | | | | | $16,143 |
| I | Schedule 15 Representational Activities | 0 % | | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | | | 0 % | Schedule 18 General Overhead | 100 % | Schedule 19 Administration | | 0 % |
| | TOTALS RECEIVED BY EMPLOYEES MAKING $10,000 OR LESS | | | | | $45,736 | | $0 | | $0 | | $0 | | $45,736 |
| I | Schedule 15 Representational Activities | 98 % | | Schedule 16 Political Activities and Lobbying | | Schedule 17 Contributions | 0 % | | 0 % | Schedule 18 General Overhead | | Schedule 19 Administration | 1 % | 1 % |
| | Total Employee Disbursements | | | | | $73,647 | | $0 | | $112 | | $0 | | $73,759 |
| | Less Deductions | | | | | | | | | | | | | $12,371 |
| | Net Disbursements | | | | | | | | | | | | | $61,388 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**SCHEDULE 13 - MEMBERSHIP STATUS**                                                                    FILE NUMBER: 546-803

| Category of Membership (A) | Number (B) | Voting Eligibility (C) |
|---|---|---|
| **Members** (Total of all lines above) | 0 | |
| Agency Fee Payers* | 0 | |
| Total Members/Fee Payers | 0 | |
| *Agency Fee Payers are not considered members of the labor organization. | | |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**DETAILED SUMMARY PAGE - SCHEDULES 14 THROUGH 19**                                                                                         FILE NUMBER: 546-803

| SCHEDULE 14   OTHER RECEIPTS | |
|---|---|
| 1. Named Payer Itemized Receipts | $522,500 |
| 2. Named Payer Non-itemized Receipts | $66,491 |
| 3. All Other Receipts | $27,159 |
| 4. Total Receipts | $616,150 |

| SCHEDULE 17   CONTRIBUTIONS, GIFTS & GRANTS | |
|---|---|
| 1. Named Payee Itemized Disbursements | $0 |
| 2. Named Payee Non-itemized Disbursements | $0 |
| 3. To Officers | $0 |
| 4. To Employees | $0 |
| 5. All Other Disbursements | $1,696 |
| 6. Total Disbursements | $1,696 |

| SCHEDULE 15   REPRESENTATIONAL ACTIVITIES | |
|---|---|
| 1. Named Payee Itemized Disbursements | $160,951 |
| 2. Named Payee Non-itemized Disbursements | $30,107 |
| 3. To Officers | $73,712 |
| 4. To Employees | $44,821 |
| 5. All Other Disbursements | $52,009 |
| 6. Total Disbursements | $361,600 |

| SCHEDULE 18   GENERAL OVERHEAD | |
|---|---|
| 1. Named Payee Itemized Disbursements | $125,586 |
| 2. Named Payee Non-itemized Disbursements | $15,994 |
| 3. To Officers | $54,104 |
| 4. To Employees | $28,480 |
| 5. All Other Disbursements | $54,552 |
| 6. Total Disbursements | $278,716 |

| SCHEDULE 16   POLITICAL ACTIVITIES AND LOBBYING | |
|---|---|
| 1. Named Payee Itemized Disbursements | $0 |
| 2. Named Payee Non-itemized Disbursements | $0 |
| 3. To Officers | $0 |
| 4. To Employees | $0 |
| 5. All Other Disbursements | $0 |
| 6. Total Disbursements | $0 |

| SCHEDULE 19   UNION ADMINISTRATION | |
|---|---|
| 1. Named Payee Itemized Disbursements | $0 |
| 2. Named Payee Non-itemized Disbursements | $0 |
| 3. To Officers | $42,606 |
| 4. To Employees | $457 |
| 5. All Other Disbursements | $16,174 |
| 6. Total Disbursements | $59,237 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

SCHEDULE 14 - OTHER RECEIPTS

FILE NUMBER: 546-803

| Name and Address (A) | | | |
|---|---|---|---|
| Christian Smalls | Purpose (C) | Date (D) | Amount (E) |
| 900 SOUTH AVENUE SUITE 100 | Donation | 12/26/2023 | $31,000 |
| STATEN ISLAND | Total Itemized Transactions with this Payee/Payer | | $31,000 |
| NY | Total Non-Itemized Transactions with this Payee/Payer | | $0 |
| 10314 | Total of All Transactions with this Payee/Payer for This Schedule | | $31,000 |
| Type or Classification (B) | | | |
| Union President | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| International Commission For Labor Rights | Purpose (C) | Date (D) | Amount (E) |
| Ste 613A | Donation | 02/10/2023 | $75,000 |
| 80 Broad St | Donation | 03/14/2023 | $75,000 |
| New York | Donation | 04/18/2023 | $75,000 |
| NY | Donation | 06/07/2023 | $200,000 |
| 10004 | Total Itemized Transactions with this Payee/Payer | | $425,000 |
| Type or Classification (B) | Total Non-Itemized Transactions with this Payee/Payer | | $0 |
| Non-profit | Total of All Transactions with this Payee/Payer for This Schedule | | $425,000 |

