**Richard Levy**  8:11 AM (6 hours ago)

to Derrick, Errol, Danielle, Chris, Alfredo, Ashwini, Connor, CLAUDIA, Michelle, Stephen, Chermo, sunji3,

## MONITORS RULING ON THE ELECTION COMMITTEE REPORT

A). Paragraphs 2, 3, 4 and 5 of section III -2 of the report are rejected and the committee is directed to delete them from its report. The Monitor has previously ruled that the committee's allegations against members of the Democracy Reform Caucus Slate and the Workers First Slate are an inappropriate basis for disqualification of candidates. The candidates have never been charged with the committee's allegations in any union forum. They have never had an opportunity to respond to these allegations. There has never been a proper trial on any of these allegations and never a ruling from an appropriate forum based on a due process inquiry. These paragraphs smear the candidates of the Democratic Reform Caucus and Workers First Slates. As these are the only slates running against the MA-AT Slate, the inclusion of these unproven allegations, smacks of political bias.

The committee is directed to remove these paragraphs and ensure that they are not disseminated to the members of the ALU.

B) The election committee has also accommodated the MA-AT Slate by Permitting it to run Rina Cummings for the position of recording secretary on the slate, although she was never nominated for that position. The ALU constitution requires that nominations be held at a meeting where nominees must be present and accept the nomination. Rina Cummings was present and accepted a nomination to run as a vice presidential candidate . She may not now run as a candidate for recording secretary. The committees decision apparently accommodates the slates desire to have Tyrone Mitchell, who was nominated for vice president on another slate, fill the place of Cummings on the MA-AT slate.

Miss Cummings may run for vice president or she may withdraw. If the latter, she must advise the undersigned by 3 o'clock today, since withdrawals were required to be submitted by June 20, 2024. The late withdrawal notice will be allowed, if requested, since the committees report only arrived with the monitor yesterday.

C) The committee's requirement that all candidates submit photographs is rejected. It is too late to impose that requirement. It is almost six weeks since the nominations and this is the first announcement of a photograph requirement. There are 38 or 39 candidates running in this election. There is no time to begin collecting photographs from all the candidates. Many may not even have photographs that would be appropriate for this use. The vendor who is preparing the ballots is requesting a final ballot now. If photographs are required, it will set this election back by weeks. That is unacceptable. In addition, it would require a much larger ballot, probably of several

pages, which would take longer to compose and would likely increase the cost of the election substantially. It is my understanding that negotiations with the vendor have already concluded. Accordingly, there will not be a requirement for photographs.

Richard Levy, Election Monitor
Sent from my iPhone