# FINAL ELECTION RULES FOR
# THE ALU ELECTION OF OFFICERS
# AND MEMBERS OF CONSTITUTION COMMITTEE

**1) BACKGROUND AND PURPOSE:**

These rules are promulgated by the undersigned neutral monitor to resolve a variety of disputes among parties to the consent order of the district court in the case, entitled Dr. Brima Sylla et al - against - Amazon Labor Union and Chris Smalls as President. That order directed that if members of the ALU, in a referendum, chose to have an election of officers and constitution committee members, that election must be held in June or July 2024. In February, a majority of voting members approved holding such an election. At a meeting on May 11, 2024, members nominated individual candidates and slates of candidates to run for officer positions and positions on the constitution committee. These rules set out the obligations and qualifications of candidates, certain obligations of the ALU and steps to be taken in furtherance of completing this election process.

**2) CERTAIN CONTINGENCIIES AND RELATED DIRECTIONS**:

The notification to members and the mail ballot election referred to below require the availability of funds to pay the mailing house and the administrator of the election. In that regard, the ALU is directed to use its available funds, any funds they know to be available to the union from third parties for purposes of this election to pay for (1) the services of the mailing house to send out the notice of election and (2) the services of the American Arbitration Association to run this mail ballot election. The officers of the ALU are directed to sign the appropriate agreements with those service providers promptly so that the election will be held in a timely manner.

**3) ELIGIBILITY TO VOTE:**

All ALU members currently employed at Amazon warehouse JFK8, full-time or flex time with a blue badge and anyone terminated by Amazon, who is challenging that termination, and any current officers of the ALU may vote in this election.

**4) ELIGIBILITY OF CANDIDATES:**

All candidates nominated at the May 11, 2024 nominations meetings are qualified and eligible to run for the positions for which they were nominated. Candidates nominated for a designated officer or committee position at that meeting cannot run for a different position than that for which they were nominated.

If any nominated candidate chooses to withdraw from this election, that decision must be conveyed to the ALU and to the undersigned no later than Thursday, June 20, 2024.

(Note: the election committee held that certain candidates and slates of candidates were not qualified to run for office or committee positions because of certain alleged bad acts or violations of the ALU constitution. Despite my requests the committee has not presented any evidence that any of these individuals or slate members were ever charged with the alleged bad acts under the union's disciplinary procedure, ever given a due process trial with respect to such allegations or ever found by an appropriate trial body to have committed bad acts or violated the Union constitution. Accordingly, those disqualifications are overruled. )

## 5) VOTING PROCEDURE AND DATES:

Voting for all officers and members of the constitution committee of the ALU will be administered by the American Arbitration Association ( AAA ). The ballots will be mailed by the AAA on June 27, 2024 and must be received back at the AAA no later than July 18, 2024. The counting of the ballots will take place on July 19, 2024 and the elected officers and constitution committee members will take office on Monday, July 22, 2024.

The ballot will provide for voting by individual nominee or by slate. Members voting for a slate may not vote for individuals as independent candidates or on another slate for the same position for which a member of the chosen slate is also running. That would result in two votes for the same position. Doing so will void the ballot.

The ballots will be counted on July 19, 2024. Each independent candidate will be entitled to have an observer at the counting of the ballots, and each slate will be entitled to have two observers at the counting of the ballots and two additional observers if their slate includes candidates for the constitution committee.

Notice of the election will be sent to the home addresses of all current potentially eligible voters. The notice of election will be mailed on June 21, 2024.

## 6) CHALLENGES TO THE ELECTION:

Members may challenge the conduct or result of the election by writing to the recording secretary with a copy to the monitor. The letter must be received within seven days of the election. The letter of challenge must state that the challenger was eligible to vote, whether they did or did not vote, a statement whether they are challenging the conduct of the election or a result or both, and if the challenge is directed at all persons elected, or less than all. If less than all, they must specify whose election they are challenging. They must include a statement of all the facts they rely on in support of the challenge, how those facts may have affected the outcome of the election and the relief they seek.

**7) CAMPAIGNING:**

Apart from person to person campaigning or distribution of campaign literature at the warehouse or elsewhere, candidates may use the email list of members currently in the possession of the ALU. The union's email list must be utilized ONLY through Raybblin Vargas, a third-party technical support individual who has worked with this mailing list before. Candidates can contact Raybblin at [Raybblin@gmail.com](mailto:Raybblin@gmail.com). Raybblin will charge $100 to send out the campaign emails to members on the union contact list. NOTE: the unions list is out of date and contains an estimated 1/2 of the current bargaining union members' email addresses. So, emailing to the union list will only reach part of the membership. The union list may be used once a week by a candidate or a slate and two times a week after July 1, 2024.

If any candidate uses a copy of the union list that happens to be in the possession of any other member or former officer, their candidacy will be disqualified.

**8) USE OF UNION OR EMPLOYER RESOURCES**

No resources of the union may be used for campaigning for any candidate or slate. This means none of the union's phones, union office space or equipment, paper, email list ( except as described above) may be used on behalf of a candidate. No union employee may campaign on union work time.

Also, no money or other thing of value may be contributed to any candidate by ANY employer. This is not limited to Amazon, but any entity or individual who employs other people is forbidden to contribute to a union election campaign. Use of such resources may disqualify a candidate.

**9) THREATS AND INTIMIDATION:**

Any candidate who engages in threats or efforts to intimidate voters or other candidates is subject to being disqualified.

**10) DISTRIBUTION:**

The officers of the ALU are directed to furnish this list of rules to all candidates nominated for office, including positions on the constitution committee , upon receipt of these rules. They are also directed to make these rules available to any member who requests to see them.

*RICHARD LEVY, MONITOR*   6/12/24