June, 24, 2024
~~May 4, 2024~~ BB

*Rec. in one drive 6/26/24

RECD IN PRO SE OFFICE
JUN 24 24 PM 4:14

Ronald P. Boone Jr.
45 Winter Ave
Staten Island
New York, 10301

Motion to Intervene in Court Case #23-52561.

United States District Court
Pro Se Office
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear: Honorable Taryn A. Merkl

I am writing to request a Motion to Intervene in court case #23-52561. My name is Ronald P. Boone Jr., and I am a current employee at Amazon JFK 8. Additionally, I am a former member of the United Steel Workers Union, a current member of the Sag/AFTRA Union, current chairman and a former member of the disbanded executive board at the Amazon Labor Union.

I have endeavored to get cooperation and understanding within my union. I have communicated with both the "Reform Caucus" and the entire Amazon labor union body, emphasizing the importance of respect and collaboration in resolving our differences for the betterment of our fellow workers at Amazon JFK 8.

Despite my efforts to engage constructively, I have encountered barriers to communication and cooperation. Despite attempts to reach out to interim chris smalls, , I have faced obstruction, including being blocked from contacting him and receiving no response to my messages. In light of these challenges, **I advocate for the utilization of Article 14, the saving clause, to address any discrepancies within the Amazon Labor Union constitution and bylaws.** Furthermore, I propose the establishment of an operational manual and a code of conduct to address the issues we are facing within our union.

I believe in the importance of inclusivity and representation within our executive board. Therefore, I suggest that half of the executive board should comprise members from the "Reform Caucus', while the other half should consist of Amazon labor union members who have chosen to remain. Additionally, **I propose that all executive board members be restored using Article 14 and advocate for the reinstatement of Vice President Michelle, who was wrongfully excluded, to resume her duties. It is important to note that my intentions are rooted in a desire for positive growth within our union.** Despite experiencing personal challenges and conflicts, I hold no animosity towards interim Amazon Labor Union interim chris smalls I want the best for him. Even though him and his friends and loyalist tell lies on me in the media and at my workplace and retaliate by locking me out of meetings as a dues paying member even some of the reform caucus do the same thing colluding with him. I am committed to forgiveness and personal growth, and I extend this sentiment to all parties involved I forgive all of them. In closing, I emphasize the importance of unity and collaboration. Only through solidarity can we achieve meaningful progress. Therefore, I urge an open, fair, and honest election in September or October, 2024 I'm really for the workers first and will continue to grow as a human being with love as my foundation standing on business in solidarity.

**I write to provide a rebuttal to the statements made by Arthur Z. Schwartz in his letter dated April 1, 2024, regarding the case of Sylla, et al. v. Amazon Labor Union et al. Civil Case No. 23-05261 (AMD). Mr. Schwartz's assertions require clarification and correction.**

**1.** Regarding Mr. Schwartz's statement alleging that Vice President Michelle Valentine-Nieves was "fired" by Amazon Labor Union (ALU) interim president chris smalls without due process, **I rebut this claim**. Mr. Schwartz's assertion is hearsay and lacks firsthand knowledge. Moreover, there is no evidence that Ms. Valentine-Nieves was charged or went through the proper procedures outlined in the Amazon Labor Union Constitution and bylaws before her alleged dismissal. As per the Constitution's guidelines on charges and grievances **(see Exhibit -D, Article 9), fair treatment (Article 10, Section 10.1), filing of charges (Section 10.2), trial boards (Section 10.3), trial procedures (Section 10.4), decisions and penalties (Section 10.5), and exhaustion of remedies (Section 10.6), it is clear that due process was not followed. It appears that Ms. Valentine-Nieves may have been retaliated against for speaking out against misconduct within the union.**


**2.** Mr. Schwartz's claim that individuals who did not leave leadership positions in ALU were " chris smalls loyalists" is unsubstantiated. As the current chairman of the Amazon Labor Union and a former member of the executive board, I can attest that not everyone left their positions due to loyalty to Mr. Smalls. I, for one, remained in my role to ensure

continuity and to address concerns raised by members. Allegations of misconduct against mr. smalls should be backed by evidence rather than baseless accusations and nobody that left then forming the "reform caucus brought up or attempted to file charges according to the amazon labor union constitution which **I Ronald P Boone Jr** did which **Wasn't filed by the recording secretary see reference EXHIBIT-A charges emailed and certified mailed to the recording secretary February 16 2024 at 11:29pm est , EXHIBIT -B dated February 16 2024**

**3**. Mr. Schwartz's characterization of certain individuals as " interim president chris loyalists" lacks credibility. As someone intimately involved in the workings of the Amazon Labor Union and current Amazon JFK 8 employee, I can confirm that the executive board, of which I was a member, actively performed its duties until its illegal disbandment. mr. smalls and his supporters, including **Jeanne Mirer lawyer of JULIE N, MIRER, SINGLA & GOLDSTEIN, PLLC,** bypassed established procedures outlined in the Amazon Labor Union Constitution **(see Exhibit -G, Article 14 The savings Clause )** to dissolve the executive board, effectively eliminating checks and balances within the union. This action deprived members of proper oversight and allowed chris smalls, the recording secretary and Treasurer the main people who need oversight to operate without accountability like a dictatorship.

