# Goldstein & Singla PLLC.,
# A Working People's Law Center

April 3, 2024

**By ECF**
Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court for the Eastern District of NY
225 Cadman Plaza East
Brooklyn, New York 11201

          Re: Sylla et al., v. Amazon Labor Union et
          al. Civil Case No. 1:23- 05261 (AMD)
          Attorney Removal

Dear Honorable Magistrate Judge Merkl:

I have previously filed a Notice of Appearance as an attorney for the Defendants, Amazon Labor Union and Christian Smalls in the above-captioned case. I am now seeking your permission to withdraw from that representation.

I certify that I have provided notice of the withdrawal of the representation to the clients. I also certify that the circumstances support withdrawal, and that my withdrawal from the representation is consistent with the rules of conduct for the jurisdiction(s) in which I am admitted to practice, as I am no longer a member of the law firm.

To be clear any necessary substitution in this matter will be made without change of law firm as Ms. Mirer will continue her representation of Defendant Amazon Labor Union and Christian Smalls. Thus Defendants will continue to be represented by another attorney from the same firm as the withdrawing attorney.

Thank you for your consideration in this matter.

          Respectfully submitted,

              /s/   *Retu Singla*

          Retu Singla



● 11 Broadway ● 16th Floor ● New York, NY 10004 ● Tel: (646) 228-4729 ● rsingla@workingpeopleslaw.com ●
● LICENSED IN NEW YORK ●