# CERTIFICATION BY HONEST BALLOT

Pursuant to a request of the **ALU-IBT LOCAL 1**, Honest Ballot assigned personnel to supervise a mail ballot Election of Unionwide Officers and Constitution (Bylaws) Committee from July 9, 2024, to Tuesday, July 30, 2024. The ballot count took place at Local 210 Union Hall, 1911 Richmond Avenue, Staten Island, New York on Tuesday, July 30, 2024, commencing at approximately 12:00 PM.

**HONEST BALLOT HEREBY CERTIFIES** the election was conducted fairly, honestly in accordance with the guidelines provided by ALU-IBT Local 1.

**HONEST BALLOT HEREBY CERTIFIES** *five thousand three hundred & twelve (5,312) ballots were mailed to the union members on July 9, 2024 (United States Postal Service receipt is attached hereto and considered part of said certification)*, of which *two hundred & fifty-nine (259)* mail ballot envelopes were received no later than July 30, 2024. Of the 264 mail ballot envelopes received, seventeen (17) envelopes were void and remained sealed for no envelope signature. Thus, leaving *two hundred & forty-seven* **(247) valid mail ballot envelopes to be opened.**

**HONEST BALLOT HEREBY CERTIFIES** *two hundred & forty-seven (247)* ballots were pulled from the secret ballot envelopes, of which *twelve* **(12)** ballots were void as follows: *five ballots were overvoted, one ballot was a copy not the official ballot, and six ballots were blank no vote was cast.* **Thus, leaving *two hundred & thirty-five* (235) valid ballots counted in the final tabulation.**

**HONEST BALLOT HEREBY CERTIFIES** *two hundred & thirty-five* **(235) valid** **ballots** were received and tallied as to the true and accurate results of the Election of Unionwide Officers.

# ELECTION OF UNIONWIDE OFFICERS

| | |
|---|---|
| **PRESIDENT (1)** | |
| **\*\*Connor Spence** | **137** *votes* |
| **Claudia Ashterman** | **59** *votes* |
| **Michelle Valentine Nieves** | **32** *votes* |
| **Stephen Pannunzio** | **4** *votes* |
| **Cassandra Thompson** | **1** *votes* |
| **Chermo Toure** | **0** *votes* |
| **VICE PRESIDENT (1)** | |
| **\*\*Brima Sylla** | **144** *votes* |
| **Rina Cummings** | **60** *votes* |
| **Ronald Boone, Jr.** | **29** *votes* |
| **SECRETARY- TREASURER (1)** | |
| **\*\*Kathleen Cole** | **148** *votes* |
| **Arlene Kingston** | **58** *votes* |
| **Felicia Reese** | **26** *votes* |
| **RECORDING SECRETARY (1)** | |
| **\*\*Sultana Hossain** | **147** *votes* |
| **Zenobia Mcrae** | **64** *votes* |
| **Ernest Blanding** | **21** *votes* |

\*\*Elected

**HONEST BALLOT HEREBY CERTIFIES** two hundred & thirty-five (235) **valid ballots** were received and tallied as to the true and accurate results of the Election of the Constitution (Bylaws) Committee.

## CONSTITUTION (BYLAWS) COMMITTEE (11)

| Candidate | Votes |
|---|---|
| **Freddy Marana | 148 votes |
| **Andres Albert | 143 votes |
| **Devora Gonzalez | 143 votes |
| **Tristian Martinez | 143 votes |
| **Novelette Russell | 142 votes |
| **Ebrima Baldeh | 141 votes |
| **Pasquale Cioffi | 141 votes |
| **Justine Medina | 141 votes |
| **David Desyree Sherwood | 141 votes |
| **Ruel Mohan | 139 votes |
| **Yesim Kayacan | 138 votes |
| Gerald Bryson | 71 votes |
| William Howard | 71 votes |
| Jordan Flowers | 68 votes |
| Lucille Nash | 67 votes |
| Lisa Curto | 66 votes |
| Kadjillom Nguemourru | 65 votes |
| Christina Prendergast | 65 votes |
| Hope Crishon | 64 votes |
| Zane Harper | 61 votes |
| Assie Jalloh | 61 votes |
| Chikodi Ochilli | 61 votes |

**Elected

HONEST BALLOT LLC

By: *Linda Gibbs*
Linda Gibbs
President

Dated: August 8, 2024
Floral Park, New York

Page 2 of 2