

# Observing the vote count

1 message

**Richard A. Levy** <rlevy@levyratner.com>  Tue, Jul 30, 2024 at 11:25 AM
To: Jeanne Mirer <jmirer@workingpeopleslaw.com>, Arthur Schwartz <aschwartz@advocatesny.com>, Connor Spence <connorspence14@gmail.com>, Claudia Ashterman <cashterman@icloud.com>, Michelle Valentin <michelle.valentin77@gmail.com>, Stephen Pannunzio <stephen.pannunzio@gmail.com>, Chermo Toure <chermotoure@gmail.com>, Cassandra Thompson <sunji3@gmail.com>
Cc: Honest Ballot <honestballot@aol.com>, Willie Burden <WBurden@teamster.org>

Dear candidates and counsel:

As you know, the count of the ballots is scheduled to take place at noon today at IBT local 210 in Staten Island. I trust you have all been notified by the union.

All candidates and observers who are present should sign in so we have a record of who is in attendance.

Please do not crowd the vote counters or interfere in any way with their work.

I know that many of you are passionate about the outcome, but I trust that everyone will act responsibly and calmly to allow this count to run smoothly. Linda Gibbs, the Director of the honest ballot Association will be present if you have questions about the procedure. Please follow her directions at all times.

I will be present by zoom in the event there are decisions to be made where the parties cannot reach agreement.

As in the final election rules sent out in June, (a) any challenges to the election must be filed with the union's recording secretary within seven days of the vote count and (b) The presumptively winning candidates —ie. those with the most votes — will take office tomorrow , July 31, 2024.

Thank you all for your anticipated cooperation.

Richard Levy, Election Monitor


Sent from my iPhone