```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. BRIMA SYLLA, et al,
                                                                        Civil Case No. 23-5261 (AMD)
                            Plaintiffs,

        -against-                                                       **ORDER CERTIFYING
                                                                        ELECTION,
AMAZON LABOR UNION, and CHRIS SMALLS,                                   DISCONTINUING THE
as President of the Amazon Labor Union,                                 CASE, AND SETTING
                                                                        ATTORNEYS FEE
                            Defendants.                                 APPLICATION SCHEDULE**
-----------------------------------------------------------------X
```

Upon the application of Arthur Schwartz, attorney for Plaintiffs, and it appearing to the Court that, in accordance with the Consent Order of January 4, 2024, and the process developed by the parties and the Neutral Monitor as per that Consent Order that

      a) The process led to an election which was conducted by mail ballot. The election was administered by the Honest Ballot Association. A Notice of Election was mailed out to the employees on the list supplied to the Neutral Monitor by Amazon, as per the Court's order of May 9, 2024, plus a list of terminated employees agreed on by the parties to this lawsuit. Ballots were mailed out on July 8, 2024. The deadline for receipt of ballots was July 29, 2024. The ballots were counted, with observers present, on July 30, 2024.

      b) That a Certification of the Election was issued by the Honest Ballot Association on August 8, 2024, and that that Certification showed that the following were elected to the Executive Officer positions: Connor Spence received the most votes for President, Dr. Brima Sylla received the most votes for Vice President, Kathleen Cole received the most votes for Secretary Treasurer, and Sultana Hossain received the most votes for Recording Secretary and that 11 members were elected to the union's Constitution/Bylaws Revision Committee.

c) In Rules issued by the Neutral Monitor, prior to the election count, after considering different proposals from counsel for the parties herein, directed that those who were the winners of the ballot count were to take office on July 31, 2024, even though election appeals could be filed for several days after that,

**THIS COURT DECLARES AND ORDERS THAT**

a) Connor Spence has been elected President of the defendant Amazon Labor Union, now known as ALU-IBT-Local 1; Brima Sylla has been elected Vice President of ALU-IBT-Local 1, Kathleen Cole has been elected Secretary Treasurer of ALU-IBT-Local 1;that Sultana Hossain has been elected Recording Secretary of ALU-IBT-Local 1 and that the following members of ALU-IBT Local 1 have been elected to the Constitution/Bylaws Revision Committee:

        Freddy Marana
        Andres Albert
        Devora Gonzalez
        Tristian Martinez
        Novelette Russell
        Ebrima Baldeh
        Pasquale Cioffi
        Justine Medina
        David Desyree Sherwood
        Ruel Mohan
        Yesim Kayacan

b) the case is discontinued, save for an Attorneys Fee application pursuant to *Hall v Cole*, 412 US 1 (1973), which must be filed on or before October 12, 2024.

Dated: New York, New York

August _____, 2024

                                                                       _____
                                                                                Ann Marie Donnelly
                                                             United States District Judge