August 13, 2024

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 04 2024 ★

BROOKLYN OFFICE

Ronald P. Boone Jr.

45 Winter Ave

Staten Island, NY 10301

Motion to Intervene in Court Case #23-52561

United States District Court

Pro Se Office

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Taryn A. Merkl

Dear Judge Merkl,

I am writing to request your consideration of my motion to intervene in the case referenced above. This motion is submitted in response to the objections raised by Arthur Swarts and any other parties seeking to prevent my intervention. My previous submission aimed to address and rebut Mr. Swarts' allegations, which I believe to be unfounded and based on hearsay.

I contend that Mr. Swarts has engaged in conduct that undermines the integrity of this court and the workers of Amazon JfK 8 . His actions, including the handling of the Amazon Labor Union leadership elections,



have been questionable. Specifically, the transition from AAA to Honest Ballots was executed without providing adequate time for Amazon workers to receive and complete their ballots. The mailing list used was outdated, covering only approximately 300 out of 8,300 eligible Amazon workers, with roughly 5,500 full-time employees.

The election process was rushed and conducted during a peak period (Prime Week), when workers were preoccupied with their demanding schedules and overtime. This timing, coupled with the outdated mailing list, calls into question the fairness and honesty of the election. Furthermore, the lack of clear rules and education about the voting process contributed to an environment that was neither democratic nor transparent.

The Amazon JFK8 workforce sought a leadership process characterized by adherence to union constitutional rules, a clear code of conduct, and an operational procedures manual. Unfortunately, the conduct of Mr. Swarts and others involved has not met these expectations. Specifically, Mr. Swarts' actions appear to violate Rule 3.1 of the New York Rules of Professional Conduct, which demands that legal practitioners act with honesty and integrity.

Given these concerns, I request that my motion to intervene be granted, allowing me to contribute to ensuring that the election process and subsequent proceedings are conducted fairly and transparently.

Thank you for your attention to this matter.

Sincerely,

*Ronald P. Boone Jr*

Ronald P. Boone Jr

## Orders on Motions

1:23-cv-05261-AMD-TAM Sylla et al v. Amazon Labor Union et al

ACO

# U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/22/2024 at 3:24 PM EDT and filed on 7/22/2024
**Case Name:** Sylla et al v. Amazon Labor Union et al
**Case Number:** 1:23-cv-05261-AMD-TAM
**Filer:**
**Document Number:** No document attached

*[handwritten annotation: "I rebut this statement" with arrow]*

**Docket Text:**
ORDER denying [82] Motion to Intervene. The Court has received the [82] letter from Ronald Boone, Jr. It appears that the letter was originally dated as May 4, 2024, and was meant to be a reply brief to the [56] opposition to his motion to intervene, which the Court denied in an [74] order on May 9, 2024. The date on this letter has been crossed out and re-dated by hand as June 24, 2024. The Court construes this letter as an untimely reply to the [56] opposition to Mr. Boone's motion to intervene.

To the extent Mr. Boone is asking the Court to reconsider its [74] May 9, 2024 decision, that motion is also denied, as it largely reiterates the arguments Mr. Boone already presented to the Court with respect to the ALU's constitution and bylaws and recommendations for voting procedures for the ALU, and in any event, does not identify any "matters... that might reasonably be expected to alter the conclusion reached by the Court." *Van Buskirk v. United Grp. of Cos.*, 935 F.3d 49, 54 (2d Cir. 2019) (quoting *Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995)); *see also* Local Civ. R. 6.3 (providing that the moving party must "set[ ] forth concisely the matters or controlling decisions which [he] believes the Court has overlooked"). Ordered by Judge Ann M. Donnelly on 7/22/2024. (HA)

**1:23-cv-05261-AMD-TAM Notice has been electronically mailed to:**

Arthur Z. Schwartz    aschwartz@afjlaw.com

Jonathan A. Bernstein    jb@lijblaw.com

Patrick L. Robson    probson@hunton.com, bmulder@hunton.com

Michael B. Kruse    mkruse@hunton.com

Jeanne Ellen Mirer    jmirer@workingpeopleslaw.com, admin@mmsjlaw.com, kamara@mmsjlaw.com, mirerfam@earthlink.net, phil@mmsjlaw.com, rjulien@mmsjlaw.com

Ronald P Boone Jr
45 Winter Ave
Staten Island NY 10301

NEW YORK NY 100
28 AUG 2024 PM 6  L

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  SEP 0  2024  ★
BROOKLYN OFFICE

United States District Court
Pro Se Office
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

USPS

11201-183299