UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. BRIMA SYLLA, et al,

                            Plaintiffs,

-against-

AMAZON LABOR UNION, and CHRIS SMALLS,
as President of the Amazon Labor Union,

                            Defendants.
-----------------------------------------------------------------X

Civil Case No. 23-5261 (AMD)

**ORDER DISMISSING THE ACTION, AND SETTING ATTORNEYS FEE APPLICATION SCHEDULE**

Upon the application of Arthur Schwartz, attorney for Plaintiffs, and it appearing to the Court that, in accordance with the Consent Order of January 4, 2024, and the process developed by the parties and the Neutral Monitor as per that Consent Order that

    a) The process led to an election which was conducted by mail ballot. The election was administered by the Honest Ballot Association. A Notice of Election was mailed out to the employees on the list supplied to the Neutral Monitor by Amazon, as per the Court's order of May 9, 2024, plus a list of terminated employees agreed on by the parties to this lawsuit. Ballots were mailed out on July 8, 2024. The deadline for receipt of ballots was July 29, 2024. The ballots were counted, with observers present, on July 30, 2024.

    b) That a Certification of the Election was issued by the Honest Ballot Association on August 8, 2024, and that that Certification showed that the following were elected to the Executive Officer positions: Connor Spence received the most votes for President, Dr. Brima Sylla received the most votes for Vice President, Kathleen Cole received the most votes for Secretary Treasurer, and Sultana Hossain received the most votes for Recording Secretary and that 11 members were elected to the union's Constitution/Bylaws Revision Committee.

c) In Rules issued by the Neutral Monitor, prior to the election count, after considering different proposals from counsel for the parties herein, directed that those who were the winners of the ballot count were to take office on July 31, 2024, and that, in fact, they have taken office;

And it further appearing that there remain no other issues for the parties to litigate other than an application for attorneys fees by Plaintiffs' counsel;

IT IS HEREBY ORDERED

That this action, as stated in the First Amended Complaint, is dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and it is further

ORDERED that Plaintiffs' Counsel have leave to file an application for attorneys fees, and will do that within 60 days of the date that this Order is entered.

Dated: New York, New York
November 22, 2024

s/Ann M. Donnelly
_____
ANN M. DONNELLY
United States District Judge