

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

January 31, 2025

By ECF

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Sylla v. Amazon Labor Union
               23 Civ. 05261
               Consent Motion to Extend Time to File Attorneys' Fee Application

Dear Judge Donnelly:

    On November 22, 2024, the Court, with consent of Defendant, issued an Order of Dismissal which allowed Plaintiffs to file an attorneys' fee application within 60 days.

    I have spent much of the last three weeks dealing first with the flu and then with COVID. I request an additional 60 days to file the attorneys' fee application, which would be March 22, 2025.

    The Defendant consents.

    Thank you for your consideration.

                            Respectfully submitted,

                            *Arthur Z. Schwartz*

                            Arthur Z. Schwartz

cc:    Louie Nikolaidis, Esq. (by ECF)