UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

DR. BRIMA SYLLA, et al.,                      Civil Case No. 23-5261 (AMD)

                    Plaintiffs,          **NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS FEES**

             -against-

AMAZON LABOR UNION, and CHRIS SMALLS,
as President of the Amazon Labor Union,

                    Defendants.

------------------------------------------------------------------- X

       Upon the annexed Declaration of Arthur Z. Schwartz, dated March 22, 2025, and the record in this case, Plaintiffs shall move this Court, April 14, 2025, or at such other time and date as may be set by the Court, for an Award of Attorney's Fees and Costs, pursuant to *Hall v Cole*, 412 US 1 (1973), against Defendant Amazon Labor Union, now known as ALU-IBT Local 1, in the sum of $ 132,738.75, and costs in the sum of $500.        .

ated:    New York, New York
          March 22, 2025

                                                        ADVOCATES FOR JUSTICE,
                                                        CHARTERED ATTORNEYS
                                                        *Attorneys for Plaintiffs*

                                                        By:      /s/ *Arthur Z. Schwartz*
                                                               Arthur Z. Schwartz
                                                        225 Broadway, Suite 1902
                                                        New York, New York 10007
                                                        (212) 285-1400
                                                        aschwartz@afjlaw.com

To: Counsel for Defendants (by ECF)