| Date | Description | Time |
|---|---|---|
| 5/16/2023 | Initial discussion with Spence | 1.15 |
| 5/16/2023 | Review ALU Constitution | 0.50 |
| 5/17/2023 | Review history and create timeline with Spence | 5.25 |
| 5/18/2023 | Create timeline | 2.25 |
| 5/23/2023 | Review 2022 LM2 Report | 0.50 |
| 5/23/2023 | Review and revise dateline | 1.50 |
| 6/21/2023 | Draft Complaint | 4.50 |
| 6/22/2023 | Draft Complaint | 5.25 |
| 6/23/2023 | Draft Memo of Law for TRO and PI | 4.75 |
| 6/24/2023 | Draft Memo of Law for TRO and PI | 6.25 |
| 6/25/2023 | Draft Spence Declaration | 3.75 |
| 6/26/2023 | Revise complaint; draft Schwartz declaration | 3.25 |
| 6/27/2023 | Revise Memo of Law; draft OSC | 2.75 |
| 7/5/2023 | Revise Complaint, Memo of Law, Spence Declaration | 5.50 |
| 7/6/2023 | Draft letter to R. Singla and J. Mirer | 0.75 |
| 7/7/2023 | Review Caucus email to Union | 0.50 |
| 7/9/2023 | Review Ashterman email and Boone email | 0.75 |
| 7/9/2023 | Review Petition demanding election | 0.75 |
| 7/9/2023 | Review Mirer letter to AZS (Rule 11) | 1.00 |
| 7/10/2023 | Complete Complaint | 0.50 |
| 7/10/2023 | Complete Decl. of Connor Spence | 0.50 |
| 7/10/2023 | Complete Decl. of AZS | 0.35 |
| 7/10/2023 | Complete Memo of Law | 1.15 |
| 7/10/2023 | Complete OSC | 0.25 |
| 7/10/2023 | Prepare Summonses | 0.25 |
| 7/11/2023 | Review C. Spence points responding to Mirer letter | 0.75 |
| 7/11/2023 | Review Rule 11 Notice of Motion, Order from Judge Donnelly; draft letter to Singla and Mirer; draft leter to Judge Donnelly | 2.75 |
| 7/11/2023 | Review Court Order | 0.25 |
| 7/11/2023 | Revise Complaint; file 1st Amended Complaint | 1.25 |
| 7/11/2023 | Review Mirer letter to Judge Donnelly | 0.35 |
| 7/12/2023 | Letter to Judge Donnelly | 0.75 |
| 7/12/2023 | Review Judge Donnelly Order and serve on Mirer by letter | 1.00 |
| 7/12/2023 | Correct AZS Declaration; review Singla Affirmation | 1.25 |

| Date | Description | Time |
|---|---|---|
| 7/13/2023 | Prepare 2nd Declaration of Conner Spence with Exhibits L-P | 2.15 |
| 8/7/2023 | Review Singla Pre-Motion letter re dismissal | 1.00 |
| 8/8/2023 | Letter to Judge Donnelly re 2nd Amended Complaint | 1.00 |
| 8/12/2023 | Review Cassio Mendoza Declaration | 0.75 |
| 8/14/2023 | Letter to Judge Donnelly re Mendoza filing | 1.25 |
| 8/14/2023 | Draft K. Cole Declaration, C. Spence Declaration, B. Sylla Declaration | 3.75 |
| 8/15/2023 | Draft 2nd Amended Complaint | 4.25 |
| 8/15/2023 | Draft Restated Motion for a P.I. | 1.25 |
| 8/15/2023 | Review K. Cole memo (3 pages) | 1.00 |
| 10/12/2023 | Review Order granting leave to file 2nd Amended Complaint | 0.50 |
| 10/15/2023 | Revise "First" (2nd) Amended Complaint | 1.50 |
| 10/17/2023 | Review and revise draft of Joint Letter to Judge Donnelly | 1.75 |
| 10/20/2023 | Letter to Mag. Merkl | 1.15 |
| 10/21/2023 | Draft Demand letter - Spence to Smalls | 1.25 |
| 10/29/2023 | Revise "First" (2nd) Amended Complaint | 1.25 |
| 10/29/2023 | Prepare Declarations of AZS, C. Spence, K. Coles, M. Valentine-Nieves | 2.25 |
| 11/1/2023 | Letter to Mag. Merkl | 1.00 |
| 11/2/2023 | Meeting with Mag. Merkl | 3.00 |
| 11/7/2023 | Review Mirer letter to Judge Donnelly re Motion to Disqualify and research | 2.50 |
| 11/8/2023 | Research disqualification issues | 2.25 |
| 11/9/2023 | Letter to Mag. Merkl | 1.75 |
| 11/9/2023 | Draft two versions of proposed Consent Orders | 2.25 |
| 11/16/2023 | Letter to Mag. Merkl | 1.00 |
| 11/17/2023 | Review Mirer draft of Settlement; meeting with R. Mirer | 2.25 |
| 11/21/2023 | Letter Opposition to Motion to Disqualify | 2.50 |
| 11/21/2023 | Letter to Mag. Merkl re sealing | 1.75 |
| 11/21/2023 | Letter to Mag. Merkl re Def. Draft Settlement | 1.50 |
| 11/22/2023 | Letter to Mag. Merkl re sealing | 1.00 |
| 11/24/2023 | Letter to Mag. Merkl re schedule | 0.75 |
| 11/25/2023 | Redact letter of 11/20; correct redactions; file redacted letter | 0.65 |
| 11/25/2023 | Prepare settlement report | 2.00 |
| 11/27/2023 | Letter to Mag. Merkl re schedule | 0.35 |
| 11/27/2023 | Letter to Mag. Merkl re sealing of filing | 0.50 |
| 12/8/2023 | Conference with Mag. Merkl | 10.00 |

