# JULIEN, MIRER & ASSOCIATES, PLLC

ATTORNEYS AT LAW
300 CADMAN PLAZA WEST 12TH FLOOR
BROOKLYN, NEW YORK 11201

JEANNE MIRER          TELEPHONE: (212) 231-2235          RIA JULIEN
HEATHER RAMIREZ         FACSIMILE: (646) 219-0946

April 13, 2025

*VIA ECF*

Honorable Judge Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

                Re: Sylla et. al v Amazon Labor Union et. al.
                     Case No. 23-cv-05261
                     Letter Motion for Extension of Time to Respond
                     To Mr. Schwartz's Motion for Attorney's Fees

Dear Honorable Judge Donnelly:

On March 24, 2025, Mr. Schwartz filed a motion to be awarded Attorney Fees in the above referenced case. [D.E. 92]. He had previously filed a letter motion for a sixty-day extension to file his motion which was granted. [D. E. 91]

The notice of motion was set for April 14, 2025.

This request for a two-week extension is based on the circumstances which have changed considerably since the time this case was filed. More specifically, I no longer represent the local union which was an original defendant.

As this Court is aware, when the case was filed the Amazon Labor Union and Christian Smalls were Defendants. Prior to the internal union office election, the Amazon Labor Union affiliated with the International Brotherhood of Teamsters to become ALU-IBT Local 1. After the election in July of 2024 the leadership of the union changed hands so that persons who were formerly Plaintiffs are now the leaders of the Defendant Union and it is the union's treasury now run by Mr. Schwartz's clients (or possibly former clients) and from whom he is seeking fees. If he was already paid for his work, such a request would be double-dipping.

While my firm is no longer General Counsel to the union, at the request of the Teamster's General Counsel, I have been tasked with representing ALU-IBT Local 1 on Unfair Labor Practices and other litigation extant at the time of the election.

When Mr. Schwartz's fee petition was filed, I forwarded it to the Teamsters' General Counsel, Mr. David Suetholz, who said he would discuss it with the current union president Mr. Connor Spence as to how the local union wanted to handle the matter. I heard late last week, that Mr. Suetholz had finally spoken to Mr. Spence, and Mr. Spence claimed he was unaware that Mr. Schwartz was seeking attorney's fees in an amount of $132,000 from the union's coffers. Mr. Spence said he would talk to Mr. Schwartz. As of this writing there has been no response from Mr. Spence.

If Mr. Spence is telling the truth to Mr. Suetholz, it would appear Mr. Schwartz had not informed the current union leadership of his intentions to seek fees and/or the amount of fees he is seeking which would explain why the union has not filed anything in this Court regarding this issue.

Although I do not represent the Local Union defendant under the new leadership, I still represent Mr. Smalls. In light of the union's inaction, and the fact that the premise of the petition (that Mr. Smalls made a unilateral change to the union constitution as to the timing of an officer election) is a known falsehood, I seek a two-week extension to file an opposition.

Although Mr. Schwartz claimed that defendants had no opposition to his request for an extension, I do not recall that he asked me. Nonetheless, I have not had the opportunity to discuss this matter with Mr. Schwartz, but I assume he would oppose this request. Under the circumstances, a two-week extension I believe is fair and reasonable and request the Court grant the request.

                              Respectfully submitted
                                      /s/
                              Jeanne Mirer

Cc: Mr. David Suetholz, General Counsel, IBT