UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DR. BRIMA SYLLA, et al,

                Plaintiffs,

-against-

AMAZON LABOR UNION, and CHRIS SMALLS,
as President of the Amazon Labor Union,

                Defendants.
----------------------------------------------------------------X

Civil Case No. 23-5261

**REPLY DECLARATION OF ARTHUR SCHWARTZ IN SUPPORT OF MOTION FOR ATTORNEYS FEES**

ARTHUR SCHWARTZ declares as follows under the penalties of perjury.

1. I submit this declaration in response to the factual assertions made in the Memorandum of Law filed by Jeane Mirer opposing our attorneys fee application.

2. **Plaintiffs were successful litigants.** I will not repeat what we stated in my prior declaration. What we need to do here is respond to Attorney Mirer's wholly inaccurate description of what happened.

    a**.** A Motion for a Preliminary Injunction was never denied. On July 13, 2023, plaintiffs appeared with a proposed Order to Show Cause (Docket #2) which sought a Temporary Restraing Order. The TRO sought was "that pending a hearing on this application, defendants, their agents, and attorneys, are temporarily restrained and enjoined from acting to discipline or retaliate against any Plaintiff in this matter." The TRO was denied and the Court set a briefing schedule on a Motion for a Preliminary Injunction. It was to be filed by August 14, 2023.

    b. On August 14, 2023, Plaintiffs sought leave to file a Second Amended Complaint. See Docket No. 26. The Court granted that motion on October 12, 2023, and directed Plaintiffs to file their Second Amended Complaint by October 31, 2023. Plaintiffs had supplied a copy of their pleading to Defendant, who on October 12, 2023, moved to have the Second Amended Complaint filed under seal because of the nature of

the additional allegations included in that pleading. See Docket No. 28. That same day the Court Ordered the Second Amended complaint to be filed under seal.

    c. We attach as Exhibit B the Prayer for Relief in the Second Amended Complaint which was filed under seal. We have omitted the material that Plaintiff wanted sealed. The Prayer for Relief sought the following:

> 1. *Enter an order, pursuant to Rule 65 of the Federal Rules of Court Procedure, directing defendant Amazon Labor Union, its agents, and employees, and Chris Smalls, as President of ALU, pending trial of this matter,*
>     a) *to conduct a membership meeting which would allow the members of the Defendant Union to vote on a resolution, annexed as Exhibit A, amending the Constitution of the Amazon Labor Union;*
>     b) *to hold that meeting on or before November 15, 2023;*
>
>     c) *to hold that meeting at a time, date and location which would allow the broadest possible attendance by members of the Defendant Union; and*
>     d) *to allow individuals to speak and vote at that meeting who are workers in every job category, classification of Amazon, Inc, in Staten Island, New York and who sign membership cards to join the Amazon Labor Union;*
>     2. (c) *Directing the ALU and Chris Smalls as ALU President to conduct an election of the members of the ALU, under supervision of a Master appointed by the Court, should the members vote at a membership meeting called to consider amending the Constitution of ALU in a manner which would require an election of officers;*

    d. After both parties filed a Consent to allow the Magistrate to exercise jurisdiction, a joint letter was sent to Magistrate Merkl seeking immediate settlement negotiations. See Docket No. 30.

    e. Those settlement negotiations resulted in a Consent Order, Docket No. 46. That Consent Order provided for a vote by the members about whether to have an election. And when they voted to have the election, the election was held under the supervision of a Neutral Monitor appointed by the Court.

    f. During the election process Attorney Mirer attempted to have the Consent Order vacated (see Docket Nos. 57, and 58 and the Court's on the record admonishment on April 25, 2025.

g. The election was successfully completed, and new officers were elected. The Plaintiffs were 100% successful.

**3**. **My Retainer.** Attorney Mirer makes much of my failure to attach a retainer . All that occurred here was a list signed by Plaintiffs stating: I wish to be a Plaintiff in a lawsuit seeking to cause an election to be held in ALU, and authorize Advocates for Justice, Chartered Attorneys to be my attorney." All understood that fees would be sought, if we were successful, from the union. There were no other arrangements made. Attorney Mirer's hearsay assertions about arrangements I have made in other cases have no basis in reality. As Ex. C I have attached the 117 reported decisions in intra union cases I have litigated. I have never made an arrangement where I would become union counsel if my clients won an election, and such a deal was never made here. In fact, I collected attorneys fees in Schermerhorn v. Loc. 100, Transp. Workers Union of Am., No. 93 CIV. 6686 (LAP), 1995 WL 677092 (S.D.N.Y. Aug. 17, 1995), aff'd sub nom. Schermerhorn v. Loc. 100, Transp. Workers Union of Am., AFL-CIO, 91 F.3d 316 (2d Cir. 1996), New Directions v. Seda, No. 94 CIV. 7663 (HB), 1995 WL 547089 (S.D.N.Y. Sept. 13, 1995); and Schermerhorn v. Loc. 100, Transp. Workers Union of Am., No. 93 CIV. 6686(LAP), 1996 WL 79334 (S.D.N.Y. Feb. 23, 1996), and went on to become General Counsel of the Union, without having to sacrifice the fees awarded.

**4**. **Fee Rate and Hours Sought**. Other than asserting that my clients were not the prevailing parties, Attorney Mirer does not challenge the hourly rate we seek ($675 per hour) or the number of hours we seek fees for (196.65 hours of work), This is a concession both about the rate, and that the hours we seek compensation for were fairly calculated. As the Court may recall, we seek no fees for the unsuccessful TRO Motion, and for work done during the election period, other than in the All-Writs Act application which got the union the mailing list which it used to hold the election.

Dated: New York, New York
May 18, 2025

                                          /s/ *Arthur Schwartz*
                                          Arthur Schwartz