UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DR. BRIMA SYLLA, CONNOR SPENCE, DAVID-DESYRÉE SHERWOOD, KATHLEEN COLE, SULTANA HOSSAIN, TRISTIAN MARTINEZ, JUSTINE MEDINA, BRETT DANIELS, RUEL MOHAN, ROB MCDONALD, PASQUALE CIOFFI, SAM BOWMAN, JOE LUCCHESE, ROBERT PECORARO, YACKISHA NEBOT-LOPEZ, AIDE ESTUDILLO, BRIANA ANDERSON, NAQUASIA ROWLAND, TAMIA CAMPBELL, JENNIFER SCHOFIELD, MICHAEL RIVERA, CHRISTIAN MOHANSINGH, JAMES BARDO, ABDULA DIALLO, IBRAHIM BALDE, FELICIA REESE, IGOR MABIKA, MICHAEL LOPEZ, NICHOLAS FERRUGIARO, ABDULLAH SESAY, KAREEM LINDSAY, LILLIAN LOPEZ, TREMAYNE YOUNGBLOOD, ALI GIGNI, MANNY THOMPSON, RJEEN RODRIGUEZ, SIMONE SUE, LATIFAH X, COMRAD BROWN, JORDAN SILVEIRA, RICHARD COTTO, DEYANIRIS MOTE, JESSICA EDMONDS, KIMBERLY MERISE, BIANCA BUTLER, MICHAEL ANTONIO, MARK JOHNSON, CRAIG AYALA, JOHN PHILIP, LASALLE DELLA ROCA, CHRIS KOKO, CHRISTINA JIMMY, CHARLES JOHNSON, CHRIS PHILIP, AHMED BOBACAR, CATY RIDREGO, DURVIS SAINT LUIS, KEVIN BERTMAN, AALIYA DIAMOND, MOHAMED AWES, ALI DAWUD, FRED FIBIO, ISMAEL MENDOZA, BRIANA PACHECO, JAYSHAWN BAZEMORE, AMANI CLAUDIA, CHRISTOPHER WHRIGHT, EZEKIEO BENSON, ETHAN COPER, JOSEPH DEJESUS, ISOLA OKUNU, ARIANA JOHNSON, MOSTEP STEP, ABAYOMI "BAYOU" ABIMBOLA, GABRIEL WEBBS, ALIYYAN AZIZ, EMMANUEL JEAN, ANTOINETTE GRAY, DON ELIJAH, ERIC HARRIS, RONDU JOHN, NICOLE FLORES, MERLDON GUSTAVE, MOHAMED GACK, JOE JOHNSON, and ADRIAN JOHN,

       Plaintiffs,

Civil Case No. 23-5261 (AMD)

**SECOND AMENDED**
**VERIFIED COMPLAINT**

-against-

AMAZON LABOR UNION, CHRIS SMALLS, individually and as President of the Amazon Labor Union, and THE CONGRESS OF ESSENTIAL WORKERS

                        Defendants.

-------------------------------------X

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that the Court:

1. Enter a Temporary Restraining Order directing that pending a hearing on this application, defendant, its agents, and attorneys be temporarily restrained and enjoined from removing Michelle Valentin-Nieves as Vice President of the ALU.

2. Enter an order, pursuant to Rule 65 of the Federal Rules of Court Procedure, directing defendant Amazon Labor Union, its agents, and employees, and Chris Smalls, as President of ALU, pending trial of this matter,

    a) to conduct a membership meeting which would allow the members of the Defendant Union vote on a resolution, annexed as Exhibit A, amending the Constitution of the Amazon Labor Union;

    b) to hold that meeting on or before November 15, 2023;

    c) to hold that meeting at a time, date and location which would allow the broadest possible attendance by members of the Defendant Union; and

    d) to allow individuals to speak and vote at that meeting who are workers in every job category, classification of Amazon, Inc, in Staten Island, New York and who sign membership cards to join the Amazon Labor Union;

  e) to reverse any actions taken to remove Plaintiffs from membership;

  f) to reinstate Michelle Valentin-Nieves as the Vice President of the Amazon labor Union;

  g) to allow plaintiffs to examine the books and records of the defendant Amazon Labor Union.

3. Enter Judgment

  a. Declaring that all individual workers in every job category, classification of Amazon, Inc, in Staten Island, New York, are members of the Amazon Labor Union, so long as they signed a membership card within the prior year, without having to have paid, or pay dues;

  b. Directing the Amazon Labor Union to cease governing ALU pursuant to the\ Amended Constitution adopted in or about December 2022, and to conduct the affairs of the defendant ALU in accordance with the Amended Constitution adopted in June 2022, and, if amended, with the amendments adopted in 2023 subsequent to the filing of this action.

  c. Directing the ALU and Chris Smalls as ALU President to conduct an election of the members of the ALU, under supervision of a Master appointed by the Court, should the members vote at a membership meeting called to consider amending the Constitution of ALU in a manner which would require an election of officers;

  d. Directing

|  |  |  |
|---|---|---|
| | e. | Directing |
| | f. | Declaring |
| | g. | Awarding costs and attorneys fees. |
| | h. | Granting such other relief as is just and |

equitable.

Dated: New York, New York
October 11, 2023

ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
*Attorneys for Plaintiffs*

By: /s/ *Arthur L. Schwartz*
        Arthur Z. Schwartz
225 Broadway, Suite 1902
New York, New York 10007
(212) 285-1400
aschwartz@afjlaw.com