# Federal Intra-Union Dispute Cases Reported Decisions – Arthur Schwartz

Sylla v. Amazon Lab. Union, No. 23-CV-05261 (AMD) (TAM), 2024 WL 2081805 (E.D.N.Y. May 9, 2024)

Sylla v. Amazon Lab. Union, No. 23-CV-05261 (AMD) (TAM), 2024 WL 2079601 (E.D.N.Y. May 9, 2024)

Agramonte v. Loc. 461, Dist. Council 37, Am. Fed'n of State, Cnty. & Mun. Emps., 41 N.Y.3d 483, 236 N.E.3d 162 (2024)

Harris v. Loc. 3, Int'l Bhd. of Elec. Workers, No. 22CV6612RPKJRC, 2024 WL 1367964 (E.D.N.Y. Mar. 31, 2024)

Mason v. Dist. Council 1707, Am. Fed'n of State, Cnty. & Mun. Emps., No. 21-CV-9382 (VSB), 2023 WL 7043226 (S.D.N.Y. Oct. 26, 2023)

Pruter v. Loc. 210, Int'l Bhd. of Teamsters, No. 15 CIV. 1153 (AT), 2021 WL 3542299 (S.D.N.Y. Aug. 11, 2021)

Pruter v. Loc. 210, Int'l Bhd. of Teamsters, No. 15 CIV. 1153 (AT), 2020 WL 777333 (S.D.N.Y. Feb. 18, 2020)

Caldarera v. Int'l Longshoremen's Ass'n, Loc. 1, 765 F. App'x 483 (2d Cir. 2019)

Acosta v. Loc. 101, Transp. Workers Union of Am. AFL-CIO, 339 F. Supp. 3d 80 (E.D.N.Y. 2018)

Caldarera v. Int'l Longshoremen's Ass'n, Loc. 1, No. 17-CV-1414 (VEC), 2018 WL 3242269 (S.D.N.Y. July 3, 2018

Caldarera v. Int'l Longshoremen's Ass'n, Loc. 1, No. 17-CV-1414 (VEC), 2017 WL 6397747 (S.D.N.Y. Dec. 13, 2017)

Pruter v. Loc. 210 's Pension Tr. Fund, No. 15 CIV. 1153 (AT), 2017 WL 6513648 (S.D.N.Y. Dec. 8, 2017)

Troman v. Am. Fed'n of State, Cnty. & Mun. Emps., No. 16-CV-6948 (JPO), 2017 WL 2881154 (S.D.N.Y. July 6, 2017)

Pruter v. Loc. 210's Pension Tr. Fund, 858 F.3d 753, 756 (2d Cir. 2017)

Hosokawa v. Screen Actors Guild-Am., Fed'n of Television & Radio, Artists, 234 F. Supp. 3d 437, 439 (S.D.N.Y. 2017

Troman v. Am. Fed'n of State, No. 16-CV-6948 (JPO), 2016 WL 5940924 (S.D.N.Y. Oct. 13, 2016

Pruter v. Loc. 210's Pension Tr. Fund, No. 15 CIV. 1153(AT), 2016 WL 908303 (S.D.N.Y. Feb. 8, 2016), aff'd in part, vacated in part, 858 F.3d 753 (2d Cir. 2017)

Khan v. Cassar, No. 12-CV-6010, 2012 WL 6674432, (E.D.N.Y. Dec. 21, 2012)

Fort v. Am. Fed'n of State, Cnty. & Mun. Emps., 375 F. App'x 109, 110 (2d Cir. 2010)

Commer v. McEntee, No. 00 CIV 7913 RWS, 2006 WL 3262494 (S.D.N.Y. Nov. 9, 2006)

Roberts v. Markey, No. 04 CIV. 7671 (DLC), 2006 WL 770485 (S.D.N.Y. Mar. 27, 2006)

Transp. Workers Union of Am., AFL-CIO v. Transp. Workers Union of Greater New York, Loc. 100, 377 F. Supp. 2d 440 (S.D.N.Y. 2005)

Quinn v. Chiofalo, No. 03 CV 1312 (ARR), 2003 WL 22952859 (E.D.N.Y. Aug. 26, 2003)

Cunningham v. Loc. 30, Int'l Union of Operating Eng'rs, AFL-CIO, No. 99 CIV. 10965 (MBM), 2000 WL 1219418 (S.D.N.Y. Aug. 28, 2000)

