UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DR. BRIMA SYLLA, et al,

                        Plaintiffs,

              -against-

AMAZON LABOR UNION, and CHRIS SMALLS,
as President of the Amazon Labor Union,

                        Defendants.
-------------------------------------------------------------------X

Civil Case No. 23-5261

**SUPPLEMENTAL DECLARATION OF ARTHUR SCHWARTZ**

ARTHUR SCHWARTZ declares as follows under the penalties of perjury.

1. This Declaration is submitted in response to Magistrate Merkyl's Order of October 21, 2025.

2. **Gathering of Plaintiffs.** The lead plaintiffs, led by Connor Spence, gathered plaintiffs by circulating a "retainer card," a sample of which is annexed as Exhibit A. He then entered those individuals on an Excel spreadsheet, which was transmitted to me. See Exhibit B. He then sent me the retainer cards (which I presently cannot locate.) The card did not include any discussion of fees.

3. **Fees.** The discussion about fees was with the lead plaintiffs: Connor Spence, Brima Sylla, Kathleen Cole, and Sultana Hussein. I simply told them that I would do the case without charging them a fee, and that I would seek attorney's fees from the union if we were successful. I did not discuss an hourly rate. I have never done that in any of the many cases I have sought and received fees in.

4. **Scope of the Work Agreed To.** I was retained to bring suit to get a union election scheduled and concluded. On this we were 100% successful.

5. As I stated in my earlier declaration, I spent time lawyering after the Consent Order was signed, in order to keep the election on track. On one occasion, ALU's counsel supported an effort to vacate the Consent Order, and I had to appear before Judge Donnelly and oppose the motion to cancel the election. Judge Donnelly noted this in her decision of May 9, 2024, Docket Number 74, stating: "

> As noted above, the defendants have expressed concerns about whether the Consent Order is compatible with the ALU constitution, and they suggest that "the current consent order must be withdrawn or renegotiated." (ECF No. 57 at 2.) The defendants have not moved to vacate or modify the consent order, and their statements in an opposition to a motion to intervene are irrelevant to the motions currently before the Court. Moreover, the defendants cite no legal authority for the proposition that the Consent Order, to which they agreed after extensive settlement negotiations, may simply be rescinded. *See Rufo*, 502 U.S. at 384, 391; *see also In re Heartline Foods, Inc.*, No. 02-CV-51288, 2010 WL 3829461, at *2 (Bankr. D. Conn. Sept. 24, 2010) (observing that it "is well-settled in the Second Circuit that once reached, a settlement agreement constitutes a contract that is binding and conclusive and the parties are bound to the terms of the contract even if a party has a change of heart" (internal quotation marks omitted)); *id.* (finding that a consent order is a binding contract); *Acot v. New York Medical Coll.*, 99 F.App'x 317, 318 (2d Cir. 2004) ("When a party makes a deliberate, strategic choice to settle, she cannot be relieved of such a choice merely because her assessment of the consequences was incorrect."quoting *United States v. Bank of New York*, 14 F.3d 756, 759 (2d Cir. 1994)).

6. I also successfully litigated an All Writs Act order to get a mailing list out of Amazon. ALU did not make or support the All Writs Act Motion.

7. There was time that I did not bill for. I helped run the nomination meeting, which I secured the space for; Defendant Smalls attempted, unsuccessfully, to cancel the space and the meeting, and I had to intervene. I also located a vendor to do the balloting. I have not sought compensation for any of this work.

8. Contrary to the statement by Attorney Mirer, neither I nor my firm received any payment from anyone for the work done, or for the expenses laid out in this case. Not one cent.

9. With respect to the payee, the Amazon Labor Union affiliated with the Teamsters Union before the election occurred. The Affiliation Agreement is attached as Exhibit C. Part of the agreement was that it change its name to ALU-IBT Local 1. It did not dissolve, nor did it change its constitution, nor was there a "new" entity.

