

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

December 31, 2025

<u>By ECF and Email</u>

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Sylla, et al. v. Amazon Labor Union et al.
      Civil Case No. 23-05261 (AMD)
      <u>Atttorney's Fee Application</u>

Dear Judge Merkl:

  When this Court entered an Order requesting some supplemental submissions about the fee application, I was not expecting that Ms. Mirer was going to re-litigate the merits, or that all sorts of factual objections were going to be raised by her, 5 months after the initial briefing schedule.

  As it turned out, on the morning of November 20, 2025, I was admitted to the hospital for heart surgery (nothing new in my life, but necessary). I missed most of the next week, and missed seeing that filing in the hundreds of mails. I have to review every day. Then, on December 7, my 103 year old mother died, and that cost me some more time at work. Just before leaving for a long, much needed vacation, I did a run on any email with ecf_bounces, and found the filing.

  The filing is full of untrue statements. For example, it is asserted that the Amazon Labor Union ALU) doesn't exist anymore. But ALU had been certified as the collective bargaining agent of the employees at JFK8 by the NRLB, and had filed a number of Unfair Labor Practice Charges. ALU-IBT Local 1, the new name of the union, didn't seek an amended certification, and litigation about that certification has gone all the way to the 5th Circuit. ALU's unfair labor parcice charges continued to be litigated, with the name Amazon Labor Union.



David Suetholz made some serious errors in his submission. Besides the fact that I never waived fees in return for pursuing a lawsuit vs. Amazon about repeated arrests of union leaders in the JFK8 parking lot (I am sure he cannot find one email to that effects, when we discussed a fee for that lawsuit), the lawsuit assigned to me in September 2024, as soon as Conner Spence was elected President. I held back on filing at Teamster GC Suetholz's request until a few days before Christmas, 2025, and the lawsuit/TRO Request effectively held off arrests during a 3 day strike just before New Years.

At the same time, I had submitted a Motin to declare those elected to be elected, to have a judgment entered, and to set a schedule for an attorneys fee application. Ms. Mirer and I had a conference with this Court on October 16, 2024, and we agreed on a Consent Order of Dismissal, and for me to propose a briefing schedule about fees. Eventually we filed papers on March 23, 2025, April 23, 2025, and May 5, 2025. In none of the papers were the issues discussed in the most recent filings raised – and the Court should understand that Ms. Mirer had been retained by the Teamsters to continue the ongoing work she had been doing ar the NLRB since 2022. And it was after these filings that GC Suetholz  first spoke with me about a way to get paid without a fee award. We never concluded those discussion. The case I started litigating is still alive, awaiting a decision on a Motion to Dismiss in *Spence v NYC Police Department*, [25-cv-00020-CBA-SDE](), which is before Judge Amon.

And, of course, Ms. Mirer submitted a sur-reply brief about how no benefit was conferred upon the members of the defendant union, and making some outlandish assertions that I took on the case in order to become the Union's General Counsel, with no desire to seek fees if we were successful, and that some section of the NYCRR, applicable to personal injury cases, made the cards I collected from the plaintiffs void.

What I seek in writing this letter requesting that we be allowed until January 12, 2026 to file a full reply to the mish-mosh submitted on November 14, 2025.

Thank you and best wishes for the New Year.



Hon. Taryn A. Merkl
December 31, 2025
Page 3

                                              Respectfully submitted,

                                              /s/ *Arthur Z. Schwartz*

                                              Arthur Z. Schwartz

cc:      Jeanne Mirer, Esq. (via ECF)