```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------  X
                                                                  :
DR. BRIMA SYLLA, ET AL.,                                          :
                                                                  :
                            Plaintiffs,                           :    ORDER ADOPTING REPORT
                                                                  :    AND RECOMMENDATION
           – against –                                            :
                                                                  :    23-CV-5261 (AMD) (TAM)
                                                                  :
AMAZON LABOR UNION AND CHRIS                                      :
SMALLS, as President of the Amazon Labor                          :
Union,                                                            :
                                                                  :
                            Defendants.                           :
----------------------------------------------------------------  X
```

**ANN M. DONNELLY**, United States District Judge:

The plaintiffs, 41 members of the Amazon Labor Union ("ALU"), brought this action against ALU and its then-president for an injunction compelling them to hold a union officer election pursuant to Sections 101 and 609 of the Labor Management Reporting and Disclosure Act ("LMRDA"), 29 U.S.C. §§ 411, 529. (ECF No. 9.) After months of litigation and a settlement conference, the Court entered the parties' agreed-upon consent order on January 10, 2024. (ECF No. 46.) The parties continued litigation, and in the background, ALU affiliated with Teamsters and became a new local, ALU-IBT Local 1, under the Teamsters umbrella. (ECF No. 98-3 ¶¶ 17–19.) ALU-IBT Local 1 held an election in July 2024, and as a result, some of the plaintiffs became officers of the union. (*See* ECF Nos. 84, 84-1, 84-2.)

On August 11, 2024, the plaintiffs filed a motion for judgment based on the settlement. They asked the Court to certify the election, dismiss the case, and set a schedule for a motion for attorney's fees. (ECF No. 84.) The Court referred the motion to Magistrate Judge Taryn A. Merkl on August 26, 2024. (*ECF Order dated Aug. 26, 2024.*) At a hearing before Judge Merkl, the plaintiffs said they no longer sought an order certifying the election, but would move

to dismiss the case and seek attorney's fees. (*ECF Minute Entry dated Oct. 16, 2024*.) The defendants agreed that the case should be dismissed and opposed the request for attorney's fees. (*Id.*) The plaintiffs filed a consent motion to dismiss the case and to set a deadline for their motion for attorney's fees on October 16, 2024, which the Court entered on November 22, 2024. (ECF Nos. 89-1, 90.) On March 24, 2025, the plaintiffs' counsel filed a motion for attorney's fees. (ECF No. 92.) The defendants opposed the motion. (ECF No. 95.) The Court referred the motion to Judge Merkl on October 21, 2025. (*ECF Order dated Oct. 21, 2025.*) On January 26, 2026, Judge Merkl issued a comprehensive Report and Recommendation recommending that the Court deny the motion, because the requested fee award would shift costs of the litigation to union members who did not get the benefits of the litigation. (ECF No. 102.) No party has objected to the Report and Recommendation, and the time for doing so has passed.

A district court deciding whether to adopt a Report and Recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept those portions of the Report and Recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *Jarvis v. N. Am. Globex Fund, L.P.*, 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (quoting *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003)); *see also VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014). The Court has carefully reviewed Judge Merkl's well-reasoned Report and Recommendation for clear error and finds none. Accordingly, the Court adopts the Report and Recommendation in its entirety and denies the motion for attorney's fees.

**SO ORDERED.**

                                                              s/Ann M. Donnelly

                                               ANN M. DONNELLY
                                               United States District Judge

Dated: Brooklyn, New York
         February 11, 2026