| Name and Address (A) | | | |
|---|---|---|---|
| Krystal M Ball | Purpose (C) | Date (D) | Amount (E) |
| 000 | Donation | 01/30/2023 | $10,000 |
| King George | Total Itemized Transactions with this Payee/Payer | | $10,000 |
| VA | Total Non-Itemized Transactions with this Payee/Payer | | $0 |
| 22485 | Total of All Transactions with this Payee/Payer for This Schedule | | $10,000 |
| Type or Classification (B) | | | |
| Individual | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| Merrill Lynch | Purpose (C) | Date (D) | Amount (E) |
| 250 Vesey St | Anonymous Donation | 03/16/2023 | $10,000 |
| New York | Total Itemized Transactions with this Payee/Payer | | $10,000 |
| NY | Total Non-Itemized Transactions with this Payee/Payer | | $0 |
| 10080 | Total of All Transactions with this Payee/Payer for This Schedule | | $10,000 |
| Type or Classification (B) | | | |
| Investment Bank | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| Ripple Point | Purpose (C) | Date (D) | Amount (E) |
| Ste 602 | | | |
| 100 W Lucerne Cir | Donation | 01/31/2023 | $10,000 |
| Orlando | Total Itemized Transactions with this Payee/Payer | | $10,000 |
| FL | Total Non-Itemized Transactions with this Payee/Payer | | $0 |
| 32801 | Total of All Transactions with this Payee/Payer for This Schedule | | $10,000 |
| Type or Classification (B) | | | |
| Software Company | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| Stripe | Purpose (C) | Date (D) | Amount (E) |
| 354 Oyster Point Blvd | Total Itemized Transactions with this Payee/Payer | | |
| South San Francisco | Total Non-Itemized Transactions with this Payee/Payer | | $56,626 |
| CA | Total of All Transactions with this Payee/Payer for This Schedule | | $56,626 |
| 94080 | | | |
| Type or Classification (B) | | | |
| Financial Services Company | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| The Congress of Essential Workers | Purpose (C) | Date (D) | Amount (E) |
| | Donation | 03/30/2023 | $5,000 |
| 900 South Avenue | Donation | 06/07/2023 | $10,000 |
| Staten Island | Donation | 09/06/2023 | $5,000 |
| NY | Donation | 10/13/2023 | $6,000 |
| 10314 | Donation | 10/19/2023 | $5,500 |
| Type or Classification (B) | Total Itemized Transactions with this Payee/Payer | | $31,500 |
| | Total Non-Itemized Transactions with this Payee/Payer | | $9,865 |
| Non-profit | Total of All Transactions with this Payee/Payer for This Schedule | | $41,365 |

| Name and Address (A) | | | |
|---|---|---|---|
| The Detroit Association of Black Organizations Inc | Purpose (C) | Date (D) | Amount (E) |
| 12048 Grand River Ave | Donation | 10/12/2023 | $5,000 |
| Detroit | Total Itemized Transactions with this Payee/Payer | | $5,000 |
| MI | Total Non-Itemized Transactions with this Payee/Payer | | $0 |
| 48204 | Total of All Transactions with this Payee/Payer for This Schedule | | $5,000 |
| Type or Classification (B) | | | |
| Non-profit | | | |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

Case 1:23-cv-05261-AMD-TAM   Document 76-2   Filed 05/31/23   Page 22 of 29 PageID #: 1279

**SCHEDULE 15 - REPRESENTATIONAL ACTIVITIES**

FILE NUMBER: 546-803

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Evangeline Byars | | | |
| 900 South Avenue Suite 100 | Total Itemized Transactions with this Payee/Payer | | |
| Staten Island | | | |
| NY | Total Non-Itemized Transactions with this Payee/Payer | | $18,887 |
| 10314 | Total of All Transactions with this Payee/Payer for This Schedule | | $18,887 |
| Type or Classification (B) | | | |
| Contractor | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| Koolforlife | Purpose (C) | Date (D) | Amount (E) |
| | Promotional Items | 01/18/2023 | $7,500 |
| 650 Gates Ave | Total Itemized Transactions with this Payee/Payer | | $7,500 |
| Brooklyn | Total Non-Itemized Transactions with this Payee/Payer | | $7,220 |
| NY | Total of All Transactions with this Payee/Payer for This Schedule | | $14,720 |
| 11221 | | | |
| Type or Classification (B) | | | |
| Promotional Items Supplier | | | |