**4.** Mr. Schwartz's claim that chris smalls tightened his circle and removed individuals from office like he did MS Nieves, again you can't remove any officer without due process, including Vice President Michelle Valentine-Nieves, which is unfounded. As current chairman of the Amazon Labor Union and a former member of the executive board, I can attest that no proper due procedures were followed in their removal. Such actions were retaliatory and not in accordance with the

democratic principles outlined in the Amazon Labor Union Constitution and bylaws.**, for reference see exhibit -D article 9- charges and grievences.9;1 basis for charges. Section 9.2-freedom of deliberation and assembly. Article 10-trials and appeals. Section 10.1 fair treatment. Exhibit – E, Section 10.2 filing of charges , section 10-3-trial board, section 10.4-trial procedure, Exhibit -F section 10.5-Decisions and Penalties, Section 10.6-Exhaustion of remedies, nobody can just say your fired to your vice president or officers without going through the process in the constitution in a democratic fashion**

5. Mr. Schwartz's description of the voting process for an election in June or July lacks transparency and raises questions about its validity. The timeframe provided for communication and voting was insufficient for an Amazon JFK 8 workforce of 8,300 people with diverse cultures speaking many languages Additionally, the authenticity and accuracy of the voter turnout and results are questionable without proper verification measures and oversight.

6. The assertion that an election plan was presented with dates for various events, leading up to an election in June or July, favors Mr. Schwartz's clients the reform caucus. This rushed process lacks fairness and fails to adequately inform and involve the entire workforce of Amazon JFK 8. Pushing the election back to late September 2024 would allow for proper education and participation of all workers especially if amazon corporation release the current employee contact information so we can reach all the employees.

7. Mr. Schwartz's claim that Michelle Valentine-Nieves declared her candidacy for President aligns with alleged former officers who have written to the Court. This assertion is hearsay and lacks firsthand knowledge. As a current employee and chairman of the Amazon Labor Union, I continue to work for the betterment of the union despite attempts to lie on me silence and discrediting me and other officers throughout our place of employment also the mr. smalls , some of his loyalist and members from the reform caucus alluringly according to sources began a campaign to assassinate my character behind my back to news outlets and other union organizations I was reaching out to in order to help our union

**8.** The suggestion that the lawsuit was largely settled via a Consent Order and that I want to challenge it because it violates the ALU Constitution is true however. Many officers, including myself, were excluded from the decision-making process regarding the Consent Order. I objected to the agreement due to the lack of transparency and representation in the decision-making process. **for reference see EXHIBIT -C, I included everyone from ALU interim president smalls, Vice President Michelle and 20 other members, also both sides lawyers many were not happy with the agreement , and I used that moment to object to that agreement since it was only mr smalls, the recording secretary, and the treasure and the lawyers along with the reform caucus making decisions without going over the agreement with leadership and workers at large also membership especially voluntary dues paying members like myself**

**9.** Mr. Schwartz's statement regarding securing a mailing list for members to receive statutory mail notice of the union election and assisting illegally fired candidates with access to non-work areas is misleading. While such efforts may appear to promote fairness, they fail to address the broader issue of transparency and equity in the

election process, His clients self-identified as the "Reform Caucus " have been Campaigning for over two years which gives them a significant advantage over others who may not be as well-informed about the rules and procedures. This lack of transparency and uneven playing field undermines the integrity of the election process and favors certain factions, such as the "reform caucus".

**(10)** The claim that "the solution agreed upon was to let the members decide" is inaccurate. I, Ronald P. Boone Jr Chairmen ., along with others, were excluded from this decision-making process. We were blocked and locked out, highlighting the dire need for leadership changes due to the lack of transparency, democracy, and integrity.

**(11)** The assertion that "they voted to move forward" overlooks the fact that myself and others were denied participation in the process. This lack of transparency from Interim chris smalls and the "reform caucus" deprives us of our voices, undermining the democratic principles our union should uphold. Our intervention aims to represent the interests of the Amazon JFK 8 workers, ensuring a worker-led union free from dictators, lawyers, or criminals.