| Date | Description | Time |
|---|---|---|
| 12/13/2023 | Draft Consent Order | 2.25 |
| 12/16/2023 | Review Mirer letter; letter to Mag. Merkl | 1.65 |
| 12/20/2023 | Letter to Mag. Merkl | 1.00 |
| 12/21/2023 | Conference with Mag. Merkl | 1.25 |
| 12/29/2023 | Letter to Mag. Merkl | 1.00 |
| 1/3/2024 | Review ALU revision of Consent Agreement | 0.50 |
| 1/4/2024 | Prepare edits to Consent Agreement | 0.50 |
| 1/4/2024 | Final draft of Consent Agreement | 0.50 |
| 1/5/2024 | Letter to Mag. Merkl with signed Consent Agreement | 0.75 |
| 2/26/2024 | Letter to Mag. Merkl about potential need for All Writs Act order | 1.50 |
| 3/12/2024 | Letter to Judge Donnelly re Nieves Motion to Intervene | 1.25 |
| 4/1/2024 | Letter to Mag. Merkl re Motion to Intervene | 1.75 |
| 4/3/2024 | Review Mirer letter re cancelling Consent Decree | 0.75 |
| 4/4/2024 | Letter to Mag. Merkl re Mirer/Smalls effort to postpone nominations | 1.25 |
| 4/13/2024 | Draft All Writs Act OSC, AZS Declaration, Memo of Law | 6.75 |
| 4/14/2024 | All Writs Act Memo of Law | 4.50 |
| 4/15/2024 | Finalize and file All Writs Act OSC, Declaration of AZS, Memo of Law | 3.75 |
| 4/20/2024 | Review Mirer Motion to Enforce Subpoena | 1.15 |
| 4/22/2024 | Draft Aff. of Service | 1.00 |
| 4/22/2024 | Review Robson opposition and research | 2.25 |
| 4/24/2024 | Letter to Judge Donnelly re Nieves Motion to Intervene | 1.25 |
| 4/25/2024 | All Writs Argument - EDNY | 4.50 |
| 5/2/2024 | Review Amazon brief opposing All Writs Act Motion; research and draft response | 3.65 |
| 5/3/2024 | Respond to Amazon by letter to Judge Donnelly | 2.65 |
| 5/9/2024 | Review All Writs Decision, review Intervention Decision | 0.75 |
| 5/12/2024 | Review Amazon Motion to Reconsider | 1.00 |
| 5/13/2024 | Respond to Motion to Reconsider | 2.45 |
| 5/13/2024 | Review Reconsideration Decision | 0.65 |
| 6/21/2024 | Review Letter Motion for a P.I. and Mirer supporting letter; respond to Judge Donnelly by letter | 4.65 |
| 10/11/2024 | Conference with Judge Donnelly | 1.00 |
| 10/16/2024 | Letter to Judge Donnelly seeking Dismissal, Leave to File Fee Application; draft Order | 1.50 |
| 3/23/2025 | Draft Attorneys Fee Application | 6.75 |

| Date | Description | Time |
|---|---|---|
| 3/24/2025 | Draft Attorneys Fee Application | 5.25 |
|  |  |  |
|  | **Total hours:** | **196.65** |