Gee ex rel. Members of Textile Processors, Serv. Trades, Health Care, Pro. & Tech. Emps. Int'l Union v. Textile Processors, Serv. Trades, Health Care, Pro. & Tech. Emps. Int'l Union, No. 99 C 3577, 2000 WL 336559 (N.D. Ill. Mar. 28, 2000)

Commer v. Keller, 64 F. Supp. 2d 266, 273 (S.D.N.Y. 1999)

Craig v. Boudrot, 40 F. Supp. 2d 494 (S.D.N.Y. 1999)

London v. Polishook, 189 F.3d 196 (2d Cir. 1999)

United States v. Int'l Bhd. of Teamsters, 159 F.3d 757 (2d Cir. 1998)

Members For a Better Union v. Bevona, 152 F.3d 58 (2d Cir. 1998)

Guzman v. Loc. 32B-32J, Serv. Emps. Int'l Union, AFL-CIO, 151 F.3d 86 (2d Cir. 1998)

Bentivegna v. Bevona, No. 97 CIV. 1989 (RPP), 1998 WL 78169 S.D.N.Y. Feb. 24, 1998)

Members for a Better Union v. Bevona, 972 F. Supp. 240, 241 (S.D.N.Y. 1997

Bernard v. Loc. 100, Transp. Workers Union of Am., AFL-CIO, 112 F.3d 67 (2d Cir. 1997)

Schermerhorn v. Loc. 100, Transp. Workers Union AFL-CIO, 91 F.3d 316 (2d Cir. 1996)

Negrin v. Short, No. 96 CIVIL 112 (DLC), 1996 WL 349166, (S.D.N.Y. May 16, 1996)

Pierce v. Bahr, No. CIV.A. 96-0680(RCL), 1996 WL 33675196 (D.D.C. May 9, 1996)

Schermerhorn v. Loc. 100, Transp. Workers Union of Am., No. 93 CIV. 6686(LAP), 1996 WL 79334 (S.D.N.Y. Feb. 23, 1996)

Lewis v. Tuscan Dairy Farms, Inc., 907 F. Supp. 740 (S.D.N.Y. 1995), aff'd sub nom. Lewis v. Whelan, 99 F.3d 542 (2d Cir. 1996)

New Directions v. Seda, No. 94 CIV. 7663 (HB), 1995 WL 547089 (S.D.N.Y. Sept. 13, 1995)

Guzman v. Loc. 32B-32J, Serv. Emps. Int'l Union, AFL-CIO, 72 F.3d 260 (2d Cir. 1995)

Schermerhorn v. Loc. 100, Transp. Workers Union of Am., No. 93 CIV. 6686 (LAP), 1995 WL 677092 (S.D.N.Y. Aug. 17, 1995), aff'd sub nom. Schermerhorn v. Loc. 100, Transp. Workers Union of Am., AFL-CIO, 91 F.3d 316 (2d Cir. 1996)

Bernard v. Loc. 100, Transp. Workers Union of Am., 873 F. Supp. 824 (S.D.N.Y. 1995

New Directions v. Seda, 867 F. Supp. 242 (S.D.N.Y. 1994)

Moran v. Flaherty, No. 92 CIV. 3200 (PKL), 1993 WL 60898, at *1 (S.D.N.Y. Feb. 26, 1993)

Martin v. Loc. 101, Transp. Workers Union, AFL-CIO, No. CV 91-1871 (RJD), 1992 WL 394175 (E.D.N.Y. Dec. 9, 1992)

Alier v. Tuscan Dairy Farms, Inc., 979 F.2d 946 (2d Cir. 1992)

Moran v. Flaherty, No. 92 CIV. 3200 (PKL), 1992 WL 276913 (S.D.N.Y. Sept. 25, 1992)

Kirrane v. Transp. Workers Union of Am., 781 F. Supp. 1044 (S.D.N.Y. 1992)

Moran v. Walsh, 759 F. Supp. 1067 (S.D.N.Y. 1991)

Helmer v. Briody, 759 F. Supp. 170, 178 (S.D.N.Y. 1991)

Cotter v. Helmer, 1990 WL 103980 (S.D.N.Y. July 17, 1990)

Helmer v. Briody, 721 F. Supp. 498 (S.D.N.Y. 1989)