Dated: New York, New York
October 28, 2025

/s/ *Arthur Z. Schwartz*
ARTHUR Z. SCHWARTZ

# EXHIBIT A




**PLAINTIFF INTEREST FORM**

I would like to be named as a plaintiff in the legal complaint against the current leadership of the Amazon Labor Union for their refusal to hold scheduled elections for officer positions.

NAME: _____ PHONE: _____

EMAIL: _____

BUILDING: _____ JOB TITLE: _____ AMAZON TENURE: _____

**advocates**
**for justice**
chartered attorneys

**CAUCUS FOR DEMOCRATIC REFORM**
AMAZON LABOR UNION

**PLAINTIFF INTEREST FORM**

I would like to be named as a plaintiff in the legal complaint against the current leadership of the Amazon Labor Union for their refusal to hold scheduled elections for officer positions.

NAME: _____ PHONE: _____

EMAIL: _____

BUILDING: _____ JOB TITLE: _____ AMAZON TENURE: _____

**advocates**
**for justice**
chartered attorneys

**CAUCUS FOR DEMOCRATIC REFORM**
AMAZON LABOR UNION

**PLAINTIFF INTEREST FORM**

I would like to be named as a plaintiff in the legal complaint against the current leadership of the Amazon Labor Union for their refusal to hold scheduled elections for officer positions.

NAME: _____ PHONE: _____

EMAIL: _____

BUILDING: _____ JOB TITLE: _____ AMAZON TENURE: _____

# EXHIBIT B

| Name: | Phone: | Email: | Building: | Job Title: | Amazon Tenure: |
| --- | --- | --- | --- | --- | --- |
| Dr. Brima Sylla | (347) 623-7657 | brimasylla@hotmail.com | JFK8 | Amazon Associate | 2 years |
| Connor Spence | (848) 210-0636 | connorspence14@gmail.com | JFK8 | Amazon Associate | 6 years |
| David-Desyrée Sherwood | (203) 514-9212 | desyreesims@gmail.com | JFK8 | Amazon Associate | 2 years |
| Kathleen Cole | (718) 354-7502 | kathleencole1178@yahoo.com | JFK8 | Amazon Associate | 1 year |
| Sultana Hossain | (718) 269-8743 | sultana.r.hossain@gmail.com | JFK8 | Learning Trainer | 3 years |
| Tristian Martinez | (917) 636-3631 | tristian97alu@gmail.com | JFK8 | Amazon Associate | 4 years |
| Justine Medina | (646) 301-5704 | jnmedina89@gmail.com | JFK8 | Amazon Associate | 1 year |
| Brett Daniels | (480) 203-0771 | brettdaniels36@gmail.com | JFK8 | Amazon Associate | 2 years |
| Ruel Mohan | (646) 409-4958 | ruelmohan@gmail.com | JFK8 | Amazon Associate | 4 years |
| Rob McDonald | (908) 880-1201 | robertmac.robert@outlook.com | JFK8 | Amazon Associate | |
| Pasquale Cioffi | (929) 509-8654 | pavalle1@aol.com | JFK8 | (Former) Process Assistant | 2 years |
| Sam Bowman | (917) 201-9515 | samueldbowman99@gmail.com | JFK8 | Amazon Associate | |
| Joe Lucchese | (347) 772-5799 | jlh3pv@gmail.com | JFK8 | Amazon Associate | 3 years |
| Robert Pecoraro | (718) 354-7429 | r.pecoraro@gmail.com | JFK8 | Amazon Associate | 2 years |
| Yackisha Nebot-Lopez | (917) 595-9001 | yackisha.nebotlopez@gmail.com | JFK8 | Amazon Associate | |
| Aide Estudillo | (917) 500-3172 | aideestudillo84@gmail.com | JFK8 | Amazon Associate | 2 months |
| Briana Anderson | (347) 494-9659 | brianaanderson1313@gmail.com | JFK8 | Amazon Associate | 3 months |
| Naquasia Rowland | (917) 476-1504 | naquasiarowland8@gmail.com | JFK8 | Amazon Associate | |
| Tamia Campbell | (929) 253-5074 | tamiac18@gmail.com | JFK8 | Amazon Associate | 4 years |
| Jennifer Schofield | (917) 941-9806 | JenniferSchofield81@gmail.com | JFK8 | Amazon Associate | 2 years |
| Michael Rivera | (917) 226-7004 | riveram365@gmail.com | JFK8 | Amazon Associate | 4 years |
| Christian Mohansingh | (929) 513-0133 | christian.bino2@aol.com | JFK8 | Amazon Associate | |
| James Bardo | (347) 258-8393 | improve54@tutanota.com | JFK8 | Amazon Associate | |
| Abdula Diallo | (917) 345-2776 | | JFK8 | Amazon Associate | 3 years |
| Ibrahim Balde | (347) 583-6392 | | JFK8 | Amazon Associate | 4 years |
| Felicia Reese | (929) 353 5613 | FeliciaReese.FR@gmail.com | JFK8 | Amazon Associate | 2 years |
| Igor Mabika | (347) 759-4504 | | JFK8 | Amazon Associate | 2.5 years |
| Michael Lopez | (347) 628-5719 | moneymikelopez@gmail.com | JFK8 | Amazon Associate | 4 years |
| Nicholas Ferrugiaro | (718) 619-1370 | nferrugiaro@gmail.com | JFK8 | Amazon Associate | |
| Abdullah Sesay | (929) 370 5906 | | JFK8 | Amazon Associate | 3 years |
| Kareem Lindsay | (347) 245-5931 | kareemlindsay01@gmail.com | JFK8 | Amazon Associate | 2.5 years |
| Lillian Lopez | (347) 968-6745 | | JFK8 | Amazon Associate | |