| Name and Address<br>(A) | Purpose<br>(C) | Date<br>(D) | Amount<br>(E) |
|---|---|---|---|
| Mirer Mazzocchi & Julien, PLLC | Legal consulting - Representational | 01/03/2023 | $19,163 |
| | Legal consulting - Representational | 03/20/2023 | $30,000 |
| 1 Whitehall St 16th Floor | Legal consulting - Representational | 03/28/2023 | $29,500 |
| New York | Legal consulting - Representational | 04/24/2023 | $30,000 |
| NY | Legal consulting - Representational | 06/12/2023 | $19,828 |
| 10004 | Legal consulting - Representational | 06/12/2023 | $10,000 |
| | Legal consulting - Representational | 09/06/2023 | $8,000 |
| Type or Classification<br>(B) | Total Itemized Transactions with this Payee/Payer | | $146,491 |
| Law Firm | Total Non-Itemized Transactions with this Payee/Payer | | $4,000 |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $150,491 |

| Name and Address (A) | | | |
|---|---|---|---|
| Whiskey Hideaway | **Purpose** (C) | **Date** (D) | **Amount** (E) |
| | Organizing and Representation Event | 04/23/2023 | $6,960 |
| 2645 Forest Ave | Total Itemized Transactions with this Payee/Payer | | $6,960 |
| Staten Island | Total Non-Itemized Transactions with this Payee/Payer | | $0 |
| NY | Total of All Transactions with this Payee/Payer for This Schedule | | $6,960 |
| 10303 | | | |
| Type or Classification (B) | | | |
| Food Services | | | |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

## SCHEDULE 16 - POLITICAL ACTIVITIES AND LOBBYING

FILE NUMBER 546-803

There was no data found for this schedule.

## SCHEDULE 17 - CONTRIBUTIONS, GIFTS & GRANTS

FILE NUMBER: 546-803

There was no data found for this schedule.

## SCHEDULE 18 - GENERAL OVERHEAD

FILE NUMBER: 546-803

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Cayden Financial Group STE 7195 1201 N Orange St Wilmington DE 19801 | | | |
| | Total Itemized Transactions with this Payee/Payer | | |
| | Total Non-Itemized Transactions with this Payee/Payer | | $9,000 |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $9,000 |
| Type or Classification (B) | | | |
| Accountant | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Kings Theatre Master Tenant, LLC 208 East Houston Street San Antonio TX 78205 | | | |
| | Holiday Event | 01/01/2023 | $12,679 |
| | Total Itemized Transactions with this Payee/Payer | | $12,679 |
| | Total Non-Itemized Transactions with this Payee/Payer | | $0 |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $12,679 |
| Type or Classification (B) | | | |
| Event Space | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| The Nicotra Group 900 South Avenue Staten Island NY 10314 | Rent | 01/19/2023 | $12,786 |
| | Rent | 02/17/2023 | $12,098 |
| | Rent | 03/21/2023 | $12,913 |
| | Rent | 04/27/2023 | $12,098 |
| | Rent | 06/13/2023 | $12,907 |
| | Rent | 06/22/2023 | $13,811 |
| | Rent | 07/20/2023 | $12,098 |
| | Rent | 08/23/2023 | $12,098 |
| | Rent | 10/25/2023 | $12,098 |
| Type or Classification (B) | Total Itemized Transactions with this Payee/Payer | | $112,907 |
| | Total Non-Itemized Transactions with this Payee/Payer | | $6,994 |
| Landlord | Total of All Transactions with this Payee/Payer for This Schedule | | $119,901 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

Case 1:23-cv-05261-AMD-TAM   Document 76-3   Filed 05/31/24   Page 28 of 29 PageID #: 1285

**SCHEDULE 19 - UNION ADMINISTRATION**  FILE NUMBER: 546-803

There was no data found for this schedule.

**SCHEDULE 20 - BENEFITS**  FILE NUMBER: 546-803

| Description<br>(A) | To Whom Paid<br>(B) | Amount<br>(C) |
|---|---|---|
| Total of all lines above (Total will be automatically entered in Item 55.) | | $0 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**69. ADDITIONAL INFORMATION SUMMARY**                                                    FILE NUMBER: 546-803

Question 15: During the reporting period, the union distributed union logo items (for example, t-shirts, pins, and/or buttons) to prospective members free of charge.

Schedule 8, Row1:

Schedule 8, Row1:

Schedule 8, Row2:

Schedule 8, Row2:

General Information:

Questions 20 and 21: While the union had no dues paying members as of 12/31/2023, the Officers of the union began paying voluntary dues in 2022.
Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)