**(12)** Arthur Z. Schwartz's assertion that "this letter should put all concerns to rest" does not accurately address the fundamental issues at hand. I  Ronald P. Boone Jr , current chairman of the Amazon labor union and employee at Amazon JFK 8, myself and others have been systematically excluded from the process. This lack of transparency, democracy, and integrity from interim chris smalls and the reform caucus cannot be overlooked. My purpose remains steadfast: advocating for the rights and well-being of all Amazon JFK 8 workers. While I cannot speak for everyone else, it's clear that this process has

not adequately addressed our concerns or ensured fair representation for all members.

**I Ronald P. Boone Jr., current chairman of the Amazon labor union and employee at Amazon JFK 8, offers rebuttals to the statements made by Arthur Z. Schwartz in his letter to the federal court dated April 4, 2024, regarding the lawsuit involving the Amazon Labor Union:**

**1.** Regarding Schwartz's claim about a settlement agreement and a petition by 800 members demanding a membership meeting to amend the constitution, I question the authenticity of the alleged petition signatures. I would also like to emphasize that he was not notified about this petition despite being a key advocate for amending the constitution and bylaws. I advocate for a fair election process scheduled for late September or October 2024 to ensure inclusivity and preparation for all workers.

**2.** In response to Schwartz's assertion about the Consent Order being a compromise allowing members to vote on whether to have an election, I express dissatisfaction with the process, because it was made between non-employees and an absentee interim president, Chris Smalls. It was a lack of notification and I been employed five years and never received anything about the consent order I'm calling for a fair election process scheduled for late September or October 2024.

**3**. I challenge Schwartz's description of the voting process, arguing that it does not constitute an open, honest, and fair election. I highlight concerns about the process favoring the reform caucus and the lack of

transparency in accessing Richard Levy, the neutral monitor. I insist that all workers, regardless of shifts or workforce size, should have a chance to be properly educated about the election, process.

**4)** In response to Schwartz's claim that leaflets were distributed and emails sent in advance under the direction of Attorney Richard Levy, a union lawyer, I Ronald P Boone Jr chairmen rebuts this because myself, along with many of my coworkers, never received any emails or leaflets. I question the validity of the email list used, given the high turnover rate at Amazon JFK 8 and the likelihood that the list was almost two years old. I demand proof or analytics to support these allegations and questions how recipients were verified to confirm current employment status.

**5)** I challenge Mr. Schwartz's statement that the plaintiffs campaigned for a "Yes" vote and won by a 60-40 margin. My questions are the authenticity of these numbers, because the breakdown of the votes was not available to the public and the rushed nature of the process, particularly in a workplace like Amazon JFK 8, which operates 24/7 with 16 shifts and over 8,300 workers. it would be practically impossible to inform enough workers fairly, these actions to me cast doubt on the transparency and legitimacy of this process. I conclude this entire process undermines participation, democracy, transparency, solidarity, and unity.

**6)** In response to Schwartz's statement about holding elections within a reasonable period after the organization begins to function, I Ronald P Boone Jr rebuts this by highlighting the absence of effective leadership, the actions of the "reform caucus" concentrating on dragging the union through federal court to bypass the constitution to force elections over two years. The Amazon Labor union was run like a dictatorship during

that time, leading to poor stewardship and a loss of focus on the workers at Amazon JFK 8. I Ronald P Boone Jr always emphasized the importance of prioritizing the needs of building a strong info structure with an amended constitution and bylaws, restoration of the entire executive board balanced with members from the reform caucus and create an operational Manuel and a code of conduct and most importantly building up our membership , shop stewards also chair persons in every departments so we can represent , service , protect, the most important people while we fight for a contract in solidarity the workers at JFK 8, before pursuing other endeavors.

**7)** I rebut Schwartz's assertion regarding MS Valentine Nieves' right to intervene in the case. Vice President Michelle Valentine Nieves, is the current Vice President of the Amazon Labor Union, and has the right to intervene because " according to her she was locked out also dropped of the original court case, she was retaliated against by some members of the reform caucus, their lawyers, interim chris smalls, his lawyers, loyalists, and silenced with no union representation or voice as a former dues paying member, and she also stood up against union corruption and theft, and despite her imperfections, she fought for truth and justice within the union. Furthermore, Vice President Michelle Valentine Nieves, said the reform caucus were aware of the wrongdoing but failed to act, these are just a few legitimate bases for intervention.

**8)** I Ronald P Boone Jr challenges Schwartz's assertion that raising concerns about interim chris smalls" competency and honesty is not grounds for intervention. **I rebut that assertion because all of us that intervened submitted complaints and evidence of misconduct also abuse of power by smalls and others to demonstrate their impartiality and mistreatment by interim chris smalls, also his allies, and certain**

members of the "reform caucus 'and the need for a fair election, holding elections in June or July without an updated mailing list is unfair, especially given the large workforce of over 8,300 employees.