Wolfson v. Newspaper & Mail Deliverers' Union of New York & Vicinity, 713 F. Supp. 700 (S.D.N.Y. 1989)

Members for a Democratic Union v. Loc. 1101, Commc'ns Workers of Am., AFL-CIO, 697 F. Supp. 771 (S.D.N.Y. 1988)

Cotter v. Helmer, 692 F. Supp. 319, 319 (S.D.N.Y. 1988)

Mallack v. Loc. 805, Int'l Bhd. of Teamsters, Chauffeurs, Warehousemen & Helpers of Am., 690 F. Supp. 276 (S.D.N.Y. 1988

Legutko v. Loc. 816, Int'l Bhd. of Teamsters, 606 F. Supp. 352 (E.D.N.Y. 1985), aff'd, 853 F.2d 1046 (2d Cir. 1988)

Tobin v. Barry, 678 F. Supp. 1018 (S.D.N.Y. 1987)

Casella v. D'Inzillo, No. 80 CIV. 3619 (CES), 1987 WL 109101 (S.D.N.Y. Mar. 18, 1987)

Maoilo v. Klipa, 655 F. Supp. 1139 (W.D. Pa. 1987)

Agola v. Hagnar, No. CV 82-0013, 1986 WL 15734 (E.D.N.Y. Aug. 19, 1986)

Harte v. McGuiness, No. 86 CIV. 4538 VLB, 1986 WL 223602 (S.D.N.Y. June 13, 1986)

Rivera v. Feinstein, 636 F. Supp. 159 (S.D.N.Y. 1986)

Testa v. Gallagher, 621 F. Supp. 476, 478 (S.D.N.Y. 1985)

Fight Back Comm v Gallagher No.83 CIV. 8121 (RJW), 1985 WL 56757 (SDNY.Aug.16, 1985)

Cotter v. Owens, No. 83 CIV. 1431 (RJ, 1985 WL 56751 (S.D.N.Y. July 31, 1985)

Mcafee v. Loc. 1, Util. Workers Union of Am., No. 84 CIV. 5885 (RJ, 1985 WL 56754 (S.D.N.Y. July 31, 1985)

Agola v. Hagner, No. 82-CV-0013, 1985 WL 5755 (E.D.N.Y. Feb. 25, 1985), order vacated on reconsideration (Aug. 2, 1985)

Cotter v. Owens, 753 F.2d 223 (2d Cir. 1985)

Loc. Union 1397, United Steelworkers of Am., AFL-CIO v. United Steelworkers of Am., AFL-CIO, 748 F.2d 180 (3d Cir. 1984), abrogated by Reed v. United Transp. Union, 488 U.S. 319, 109 S. Ct. 621, 102 L. Ed. 2d 665 (1989)

Agola v. Hagnar, No. CV 82-0013, 1984 WL 187762 (E.D.N.Y. Sept. 24, 1984

Katsaros v. Cody, 744 F.2d 270 (2d Cir. 1984)

Cotter v. Owens, 589 F. Supp. 324 (S.D.N.Y. 1984), aff'd, 753 F.2d 223 (2d Cir. 1985)

Poulos v. Bracco, No. 82 C3390, 1984 WL 49047 (E.D.N.Y. Apr. 11, 1984), aff'd, 795 F.2d 79 (2d Cir. 1985)

Loc. Union 1397, United Steelworkers of Am., AFL-CIO v. United Steelworkers of Am., AFL-CIO, 580 F. Supp. 866 (W.D. Pa.)

Gilliam v. Indep. Steelworkers Union, 572 F. Supp. 168 (N.D.W. Va. 1983)

Bauman v. Bish, 571 F. Supp. 1054 (N.D.W. Va. 1983)

Reid v. New York Metro Area Postal Union, No. 81 CIV. 677, 1982 WL 31239 (S.D.N.Y. Feb. 24, 1982)

Brown v. Sombrotto, 523 F. Supp. 127 (S.D.N.Y. 1981), dismissed, 685 F.2d 423 (2d Cir. 1982)

Rondinelli v. Corapi, 516 F. Supp. 369 (E.D.N.Y. 1981)

Galke v. Duffy, 645 F.2d 118 (2d Cir. 1981)

Roman v. United Exposition Serv. Co., No. 77 CIV. 891 (CMM, 1979 WL 15378, at *1 (S.D.N.Y. Dec. 5, 1979)