| Name | Phone | Email | Site | Role | Tenure |
|---|---|---|---|---|---|
| Tremayne Youngblood | (646) 785 4759 | youngbloo.ty@gmail.com | JFK8 | Amazon Associate | |
| Ali Gigni | (347) 990 3445 | | JFK8 | Amazon Associate | 3 years |
| Manny Thompson | (347) 816-6808 | beatinuinahead@gmail.com | JFK8 | Amazon Associate | 3 years |
| Rjeen Rodriguez | (929) 317-6475 | rjeenx@gmail.com | JFK8 | Amazon Associate | 3 years |
| Simone Sue | (347) 773-8156 | simonesue424@gmail.com | JFK8 | Amazon Associate | 8 months |
| Latifah X | (917) 310-8543 | ll.amzn3@gmail.com | JFK8 | Amazon Associate | 9 months |
| Comrad Brown | (917) 714-5835 | dice164@yahoo.com | JFK8 | Amazon Associate | |
| Jordan Silveira | (347) 779-4784 | jsilveira567@icloud.com | JFK8 | Amazon Associate | |
| Richard Cotto | (347) 779-4432 | rcotto998@icloud.com | JFK8 | Amazon Associate | |
| Deyaniris Mote | (347) 531-3079 | motedeya@gmail.com | JFK8 | Amazon Associate | 9 months |
| Jessica Edmonds | (347) 224-6489 | jredmonds921@gmail.com | JFK8 | Amazon Associate | 4 years |
| Kimberly Merise | (646) 919-0468 | k.merise98@gmail.com | JFK8 | Amazon Associate | 2 years |
| Bianca Butler | (929) 235-2156 | biancabutler38@gmail.com | JFK8 | Amazon Associate | 5 years |
| Michael Antonio | (313) 768-6093 | | JFK8 | Amazon Associate | 4 years |
| Mark Johnson | (646) 353-0324 | | JFK8 | Amazon Associate | |
| Craig Ayala | (347) 238-9583 | | JFK8 | Amazon Associate | 3 years |
| John Philip | (347) 430-2482 | | JFK8 | Amazon Associate | 4 years |
| LaSalle Della Roca | (646) 467-1339 | | JFK8 | Amazon Associate | 3 years |
| Chris Koko | (347) 421-8877 | | JFK8 | Amazon Associate | 3 years |
| Christina Jimmy | (347) 372-2128 | | JFK8 | Amazon Associate | 3 years |
| Charles Johnson | (347) 605-1982 | | JFK8 | Amazon Associate | 4 years |
| Chris Philip | (347) 861-8110 | | JFK8 | Amazon Associate | 4 years |
| Ahmed Bobacar | (718) 502-5499 | | JFK8 | Amazon Associate | 1 year |
| Caty Ridrego | (347) 748-7483 | | JFK8 | Amazon Associate | 3 years |
| Durvis Saint Luis | (646) 9728031 | | JFK8 | Amazon Associate | 3 years |
| Kevin Bertman | (347) 424-6885 | | JFK8 | Amazon Associate | 4 years |
| Aaliya Diamond | (347) 744-5097 | | JFK8 | Amazon Associate | 2 years |
| Mohamed Awes | (646) 573-1649 | | JFK8 | Amazon Associate | 4 years |
| Ali Dawud | (914) 354-9693 | | JFK8 | Amazon Associate | 2 years |
| Fred Fibio | (917) 808-8350 | | JFK8 | Amazon Associate | 3 years |
| Ismael Mendoza | (718) 619-2001 | | JFK8 | Amazon Associate | 2 years |
| Briana Pacheco | (347) 636-0634 | | JFK8 | Process Assistant | 4 years |
| Jayshawn Bazemore | (551) 328-5659 | | JFK8 | Amazon Associate | 2 years |