9) In response to Schwartz's statement about securing a mailing list for union election notices and assisting illegally fired candidates, I Ronald P Boone Jr rebuts and would like to point out that Schwartz's clients have had a significant campaigning advantage for over two years, also they seem well-versed in the rules while others are not given the same level of assistance. this discrepancy undermines the fairness of the election process and calls for equitable treatment for all candidates.

I am writing to provide a response to the statements made by Arthur Z. Schwartz in his letter to the federal court dated April 4, 2024, regarding the case of Sylla, et al. v. Amazon Labor Union et al., Civil Case No. 23-05261 (AMD). Below are my rebuttals to each statement:

**1.** Regarding Schwartz's claim that Mr. Toure and others are campaigning for office, **I refute this as hearsay without firsthand knowledge. We, the intervenors, are not campaigning without adhering to the rules. The only individuals actively campaigning are the clients of the reform caucus. Also, it is unfair to hold the election in June or July without ensuring all participants are properly informed, and the rules are clarified along with the most recent updated employee contact list from Amazon not a two-year outdated list.**

**2.** Schwartz states that intervenors, including myself, are concerned about having a fair election and were fired by Mr. Smalls. I challenge this assertion as hearsay and lacking firsthand knowledge. The actions of interim chris smalls and others, including the recording **secretary, the treasurer, and Jeanne Mirer lawyer of JULIE N, MIRER, SINGLA & GOLDSTEIN, PLLC who did not charge anyone of us and did not follow the process and procedures in the Amazon Labor Union Constitution and bylaws, for reference see exhibit -D <u>article 9- charges and grievences</u>.9;1 basis for charges. Section 9.2-freedom of deliberation and assembly. <u>Article 10-trials and appeals.</u> Section 10.1 fair treatment. Exhibit – E, <u>Section 10.2 filing of charges</u>, <u>section 10-3-trial board</u>, <u>section 10.4-trial procedure,</u> Exhibit -F <u>section 10.5-Decisions and Penalties,</u> <u>Section 10.6-Exhaustion of remedies,</u> You can't just say someone is fired like your Vice President or officers without going through the process in the constitution in a democratic fashion what interim President smalls and his loyalist also lawyers can't fire union officers because of a disagreement, especially without going through the process in the constitution in a democratic fashion, what interim President smalls, the lawyers and his loyalist did was retaliate against Us because we want to do right by this union and the workers to stand up against misdeeds, favoritism, dictatorships and corruption making all of us accountable if we violate the constitution and bylaws.** .

3. Schwartz claims that there was no objection voiced to the distribution of notices as required by the ALU constitution. However, I Ronald P Boone Jr find it selective that the constitution is only enforced by when it suits certain individuals like the clients of both law firms. Charges and resignations have been ignored, by the recording secretary **and Jeanne Mirer lawyer of JULIE N, MIRER, SINGLA & GOLDSTEIN,**

**PLLC, further demonstrating** a lack of consistency in following the constitution and the need for open honest and fair election.

4. Schwartz mentions the distribution of notices beginning on April 10, but I question the validity of the email list used. Without an updated list, the distribution is unreliable, and many employees, including myself, did not receive any notification.

**5.** I reiterate that June or July elections are not feasible due to the lack of transparency and the outdated email list, as well as the disregard for proper procedure in the union's operations.

**6.** The alleged 60-40 margin in the workers' vote is questionable given the large workforce and high turnover rate at Amazon JFK 8. The numbers provided are not accurate or authentic.

**7.** I object to the order mentioned by Schwartz, as myself and others were blocked from participating in court proceedings, depriving us of our rights during the process.

**8.** Elections cannot take place in June or July without the release of the current email list, further depriving workers of their voice and opportunity to participate Election must be pushed back to late September or October 2024

**Sincerely,**

*Ronald P Boone J.*

**Ronald P. Boone Jr.**

**Amazon Labor Union Chairman**

# I Want to file Charges against Interim ALU President Christian Smalls

From: ronald boone (mrrboonejr@yahoo.com) ← ①

To: claudia@amazonlaborunion.org ← ②

Date: Friday, February 16, 2024 at 11:29 PM EST ← ③

Good evening My name is Ronald P Boone Jr current Amazon JFK 8 employee and ALU Chairman also member of the Disbanded Executive Board. I certified mailed you the charges and attached are the charges thank you any questions call me at 716 578 -7608.