| Name | Phone | Site | Role | Tenure |
|---|---|---|---|---|
| Amani Claudia | (929) 585-3165 | JFK8 | Amazon Associate | |
| Christopher Whright | (954) 446-5257 | JFK8 | Amazon Associate | 3 years |
| Ezekieo Benson | (347) 249-9824 | JFK8 | Amazon Associate | 1 year |
| Ethan Coper | (347) 703-7028 | JFK8 | Amazon Associate | 3 years |
| Joseph DeJesus | (917) 332-6949 | JFK8 | Amazon Associate | 2 years |
| Isola Okunu | (973) 489-0816 | JFK8 | Amazon Associate | 3 years |
| Ariana Johnson | (347) 420-7250 | JFK8 | Amazon Associate | 3 years |
| Mostep Step | (917) 689-4002 | JFK8 | Amazon Associate | 4 years |
| Abayomi "Bayou" Abimbola | (917) 972-9017 | JFK8 | Amazon Associate | 3 years |
| Gabriel Webbs | (917) 361-2337 | JFK8 | Amazon Associate | 3 years |
| Aliyyan Aziz | (347) 567-0388 | JFK8 | Amazon Associate | 4 years |
| Emmanuel Jean | (908) 560-2221 | JFK8 | Amazon Associate | 3 years |
| Antoinette Gray | (347) 838-1772 | JFK8 | Amazon Associate | 3 years |
| Don Elijah | (718) 614-6172 | JFK8 | Amazon Associate | 3 years |
| Eric Harris | (917) 686-9997 | JFK8 | Amazon Associate | 3 years |
| Rondu John | (516) 898-9488 | JFK8 | Amazon Associate | 4 years |
| Nicole Flores | (347) 666-2859 | JFK8 | Amazon Associate | |
| Merldon Gustave | (347) 932-7720 | JFK8 | Amazon Associate | 3 years |
| Mohamed Gack | (347) 393-9775 | JFK8 | Amazon Associate | 4 years |
| Joe Johnson | (929) 529-4258 | JFK8 | Amazon Associate | 4 years |
| Adrian John | (718) 564-0083 | JFK8 | Amazon Associate | 3 years |

# EXHIBIT C

# AFFILIATION AGREEMENT
# between
# INTERNATIONAL BROTHERHOOD OF TEAMSTERS
# and
# AMAZON LABOR UNION

## I.  Parties

This Agreement is between the International Brotherhood of Teamsters ("IBT") and the Amazon Labor Union ("ALU"), hereinafter referred to collectively as "the Parties," and individually as a "Party."