All Rights reserved UCC 1-30 8



staples_scan.pdf ← ④   Sent by email
168.6kB



sent by Mail ←

⑤ →

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
Staten Island, NY 10314

Certified Mail Fee $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage $0.68

Total Postage and Fees

Sent To Claudia Ashteemon (ALU Receiving of
Street and Apt. No., or PO Box No. 960 South Avenue Suite 1100
City, State, ZIP+4® Staten Island NY 10314

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



Exhibit -A

Doing my Job as a member

February 16, 2024

Ronald P Boone Jr

ALU Chairman /

Member of The Disbanded Executive Board

45 Winter Ave 2r

Staten Island, NY 10301


Claudia Ashterman

Recording Secretary

900 South Avenue, Suite 100

Staten Island, N.Y. 10314


Dear Ms. Ashterman,


**I, Ronald P Boone JR ALU Chairman / Member of The Disbanded Executive Board,** am submitting superseding charges by email also certified mail to you the recording secretary at the ALU office at 900 South Avenue Suite 100 Staten Island NY 10314, as per **Article 9,** Section 10.2 (FIRST SENTENCE), of the Amazon Labor Union's (also known as the "ALU) constitution against ALU's Interim President Christian Smalls for conduct unbecoming of a member of the Union. Violating ALU's constitutional MEMBERSHIP PLEDGE and **Article 3 of the** Union's constitution on numerous occasions. Such as, but not limited to, violating Article 3:

- **Section 3.2 (a)**

- **Section 3.2 (b)**

- **Section 3.2 (c)**

- **Section 3.2 (f)**

- **Section 3.2 (g)**

**Preliminary Statement:**

-**The evidence will show** that Interim President Christian Smalls of the Amazon Labor Union violated the constitution and the office of the presidency by not attending meetings.

- **The evidence will show** that Interim President Christian Smalls of the Amazon Labor Union has failed to preserve order and enforce the constitution.

- **The evidence will show** that Interim President Christian Smalls, of the Amazon Labor Union, has failed to partake in committees of the Union.

- **The evidence will show** that Interim President Christian Smalls, of the Amazon Labor Union, was not at ALL TIMES responsible to the Executive Board (either current or previous) of the operations of the Union.

- **The evidence will show** that Interim President Christian Smalls, of the Amazon Labor Union, failed to establish and/or partake in the day-to-day functions of the Union by establishing policies and procedures to that end.

- **The evidence will show** that Interim President Christian Smalls, of the Amazon Labor Union, is an absentee president.

- **The evidence will show** that Interim President Christian Smalls of the Amazon Labor Union knowingly made false statements and/or misled Union members.

- The evidence will show that Interim President Christian Smalls, of the Amazon Labor Union, does not fulfill his duties as president faithfully.

## The Statement of Facts

**1.** Interim President Christian Smalls **failed to organize** for a contract and abandoned the fight for thirty.

**2. He made settlements without first meeting** with the membership and refuses to fix the constitution before agreeing to elections to again assert power, leaving the membership at a disadvantage.

**3**. Interim President Christian Smalls abandoned the membership at large of the ALU to become a celebrity, traveling for free and engaging in speaking engagements where he makes between 8k and 10k dollars.

**4. The Interim President Christian Smalls is absent 90%** of the time from the Union, only appearing when it's a camera or photo opportunity.

**5**. **He refused to organize** and failed to do so effectively.

**6. Consistently late to all meetings** and member functions, leading to chaos and the loss of confidence in the ALU by its membership.

**7**. Interim President Christian Smalls **did not attend financial meetings for five months.**

**8. He refused to meet with the volunteer funders,** leaving the VP and Mr. Batson to handle fundraising.

**9. His abandonment of the Union** and failure to meet with and implement the recommendations of those whom he left in charge is gross negligence.

**10**. **He refused to let the members pay dues** to block them from having a voice in the Union so he cannot be challenged.

**11. The dues payment system was set up** by the former Senior Advisor ALU and turned over to the current Secretary-Treasurer. Interim President Christian Smalls refused to advertise and organize around it, even with specific instructions and help on how to do it. He travels and lined his own pockets with money he agreed to split with the Union.

**12. The failure to properly prepare** and execute a mass membership meeting was a failure.

**13**. Interim President Christian Smalls **continues to abuse his authority** and power, knowingly misleading the Executive Board especially after a No vote turning down Union money to be paid to someone Christian Smalls Brought before the Executive Board of 17 people and when that happened Christian smalls went behind our back and paid the person anyway out of union funds.