## II.  Purpose of Agreement

1. The purpose of this Agreement is to create an affiliation between the IBT and the ALU in order to better achieve their common objectives.
2. Namely, both Parties share the common objectives of advancing the social and economic welfare of their members through all legal means; improving their members' wages, hours, and other terms and conditions of employment through collective bargaining; protecting their members against arbitrary, discriminatory, or unjustified workplace actions; expanding and protecting their members' workplace rights under applicable laws; and strengthening the labor movement in order to achieve social and economic justice for workers everywhere. Moreover, both Parties, in recognition that the abusive, unlawful, and exploitative business practices of Amazon threaten the safety and livelihoods of all workers, share the common objective of countervailing Amazon's growing power through organization, collective bargaining, and all other legal means.
3. The Parties mutually recognize that the achievement of these common objectives will require coordination of activities and resources. In addition, the Parties mutually recognize that the strength of the labor movement is founded in cooperation and unity.

## III.  Obligations of the Parties

Therefore, in order to effectuate the Purpose of this Agreement, the Parties mutually agree as follows:

1. IBT shall charter ALU as an autonomous Local Union to be known as Amazon Labor Union No. 1, International Brotherhood of Teamsters ("ALU-IBT Local 1"). The jurisdiction of ALU-IBT Local 1 shall consist of all warehouse employees of Amazon within the five boroughs of New York, NY.
2. Once chartered as such, ALU-IBT Local 1 shall enjoy all the rights, privileges, and duties of a newly chartered Teamsters Local Union, as set forth in the Constitution of the International Brotherhood of Teamsters ("IBT Constitution"), except as otherwise specifically provided for in this Agreement. Moreover, all ALU-IBT Local 1 members shall be recognized as full IBT members and shall have all the rights, privileges, and duties of IBT membership, as set forth in the IBT Constitution.

DocuSign Envelope ID: B2C99314-8C4C-45B7-A00A-757BAA3A9C4B

3. IBT will charter future bargaining units consisting of more than 1000 amazon members as additional ALU-IBT Locals ie. ALU-IBT Local 2 etc.
4. IBT will provide to ALU-IBT Local 1 resources and assistance necessary to achieve the Purpose of this Agreement, as determined by the General Executive Board of the IBT or its authorized representative. This includes, but is not limited to, financial, organizing, research, strategic, communications, and legal support. In addition, at least three ALU-IBT Local 1 representatives shall participate in executive planning and strategy discussions of the IBT's Amazon Division. IBT's obligation to provide this support shall continue until such time as ALU-IBT Local 1 has reached its first contract with Amazon and begun collecting dues from its members, at which point the reciprocal duties and obligations owed by ALU-IBT Local 1 and IBT shall be in accordance with the IBT Constitution, except as otherwise specifically provided for in this Agreement.
5. IBT will also provide resources to effectuate an internal election for ALU-IBT Local 1 in a manner so that potential officers may reach, with equal access, as many eligible members in JFK 8 as possible.
6. IBT, through its General President, shall appoint one or more personal representatives to guide and assist ALU-IBT Local 1 in effectuating Purpose of this Agreement, including the development of governing bylaws as well as policies and procedures that comply with the requirements of the IBT and its Constitution.
7. ALU-IBT Local 1 agrees to lend its expertise to assist in organizing other Amazon facilities both within and outside of its jurisdiction.

### IV. ALU-IBT Local 1 Bylaws and Governance

1. Within six (6) months of the effective date of this Agreement, ALU-IBT Local 1 shall alter its organizational structure as necessary to comply with Article XXII of the IBT Constitution.
2. In addition, within six (6) months of the effective date of this Agreement, ALU-IBT Local 1 shall adopt new Bylaws in conformity with Article XXII, Section 1 of the IBT Constitution.