**14. The forging of the signature of the disbanded Executive Board** to illegally remove and fire Vice-President Michelle Valentin-Nieves without cause exhausting internal remedies and due process, violating. **Article 9), fair treatment (Article 10, Section 10.1), filing of charges (Section 10.2), trial boards (Section 10.3), trial procedures (Section 10.4), decisions and penalties (Section 10.5), and exhaustion of remedies (Section 10.6)**

**15. Retaliation against** Chemo Touré, Amazon Labor Union Director of Grievances, who filed charges against him for misdeeds, then Chris Smalls ordered the secretary treasurer to change the office locks and call the police on him without exhausting internal remedies or due process

**Article 9), fair treatment (Article 10, Section 10.1), filing of charges (Section 10.2), trial boards (Section 10.3), trial procedures. (Section 10.4), decisions and penalties (Section 10.5), and exhaustion of remedies (Section 10.6)**

**16. The disbanding of the Executive** to usurp power and create an atmosphere of unaccountability.

**17. Intentional wage theft**, discrimination, and spreading malicious lies to cover up misdeeds.

**18. The gross mismanagement** of ALU finances.

**19. Retaliation attempting to bully** and set up Ronald P Boone Jr, current Amazon JFK 8 worker, Chairman, and member of the disbanded executive board, Spreading lies at the work place, media and intimidation tactics by his friends also blocked and locked out of union business because I stood up for not filling the ALU Constitution and bylaws violating officers rights locking them out suggesting they are fired which is not true because no charges were issued or procedures followed according to the ALU Constitution nobody had a chance to face accusers or exhaust internal remedies or due process in a democratic fashion **Article 9), fair treatment (Article 10, Section 10.1), filing of charges (Section 10.2), trial boards (Section 10.3), trial procedures (Section 10.4), decisions and penalties (Section 10.5), and exhaustion of remedies (Section 10.6)**

**20. Violation of 29 U.S.** Code § 158 - Unfair labor practices.

**21. Violation of 29 CFR Part 417** PROCEDURE FOR REMOVAL OF LOCAL LABOR ORGANIZATION OFFICERS. **Article 9), fair treatment (Article 10, Section 10.1), filing of charges (Section 10.2), trial boards (Section**

**10.3), trial procedures (Section 10.4), decisions and penalties (Section 10.5), and exhaustion of remedies (Section 10.6)**

**22. Conspiracy.**

**23. Violation of Title: 1- (5)** of LMRDA SAFEGUARDS AGAINST IMPROPER DISCIPLINARY ACTION.

**24. Violation of Title: 1 (2)** of LMRDA FREEDOM OF SPEECH AND ASSEMBLY.

**25. Violation of Title 1** of LMRDA EQUAL RIGHTS.


Thank You,

*Ronald P Boone jr UCC1-308 Executor*

**Ronald P Boone Jr**

**ALU Chairman /**

**Member of The Disbanded Executive Board**

PAUL O. AFON...
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in Richmond County
01AF6134840
COMMISSION EXPIRES 10/17/20...

02/6/2024

Exhibit - C

In Regards to this agreement

Yahoo/Sent ★



**● ronald boone**
**From:** mrrboonejr@yahoo.com
**To:** Chermo Toure, Lloyd Batson ( ALU E Board Chair ), Rina Cummings, Reba George, Maureen Greenfield, Claudia Ashterman, Arlene Kingston, Jordan Flowers, Chris Smalls, Jeanne Mirer, k.nelsonpage@gmail.com, aschwartz@advocatesny.com, Terica ( ALU Shop Stewart Dock ), Retu Singla, Derrick Palmer, Brima Sylla, Connor Spence, Michelle Valentin Nieves, Danielle Hayden Hide

Mon, Jan 8 at 2:50 AM ★

Im respectfully writing to express my profound concern and dissatisfaction with the proposed agreement agreed to with ALU Democratic Cacus member Brima Sylla along with counsel Arthur Schwartz and ALU interim President Chris Smalls, and counsel Jenne Mirer.         This current plan, maintains the existing structure of our union's leadership, which is a glaring departure from the democratic principles we should uphold.
             It's disheartening to observe an election process that perpetuates the current framework, a structure that fails to represent our collective interests adequately.                      The designations of President, Vice President, Recording Secretary, Financial Secretary, and Treasurer do not constitute a comprehensive or balanced executive board.            True representation demands a board that includes two executive members from each department, ensuring diverse and inclusive participation.

Furthermore, the formation of a committee that falls outside the purview of the Labor-Management Reporting and Disclosure Act (LMRDA) is concerning. Dues paying members of the disbanded Executive Board which must have the opportunity to participate in the election, safeguarding the democratic ethos of our union.

The current state of affairs, as proposed, does not reflect the democratic values we cherish. Its imperative we amend the constitution restore the original members of the now disbanded Executive Board in addition integrate some members from the Democratic caucus to make it a well-balanced non-biased Executive Board considering we represent almost 8000 workers. We must also consider we all are not gonna agree on everything must have written code of conduct also a operational procedure manual ASAP. Further more I suggest we work out any ,Petty differences and move forward with Vice President Michelle to prevent more unnecessary legal proceedings and blowback. This would symbolize true solidarity shows the World we are serious.             This must take place before proceeding with possible elections.                    Myself also others pointed out numerous times in chats also meetings to our Interim President and current leadership unfortunately to no avail about enforcing article 14 the savings clause in the current constitution, which gives us the right to correct anything unconstitutional according to operational law, similar to Article V of the United States Constitution. The need for elections within the constitution committee is debatable; those with a deep understanding of the union's needs should be able to volunteer for this critical role.