### V. Temporary Waiver of Trusteeship Rights

1. In the first two (2) years following the effective date of this Agreement, IBT hereby waives Article VI, Section 5(a); Article X, Section 7(b); and Article XII, Section 10 of the IBT Constitution as they relate to trusteeship. IBT shall have no right to place ALU-IBT Local 1 under trusteeship except upon the approval and written request of a majority of ALU-IBT Local 1's duly elected Executive Board.
2. If, in the opinion of IBT, ALU-IBT Local 1 is in violation of this Agreement or some provision of the IBT Constitution not waived or superseded herein, IBT's sole remedy shall be good-faith discussions followed by an arbitration hearing utilizing the procedure described in Article V herein, or at IBT's option, the revocation of ALU-IBT Local 1's charter and termination of this Agreement.

DocuSign Envelope ID: B2C99314-8C4C-45B7-A00A-757BAA3A9C4B

3. After the first two (2) years following the effective date of this Agreement, all above-mentioned provisions in the IBT Constitution relating to trusteeships shall fully apply to ALU-IBT Local 1.

## VI. Dispute Resolution

1. In the first two (2) years following the effective date of this Agreement, any disputes arising during the term of this Agreement or its application shall be initially submitted to the Principal Officer of ALU-IBT Local 1 and the General President of IBT or their designated representatives, and any agreed-upon resolution will be subject to the approval of the ALU-IBT Local 1 Executive Board and the IBT General Executive Board.
2. If the dispute cannot be resolved in such manner, the dispute will be referred to final and binding arbitration by an arbitrator mutually agreed upon by the Parties or, in the event the Parties fail to agree on an arbitrator, selected by the Parties from a list of seven (7) names to be supplied by the Federal Mediation and Conciliation Services (FMCS). The Parties shall decide by lot who will proceed first and shall alternatively strike from this list of seven and the last remaining name shall be the arbitrator.
3. The fees of the arbitrator shall be borne equally by the parties. Each party shall pay their own fees, costs, and expenses incurred.
4. This provision shall sunset immediately two (2) years from the effective date of this Agreement.

## VII. Hearing Location and Choice of Law

1. The Parties agree that any arbitration under this Agreement will be held in the District of Columbia, except as otherwise mutually agreed by the Parties.
2. The Parties agree that the U.S. District Court for the District of Columbia shall be the proper venue for an action seeking to enforce an arbitration award arising under this Agreement and that the law of the District of Columbia shall govern such disputes.

## VIII. Assets and Liabilities

1. ALU and IBT are responsible for their respective debts, liabilities, and all other obligations, and neither ALU nor IBT shall be responsible for the debts, liabilities, or obligations of the other.
2. Additionally, ALU and IBT shall each retain the assets held at the effective date of this Agreement, and by this Agreement neither is given an interest in the assets of the other, except as expressly set forth herein.

IX. **Severability and Modification and effect on NLRB Certification**

1. In the event that any provision of this Agreement is held invalid by any court, such invalid provisions shall be severed from the remainder and all other provisions shall remain in effect.
2. This agreement may only be modified by both parties through express writing. Any such modification must be approved in accordance with the IBT Constitution and ALU's Bylaws.
3. The parties hereto agree that ALU-IBT Local 1 is the successor in interest to ALU under this Agreement. If the National Labor Relations Board (NLRB) determines that this Agreement and its terms impacts ALU's NLRB certification in Case No. 29-RC-298020 ALU and ALU-IBT Local 1 will take all necessary steps to defend the continuation of such certification.

X. **Effective Date**

This Agreement shall become effective upon ratification by the ALU membership and approval by the General Executive Board (GEB) and shall remain in effect unless terminated in accordance with this Agreement or upon mutual agreement of the Parties.

WHEREFORE, the parties hereto have caused this Agreement to be signed by their authorized representatives on this 3rd day of June, 2024:

SEAN M. O'BRIEN
General President
International Brotherhood of Teamsters

CHRISTIAN SMALLS
President
Amazon Labor Union