Our current situation, where a few individuals make decisions for the many, is unacceptable. It fails to represent the best interests of us, the workers, and our collective voice in the union. A mere trio cannot effectively negotiate a contract. We need a robust representation across all departments, akin to an army at Amazon JFK8.

I urge all involved with this agreement vto reconsider the approach of adhering to a constitution that requires modification. The constitutional committee must prioritize representation from every department. As a former member of the disbanded executive board also dues payer, I, along with many of my colleagues, am ready to contribute to this committee.

It's crucial to understand that the recommendations by the magistrate and agreement by Chris Smalls interim President of ALU represented by Jeanne Mirer and Dr Brima Sylla of the Democratic cacus of ALU represented by Arthur Z Schwartz is not a court order. We have the opportunity and time to rectify these issues. The notion of three people representing a workforce of almost 8,000 is far from democratic. We need representatives from every department to ensure fair and inclusive governance.

The proposed structure is fundamentally flawed and does not have my support as a current Amazon JFK 8 employee, chairman, former member of the disbanded executive board along with others members that wasn't aware of the language in this agreement made without our consent. We must convene an urgent meeting to address and correct these issues. The upcoming election should be a testament to large-scale democracy, encouraging widespread participation from our members in their fight for fair representation.

I respectfully request a meeting to discuss and amend this agreement, ensuring it aligns with our democratic values and serves the best interests of all union members.

In Solidarity,

Ronald P Boone Jr
Chairman and Disbanded Executive Board Member



Whenever a member of this organization loses time from work when engaged in activities on behalf of the Union, and suffers a loss of income as a result thereof, the member may be compensated for their loss and expenses, provided, however, the member must have been duly authorized to so serve and act in writing and informed in writing that they would be reimbursed in an amount which the Executive Board shall, in its sole discretion, agree upon. Provided, further, neither compensation nor expenses shall be paid for attending membership meetings.

### Section 8.4 - Dissolution

Upon dissolution of the Union, the Treasurer shall arrange for the timely payment of any and all outstanding bills and debt obligations due and owing by the Union. Should any funds remain in the treasury after the satisfaction of all outstanding bills and debt obligations, all such remaining assets shall be equitably distributed directly back to the membership.

## Article 9 - Charges and Grievances

### Section 9.1 - Basis for Charges

The basis for charges against officers and members of this organization for which they shall be required to stand trial as hereinafter provided shall consist of one or more of the following:

(a) Gross disloyalty to the ALU.

(b) Gross negligence, inefficiency, nonfeasance, misfeasance, or malfeasance, which shall or threaten to hinder or impair the interests of the Union.

(c) Misappropriation of union funds or property.

(d) Physical Abuse or threat of against a member.

### Section 9.2 - Freedom of Deliberation and Assembly

It is not intended that members be precluded from participating in any deliberations in an orderly manner, nor to meet and assemble freely with other members and to express any views, arguments, or opinions; provided that such activities do not violate the responsibility of a member to the Union and the member's conduct does not interfere with the performance by the union of its legal and contractual obligations.

## Article 10 - Trials and Appeals

### Section 10.1 - Fair Treatment

Every member of this Union shall be entitled to fair, equal and impartial treatment in the application of its rules and laws and in the interpretation and application of its rules relating to offenses, trials and appeals. The fundamental principles of due process, notice, hearing and judgment shall be observed, without, however, requiring any technical formality such as is

Exhibit - E

followed in courts of law and administrative bodies.

The provisions of this Article being guides for justice and fair play, to be administered by rank-and-file members who are not trained in the law, deviations from these procedures which do not substantially affect substantive rights of the members shall not suffice to invalidate any of the charges, trials or appeals.

### Section 10.2 - Filing of Charges

When an officer or member in good standing prefers written charges against any other officer or member of the Union, the charges shall be in duplicate and be filed with the Recording Secretary of the Union. The charges shall be signed by the person preferring the charges and shall specify the provisions of the constitution to be relied upon or the agreement or rules alleged to have been violated or must otherwise set forth the specific violations or wrongs charged and the approximate date on which it is alleged to have occurred.

The Recording Secretary shall promptly notify the members of the Executive Board that charges have been filed and, after consultation with them, shall promptly set a date for a hearing and trial on said charges. Immediately thereafter, a copy of the charges shall be e-mailed to the accused, at their last known address. A written notice of the time and place where the hearing and trial will take place before the Trial Board, shall be e-mailed to the accused and to the charging party, not less than seven (7) days nor more than twenty (20) days before the date of said hearing and trial.

### Section 10.3 - Trial Board

The members of the Executive Board of the Union shall constitute the Trial Board; except that neither the charging party nor the accused nor any member directly interested or involved in the charges may sit as a member of the Trial Board.

(a) In such cases, the President of the Union shall appoint a substitute or substitutes from the members in good standing. If the President is to be disqualified, then the Vice-President shall appoint a substitute or substitutes and if they are also to be disqualified, then the substitute shall be appointed by the remaining trial Board members.

(b) Where the charging party or the accused makes a request for a delay, the Trial Board may grant a postponement, for good cause shown.

### Section 10.4 - Trial Procedure

The hearing and trial shall be conducted in an orderly, fair and impartial manner and should assure the full presentation of all the facts to the Trial Board.

(a) The burden of proof shall be on the charging party. If the charging party fails to appear, the charges shall be dismissed. If the accused fails to appear, the Trial Board shall proceed with the hearing and receive all the facts and evidence available.



(b) The charging party shall first present whatever evidence they possess to substantiate their charges. The accused shall have the right to be present and may be represented by any member in good standing throughout the trial and to cross-examine the charging party and any of their witnesses upon completion of their testimony. All evidence collected shall be shared with the accused.

(c) After the evidence in support of the charges has been received, the accused shall present their defense. The charging party shall have the right to cross-examine the accused and any of their witnesses upon completion of their testimony.

(d) The Trial Board shall audio record minutes of any trials and/or proceedings and this audio recording, together with any documents submitted, shall constitute the official record of the Trial Board.

Upon conclusion of the hearings, the Trial Board shall consider all of the evidence and arguments submitted and proceed to make its findings and decision by majority vote. It shall prepare a report of said findings and decision, which shall be signed by all members of the Trial Board. The Recording Secretary shall forthwith email a copy of said report to the charging party and the accused at their last known addresses.

### Section 10.5 - Decisions and Penalties

The decisions and penalties imposed upon any member or officer found guilty of any of the charges as to which they have been tried, may consist of a reprimand, restitution, suspension, removal from office, or expulsion from membership, or order to do or perform or refrain from doing or performing specific acts, or any combination thereof.

### Section 10.6 - Exhaustion of Remedies

No member shall bring or cause to be brought in any court, whether in law or equity, any action against the Union or their officers, representatives or employees, in any matter involving an issue arising out of or related to their membership, which is remediable within the framework of the Union Constitution without having first exhausted all of the remedies available under the aforesaid Constitution.

### Article 11 - General Provisions

### Section 11.1 - Recordkeeping

The Recording Secretary shall keep all union records other than election records for a period of not less than five (5) years.

### Section 11.2 - Election Influence

No monies of the organization shall be used by the Union for the purpose of influencing or assisting the election in the Union of any union officer.



(e) The Executive Board shall notify the Recording Secretary of its vote either in favor of or against the proposed amendment and may accompany the result of their vote with a memorandum in support of the vote of acceptance or rejection.

The Recording Secretary shall provide notices to be posted on all bulletin boards and places for union notices on the premises where union members are employed, notifying members of the proposed amendments, the vote of acceptance or rejection by the Executive Board and copies of the Executive Board's memorandum in support of its vote, together with notice of time and place of the general or special meeting at which the proposed amendments will be acted upon by the members in general or sectional meetings.

If the Executive Board votes in favor of adoption of the proposed amendments as provided for in (d) above, it shall require only a majority of the total vote cast by the members for the adoption of said proposed amendment. If the Executive Board votes against adoption of the proposed amendment, it shall require two-thirds (2/3) of the total votes cast by the members for adoption of the proposed amendment.

## Article 13 - Ratification

No collective bargaining agreement may go into effect and be binding on the ALU and its effected members absent a ratification vote at the workplace by a showing of support by a majority of the voting members effected by the Agreement.

### Article 14 - Savings Clause



If any provision of the within Constitution and By-Laws is held to be invalid by operation of law or by any competent authority or tribunal, the remainder of the Constitution or the application of such provision to persons or circumstances other than those as to which it has been held illegal or invalid shall not be affected thereby.

If any provisions of this Constitution shall be found or declared to be illegal, invalid or inoperative, by any competent authority of the legislative, executive, judicial or administrative branch of a Federal, State or provincial government, the Executive Board is empowered to substitute during the period of its invalidity a provision which will meet the objections to its invalidity and which will be consistent with the intent and purpose of the invalid provision.

### Leadership Provision Antecedent to Initial Representation Election

Interim provisional leadership positions shall be voted on after nomination of candidates, and any member elected to these positions shall hold office until three months after the first Collective Bargaining Agreement is ratified or until they resign from office and a new provisional officer is appointed.

Pursuant to a founding convention, the Provisional Executive Board was instituted.



